IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>   Defendants,<br><br>   -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>   Relief Defendants | § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No.: 5:21-cv-785 |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

   Mr. Jason Davis, and Mr. Jay Hulings of DAVIS & SANTOS, P.C. enter their appearance as counsel for Defendant Robert J. Mueller. Counsel requests that the Clerk of Court and the parties update their records with their identifying and contact information as follows:

>   Jason Davis
>   State Bar No. 00793592
>   E-mail: jdavis@dslawpc.com
>   Jay Hulings
>   State Bar No. 24104573
>   E-mail: jhulings@dslawpc.com
>   DAVIS & SANTOS, P.C.

719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395

Dated: August 24, 2021

                Respectfully submitted,

                **DAVIS & SANTOS, P.C.**

By: _____

                Jason Davis
                State Bar No. 00793592
                E-mail: jdavis@dslawpc.com
                Jay Hulings
                State Bar No. 24104573
                Email: jhulings@dslawpc.com
                719 South Flores
                San Antonio, Texas 78204
                Tel: (210) 853-5882
                Fax: (210) 200-8395

                ***Attorneys for Defendant***
                ***Robert J. Mueller***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served upon the interested parties listed below in accordance with the Texas Rules of Civil Procedure via the method indicated below on August 24, 2021.

| | | |
|---|---|---|
| Mr. Christian D. H. Schultz | _____ | U.S. Mail |
| Mr. David Nasse | _____ | CMRRR |
| 100 F. Street, NE | _____ | Facsimile |
| Washington, DC 20549 | __X__ | E-mail |
| E-mail: SchultzC@sec.gov | __X__ | E-file |
| E-mail: NasseD@sec.gov | | |

*Counsel for Plaintiff*
*Securities and Exchange Commission*

_____
Jay Hulings