IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　　-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>　　Defendants,<br><br>　　　-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>　　Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**SECOND UNOPPOSED MOTION TO EXTEND DEADLINE FOR ALL DEFENDANTS AND RELIEF DEFENDANTS TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

TO THE HONORABLE COURT:

　　Defendant Robert J. Mueller ("**Mueller**") files this Second Unopposed Motion to Extend the Deadline for All Defendants and Relief Defendants to File an Answer or Other Responsive Pleading, as follows:

　　1.　On August 20, 2021, Plaintiff Securities and Exchange Commission (the "**SEC**") filed its Complaint (ECF No. 1).

2. The Complaint named Mueller, Deeproot Funds LLC (a/k/a dprt Funds, LLC), and Policy Services, Inc. as Defendants. It named Deeproot Tech LLC, Deeproot Pinball LLC, Deeproot Studios LLC, Deeproot Sports & Entertainment LLC, Deeproot Re 12621 Silicon Dr LLC, and Robert J. Mueller, Jeffrey L. Mueller, and Belinda G. Breen, solely in their capacities as Co-Trustees of the MB Hale Ohana Revocable Trust, as Relief Defendants. Mueller is the sole owner of each of the entities named as a Defendant or Relief Defendant.

3. On October 13, 2021, the Court granted Mueller's first Unopposed Motion to Extend the Deadline for All Defendants and Relief Defendants to File an Answer or Other Responsive Pleading (ECF No. 17), which extended the deadline for all Defendants and Relief Defendants to file an answer or other responsive pleading to November 19, 2021.

4. On October 29, 2021, the Court granted (ECF No. 21) the parties' Joint Motion to Amend Order on Preliminary Injunction and Asset Free Regarding Pre-Petition Fees and Expenses (ECF No. 20), which authorized the use of certain funds to preserve certain assets and to facilitate the efficient administration of a bankruptcy filing for the Entity Defendants and Relief Defendants.

5. Mueller has conferred with Jeffrey L. Mueller and Belinda G. Breen, co-trustees of Relief Defendant MB Hale Ohana Revocable Trust, who are not opposed to the relief sought in this motion.

6. The undersigned counsel for Mueller has conferred with counsel for the SEC, who stated that the SEC does not oppose an extension of the time for Defendants and Relief Defendants to file an answer or other responsive pleading to Monday, **December 20, 2021**.

Mueller therefore respectfully requests that the Court enter an order granting the agreed extension and extending Defendants' and Relief Defendants' deadline to file an answer or other responsive pleading to the Complaint through and until December 20, 2021.

Dated: November 12, 2021

                                            Respectfully submitted,

                                            **DAVIS & SANTOS, P.C.**

                                      By: */s/ Jay Hulings*
                                                Jason M. Davis
                                                State Bar No. 00793592
                                                Email: jdavis@dslawpc.com
                                                H. Jay Hulings
                                                State Bar No. 24104573
                                                Email: jhulings@dslawpc.com
                                                719 S. Flores Street
                                                San Antonio, Texas 78204
                                                Tel: (210) 853-5882
                                                Fax: (210) 200-8395

                                            ***Counsel for Defendant Robert Mueller***

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the undersigned counsel for Mueller conferred with counsel for the SEC, who indicated that the SEC did not oppose an extension of the time for Defendants and Relief Defendants to file an answer or other pleadings in response to the Complaint to December 20, 2021.

                                                                       */s/ Jay Hulings*
                                                                       H. Jay Hulings

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2021, the foregoing document was served on counsel of record via the Court's ECF system.

                                                                      */s/ Jay Hulings*
                                                                       H. Jay Hulings