IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>       -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>       Defendants,<br><br>       -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>       Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**[PROPOSED] EXTENDING DEADLINE TO FILE ANSWER OR OTHER RESPONSIVE PLEADING**

On November 12, 2021, Defendant Robert J. Mueller filed his Second Unopposed Motion to Extend the Deadline of all Defendants and Relief Defendants to File an Answer or Other Responsive Pleading (the "**Motion**").  Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for all Defendants and Relief Defendants to file an answer is hereby extended through and until December 20, 2021.

IT IS SO ORDERED this ___ day of November, 2021.

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE