UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISION, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5:21-cv-785 |
| ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC., | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § § | |
| -and- | § § | |
| DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA RECOVABLE TRUST. | § § § § § § § § § § | |
| Relief Defendants. | | |

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned counsel gives notice to the Court as well as to all parties to this lawsuit that they have been retained to serve as counsel for Relief Defendants Jeffrey L. Mueller and Belinda G. Breen, as Co-Trustees of the MB Hale Ohana Recovable Trust, in this matter.

Counsel hereby request that copies of all notices, orders, and pleadings related to this matter be served on the undersigned counsel at the following addresses:

esnyder@casnlaw.com and  jcastillo@casnlaw.com

Dated: November 16, 2021

        Respectfully submitted,

**CASTILLO SNYDER, P.C.**
700 N. St. Mary's, Suite 1560
San Antonio, Texas 78205
Telephone:    210-630-4200
Facsimile:    210-630-4210

*/s/ Edward C. Snyder*

Edward C. Snyder
Texas State Bar No. 791699
esnyder@casnlaw.com
Jesse R. Castillo
Texas State Bar No. 03986600
jcastillo@casnlaw.com

*Attorneys for Relief Defendants Jeffrey L. Mueller and Belinda G. Breen*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served on this 16th day of November, 2021 on all counsel of record via CM/ECF, and/or email, pursuant to the Federal Rules of Procedure 5(b)(2).

        */s/ Edward C. Snyder*
        Edward C. Snyder