IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -v-<br><br>ROBERT J. MUELLER et al.,<br><br>    Defendants,<br><br>    - and –<br><br>DEEPROOT TECH LLC et al.,<br><br>    Relief Defendants, | Case No. 5:21-cv-785-XR |

## ORDER GRANTING SILICON DRIVE OFFICE VENTURE, LLC'S UNOPPOSED MOTION FOR PERMISSION TO ACCESS LEASED FACILITIES

For good cause shown, the Court grants Third Party Silicon Drive Office Venture, LLC's Motion for Permission to Access Leased Facilities. SDOV and prospective buyers under SDOV's supervision may access the space leased by deeproot Capital Management, LLC at 12621 Silicon Drive in San Antonio, Texas (the "Leased Space") for the purpose set forth in the Motion.

It is so ORDERED.

SIGNED this 18th day of November, 2021.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE