IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

## SUGGESTION OF BANKRUPTCY

On December 9, 2021, a Chapter 7 petition was filed in the U.S. Bankruptcy Court for the Western District of Texas, San Antonio Division, by the following defendants:

1. deeproot Tech, LLC (Case No. 21-51520);

2. deeproot Pinball, LLC (Case No. 21-51515); and

3. deeproot Studios, LLC (Case No. 21-51522) (together, "Bankruptcy Defendants").

The Bankruptcy Defendants suggest certain proceedings are stayed under Bankruptcy Code Section 362 to the extent the exemptions under Section 362(b) do not apply.

Date: December 10, 2021				Respectfully submitted,

					*/s/ Jason M. Rudd*
					Jason M. Rudd
					Tex. Bar No. 24028786
					jason.rudd@wickphillips.com
					**WICK PHILLIPS GOULD & MARTIN, LLP**
					3131 McKinney Avenue, Suite 500
					Dallas, Texas 75204
					Telephone: (214) 692-6200
					Facsimile: (214) 692-6255

					*Attorney for deeproot Tech, LLC, deeproot Pinball, LLC and deeproot Studios, LLC*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of December, 2021, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

					*/s/ Jason M. Rudd*
					Jason M. Rudd