IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff*<br><br>-vs-<br><br>ROBERT J MUELLER, *et al.*<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-21-CV-00785-XR |

### ORDER

On this date, the Court considered the Parties' motion for reconsideration of the application of the stay issued in this case (ECF No. 32). The Court **GRANTS** the Parties' motion. The Court's December 13, 2021 Order (ECF No. 30) is hereby **VACATED**. The automatic stay applies only to the debtor Defendants, and only to the extent not exempted by 11 U.S.C. § 362(b)(4), and the December 13, 2021 Order does not affect the duties or powers of the Chapter 7 Trustee except to the extent provided by 11 U.S.C. § 362(b)(4).

It is so **ORDERED**.

**SIGNED** this 4th day of January, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE