IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**[PROPOSED] ORDER GRANTING MOTION TO STAY**

On January 10, 2022, Defendant Robert J. Mueller filed his Motion to Stay (the "**Motion**"). Having considered the Motion, any opposition, and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that this case, including all discovery, the deadline for Defendants and Relief Defendants to file an answer or other responsive pleadings, and all deadlines within the Court's previously entered scheduling orders, is hereby STAYED until further order of the Court.

IT IS FURTHER ORDERED that Defendant Robert J. Mueller and Plaintiff shall submit a Joint Status Report on or before July 11, 2022, to apprise the Court on the progress of the parallel criminal case.

IT IS SO ORDERED this ___ day of January 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE