# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT J. MUELLER, *et al.*;<br><br>*Defendants.* | §<br>§<br>§<br>§  Civil Action No. SA-21-CV-00785-XR<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER SETTING STATUS CONFERENCE
## AND HEARING ON ALL PENDING MOTIONS

On this day the Court considered the status of this case. This case is set for a status conference and hearing on all pending motions on **Tuesday, March 15, 2022** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED February 22, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE