IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, et al.,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**MOTION TO WITHDRAW AS COUNSEL BY CHRISTIAN SCHULTZ**

Pursuant to Local Rule AT-3, undersigned counsel respectfully moves the Court to withdraw as counsel for the Securities and Exchange Commission effective March 18, 2022, after which time undersigned counsel will no longer be employed by the Commission. In addition to undersigned counsel, the Commission is represented in these proceedings by David Nasse who will continue with such representation.

DATED: March 14, 2022         Respectfully submitted,

                                                  *s/ Christian D. H. Schultz*
                                                  Christian D. H. Schultz
                                                     Assistant Chief Litigation Counsel
                                                  U.S. Securities and Exchange Commission
                                                  100 F Street NE
                                                  Washington, DC 20549
                                                  (202) 551-4740 (Schultz)
                                                  schultzc@sec.gov

## CERTIFICATE OF SERVICE

I certify that on the 14th day of March, 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

/s/ Christian D. H. Schultz
Christian D. H. Schultz

*Counsel for Plaintiff United States Securities and Exchange Commission*