**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br> **Plaintiff,**<br><br> -against-<br><br> **ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br> **Defendants,**<br><br> -and-<br><br> **DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br> **Relief Defendants.** | **Civil Action No.: 5:21-cv-785-XR** |

**JOINT MOTION FOR**
**CONFIDENTIALITY AND PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c) and Local Rule CV-26, Plaintiff Securities and Exchange Commission, Defendant Robert J. Mueller, and Relief Defendants Jeffrey L. Mueller and Belinda G. Breen, as Co-Trustees of the MB Hale Ohana Revocable Trust, jointly file this Motion for Entry of a Confidentiality and Protective Order.

This case involves documents that include confidential information, including personally identifiable information, banking and financial information, and potentially sensitive business and intellectual property information of the parties and third parties. The proposed Confidentially and Protective Order (attached hereto as Exhibit A) specifies the conditions under which

confidential information will be exchanged and used in this litigation and is justified under Rule

26(c).  Counsel for Plaintiff has conferred with counsel for the Bankruptcy Trustee responsible

for the entity Defendants and Relief Defendants, who indicated they have no objection to this

Motion.

Date: March 29, 2022                    Respectfully submitted,


                                        /s/ David A. Nasse
                                        David Nasse
                                        Trial Counsel
                                        U.S. Securities and Exchange Commission
                                        100 F Street NE
                                        Washington, DC 20549
                                         (202) 551-4426
                                        nassed@sec.gov

                                        *Counsel for Plaintiff*

                                        /s/ Jay Hulings
                                        Jason Davis
                                        Jay Hulings
                                        Davis/Santos
                                        719 S. Flores Street
                                        San Antonio, Texas 78204
                                        (210) 853-5832 (Davis)
                                        (215) 853-5882 (Hulings)
                                        jdavis@dslawpc.com
                                        jhulings@dslawpc.com

                                        *Attorneys for Robert J. Mueller*

                                        /s/ Edward C. Snyder
                                        Edward Snyder
                                        Jesse R. Castillo
                                        Castillo Snyder, P.C.
                                        700 N. St. Mary's Suite 1560
                                        San Antonio, Texas 78205
                                        (210) 630-4200
                                        esnyder@casnlaw.com
                                        jcastillo@casnlaw.com

                                        *Attorneys for Relief Defendants*
                                        *Jeffrey L. Mueller and Belinda G. Breen*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 29th day of March, 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

*/s/ David A. Nasse*
David A. Nasse

*Counsel for Plaintiff United States Securities and Exchange Commission*