UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §§§§§§§§§§§ | |
| *Plaintiff*, | |
| v. | Civil Action No. SA-21-CV-00785-XR |
| ROBERT J. MUELLER, *et al.*; | |
| *Defendants*. | |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

This case is set for a status conference and hearing on all pending motions, if any, on **Friday, July 15, 2022** at **10:30 a.m.** The Courtroom Deputy will inform the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED March 29, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE