**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO AMEND ORDERS AND FOR PERMISSION**

On April 18, 2022, Defendant Robert J. Mueller filed his Unopposed Motion to Amend Orders and for Permission (the "**Motion**"). Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that, pursuant to the Order Freezing Assets, Ordering an Accounting, and Preliminary Injunction (ECF 7) (the "**Preliminary Injunction**"), Mueller is authorized to open a new checking account at a financial institution of his choosing. Mueller shall provide the bank and account number to Plaintiff within seven (7) days of opening such account.

IT IS FURHTER ORDERED that the Preliminary Injunction is amended as follows: Mueller may open any additional bank account with the consent of Plaintiff. If Plaintiff consents

to the opening of an account, Mueller shall provide Plaintiff with the bank and account number within seven (7) days of opening such account.  If Plaintiff does not consent to the opening of such account, Mueller may seek permission from the Court to open such account, consistent with the terms of the Preliminary Injunction.

IT IS FURTHER ORDERED that Section II of the Order Maintaining Freeze of Certain Assets and Allowing the Use of Limited Funds to Pay for Living Expenses and Criminal Defense Counsel (ECF 23) is amended as follows: Defendant Mueller shall be permitted to use no more than $20,000 of MB Hale Ohana Revocable Trust funds in defense counsel's IOLTA Trust Account to pay for fees and expenses associated with criminal defense representation that are incurred before July 15, 2022.

IT IS SO ORDERED this ___ day of April, 2022.

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE