**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>     **Plaintiff,**<br><br>       **-against-**<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>     **Defendants,**<br><br>       **-and-**<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>     **Relief Defendants.** | **Civil Action No.:  5:21-cv-785-XR** |

**CLERK'S ENTRY OF DEFAULT AGAINST
RELIEF DEFENDANTS DEEPROOT SPORTS & ENTERTAINMENT LLC
AND DEEPROOT RE 12621 SILICON DR LLC**

According to the official Court file in the above-captioned action, Plaintiff Securities and Exchange Commission ("Commission") filed its Complaint against, among others, Relief Defendants deeproot Sports & Entertainment LLC and deeproot RE 12621 Silicon Dr LLC. (ECF. No. 1).

As of the date of this entry, no answer has been filed with the Clerk on behalf of either Relief Defendant deeproot Sports & Entertainment LLC or Relief Defendant deeproot RE 12621 Silicon Dr LLC.

Neither Relief Defendant deeproot Sports & Entertainment LLC nor Relief Defendant deeproot RE 12621 Silicon Dr LLC have responded to or otherwise defended the Complaint.

THEREFORE, at the request of counsel for the Plaintiff, the DEFAULT of Relief Defendants deeproot Sports & Entertainment LLC and deeproot RE 12621 Silicon Dr LLC is hereby entered.

Dated:_____May 2_____,2022

_____
Clerk, United States District Court
Western District of Texas

2