# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

SECURITIES AND EXCHANGE
COMMISSION

vs.

ROBRT J. MUELLER et al.;

Case No.: 21-cv-007865-XR

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now David A. Nasse, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent U.S. Securities and Exchange Commission in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) U.S. Securities and Exchange Commission with offices at:

   Mailing address: 100 F Street, N.E.
   City, State, Zip Code: Washington, DC 20549
   Telephone: 202-5514426     Facsimile:

2. Since July 8, 2011, Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia. Applicant's bar license number is 1002567.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | Massachusetts Supreme Judicial Court | 7/9/2010 |
   | U.S. Court of Federal Claims | 8/13/2010 |
   | U.S. District Court of DC | 3/6/2017 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

When applicant filed this case he was advised and understood that as an attorney representing a U.S. government entity, a motion to appear *pro hac vice* was not required and was granted CM/ECF filing privileges accordingly. Upon subsequent review of the Local Rules and in an abundance of caution to ensure compliance with the Local Rules, applicant now moves this Court for admission *pro hac vice*.

Wherefore, Applicant prays that this Court enter an order permitting the admission of David A. Nasse to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

David A. Nasse
[printed name of Applicant]

_/s/ David A. Nasse_
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9 day of June, 2022.

David A. Nasse
[printed name of Applicant]

_/s/ David A. Nasse_
[signature of Applicant]