UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

SECURITIES AND EXCHANGE COMMISSION
vs.
ROBRT J. MUELLER et al.;

Case No.: 21-cv-007865-XR

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by David A. Nasse, counsel for U.S. Securities and Exchange Commission, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and David A. Nasse may appear on behalf of U.S. Securities and Exchange in the above case.

IT IS FURTHER ORDERED that in accordance with Local Rule AT-1(g), that as an attorney employed by a government entity David A. Nasse is exempt from the payment of the fee for admission pro hac vice in this case.

SIGNED this the _____ day of June, 20 22.

UNITED STATES DISTRICT JUDGE