# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

vs.

ROBERT J. MUELLER, et al.;

Defendants

Case No.: 21-CV-00785-XR

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kristen M. Warden, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent U.S. Securities and Exchange Commission in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) U.S. Securities and Exchange Commission with offices at:

   Mailing address: SEC, 100 F Street, NE

   City, State, Zip Code: Washington, DC 20549

   Telephone: 202-551-4427     Facsimile:

2. Since November 2010, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 4870390.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| Eastern District of Virginia | March 2013 |
| New York State courts | November 2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.
   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

__Kristen M. Warden_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kristen M. Warden
[printed name of Applicant]

*/s/ Kristen M. Warden*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __14__ day of __June__, __2022__.

Kristen M. Warden
[printed name of Applicant]

*/s/ Kristen M. Warden*
[signature of Applicant]