# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

SECURITIES AND EXCHANGE COMMISSION,
vs.
ROBERT J. MUELLER, et al.;
Defendants

Case No.: 21-CV-00785-XR

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Kristen M. Warden, counsel for U.S. Securities and Exchange Commission, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Kristen M. Warden may appear on behalf of U.S. Securities and Exchange in this case.

IT IS FURTHER ORDERED that in accordance with Local Rule AT-1(g), that as an attorney employed by a government entity, Kirsten M. Warden is exempt from the payment of the fee for admission pro hac vice in this case.

SIGNED this the _____ day of June _____, 20 _____.

_____
UNITED STATES DISTRICT JUDGE