# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>ROBERT J MUELLER, *et al.*;<br><br>*Defendants.* | §<br>§<br>§<br>§  Civil Action No. SA-21-CV-00785-XR<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER RE-SETTING STATUS CONFERENCE
## AND HEARING ON ALL PENDING MOTIONS

This case is re-set for a status conference and hearing on all pending motions, if any, on **Thursday, July 14, 2022** at **10:00 a.m.** The Courtroom Deputy will advise the parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED July 5, 2022.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE