UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § § § *Plaintiff*, § § v. § Civil Action No. SA-21-CV-00785-XR § ROBERT J. MUELLER, *et al.*; § § *Defendants*. § § § | |

**ORDER RE-SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is re-set for a status conference and hearing on all pending motions, if any, on **Thursday, September 29, 2022 at 10:30 a.m.** The Courtroom Deputy will inform the Parties of the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so ORDERED.

SIGNED September 6, 2022.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE