IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>　　Defendants,<br><br>　　-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>　　Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

## [PROPOSED] ORDER GRANTING SECOND UNOPPOSED MOTION TO AMEND ORDER AND FOR PERMISSION

On October 12, 2022, Defendant Robert J. Mueller filed his Second Unopposed Motion to Amend Order and for Permission (the "**Motion**").  Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Section II of the Order Maintaining Freeze of Certain Assets and Allowing the Use of Limited Funds to Pay for Living Expenses and Criminal Defense Counsel (ECF 23) is amended as follows: Defendant Mueller shall be permitted to use no more than $20,000 of MB Hale Ohana Revocable Trust funds in defense counsel's IOLTA Trust Account to pay for fees and expenses associated with criminal defense representation, including fees and expenses that are incurred after July 15, 2022.

IT IS SO ORDERED this 13th day of October, 2022.

                                                _____
                                                XAVIER RODRIGUEZ
                                                U.S. DISTRICT JUDGE