IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**AGREED MOTION TO AMEND SCHEDULING ORDER**

TO THE HONORABLE COURT:

Plaintiff, Securities and Exchange Commission ("SEC") and Defendant, Robert J. Mueller ("Mueller') (together the "Parties') submit this Agreed Motion to Amend the Scheduling Order along with a proposed Amended Scheduling Order.

On October 13, 2022, the Court held a status conference during which the Court lifted the partial stay of discovery set forth in the Court's March 17, 2022 Order (ECF No. 48) and directed the Parties to submit a revised scheduling proposal (ECF No.68).

The Parties jointly submit the following recommended changes to the Court's March 29, 2022 Scheduling Order (ECF No. 52).

| **Deadline** | **Original Date** | **Requested New Date** |
|---|---|---|
| Deadline to Amend Answer: | July 8, 2022 | November 30, 2022 |
| Close of Fact Discovery: | Not set | January 27, 2023 |
| Plaintiff's Expert Reports: | November 18, 2022 | February 20, 2023 |
| Defendant's Expert Reports: | December 16, 2022 | March 10, 2023 |
| Rebuttal Reports: | Not set | March 31, 2023 |
| All discovery closes: | January 27, 2023 | April 7, 2023 |
| Mediation: | January 16, 2023 | April 21, 2023 |
| Motions Deadline: | March 31, 2023 | May 26, 2023 |
| Rule 26(a)(3) Disclosures: | July 21, 2023 | July 21, 2023 |
| Objections to Rule 26(a)(3): | August 4, 2023 | August 4, 2023 |
| Joint Pretrial Order and Motions in Limine: | August 18, 2023 | August 18, 2023 |
| Final Pretrial Conference: | August 31, 2023 | August 31, 2023 |
| Jury Trial: | September 11, 2023 | September 11, 2023 |

Date: November 9, 2022

Respectfully submitted,

/s/ David A. Nasse
David Nasse
Kristen Warden
Trial Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
 (202) 551-4426 (Nasse)
 (202) 551-4661 (Warden)
nassed@sec.gov
wardenk@sec.gov

*Counsel for Plaintiff the Securities and Exchange Commission*

/s/ Jay Hulings
Jason Davis
Jay Hulings
Davis/Santos
719 S. Flores Street
San Antonio, Texas 78204
(210) 853-5832 (Davis)
(215) 853-5882 (Hulings)
jdavis@dslawpc.com
jhulings@dslawpc.com

*Attorneys for Robert J. Mueller*

# CERTIFICATE OF SERVICE

I certify that on the 9th day of November 2022, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

/s/ David A. Nasse
David A. Nasse

*Counsel for Plaintiff United States Securities and Exchange Commission*