**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>**Defendants,**<br><br>-and-<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>**Relief Defendants.** | **Civil Action No.:  5:21-cv-785-XR** |

**[PROPOSED] ORDER DISMISSING RELIEF DEFENDANTS
ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN,
AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST WITH
PREJUDICE**

**WHEREAS** this matter comes before this Court upon the Plaintiff, Securities and

Commission's ("Commission") Agreed Motion for Voluntary Dismissal of Relief Defendants

Robert J. Mueller,[1] Jeffrey L. Mueller, and Belinda G. Breen, as Co-Trustees of the MB Hale

Ohana Revocable Trust (collectively the "Ohana Trust") pursuant to Fed. R. Civ. P. 41(a)(2).

---

[1]      This Order of dismissal applies to Robert J. Mueller only in his capacity as a relief defendant as a co-trustee of the MB Hale Ohana Revocable Trust.  He remains a primary defendant in this action.

**WHEREAS**, all the requirements set forth in the Court's November 11, 2022 Order Modifying the Asset Freeze (Dkt. No. 70) have been satisfied.

**WHEREAS,** pursuant to Fed. R. Civ. P. 41(a)(2) the Court considers the terms of the voluntary dismissal to be just and proper.

 **IT IS THEREFORE ORDERED THAT** Relief Defendants Robert J. Mueller, Jeffrey L. Mueller, And Belinda G. Breen, as Co-Trustees of The MB Hale Ohana Revocable Trust are hereby **DISMISSED** with prejudice.

It is so **ORDERED**.

**SIGNED** this 28th day of November, 2022.

_____
Xavier Rodriguez
UNITED STATES DISTRICT JUDGE