**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>        **-against-**<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>    **Defendants,**<br><br>        **-and-**<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>    **Relief Defendants.** | **Civil Action No.:  5:21-cv-785-XR** |

## [PROPOSED] ORDER GRANTING MOTION TO AMEND ORDER

On December 7, 2022, Defendant Robert J. Mueller filed his Unopposed Motion to Amend Order (the "**Motion**").  Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Order Freezing Certain Assets, Ordering and Accounting, and Preliminary Injunction (ECF No. 7) is amended as follows: Defendant Mueller shall deposit a total of $87,000, including the $67,000 currently held in defense counsel's IOLTA Trust Account pursuant to orders of the Court, into the Disputed Ownership Fund in the Court Registry System, or any other account as directed by the Clerk of Court.

IT IS SO ORDERED this ___ day of December, 2022.

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE