IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

## ORDER GRANTING MOTION TO AMEND ORDER

On December 7, 2022, Defendant Robert J. Mueller filed his Unopposed Motion to Amend the Order Freezing Certain Assets, Ordering and Accounting, and Preliminary Injunction. ECF No. 76. The Court, having reviewed the Motion, is of the opinion that it is meritorious and should be **GRANTED**.

It is therefore **ORDERED** that the Clerk, United States District Court, shall receive and deposit into the Court's registry a check in the exact amount of **$87,000**, which includes the $67,000 currently held in defense counsel's IOLTA Trust Account and the $20,000.00 that the Court permitted Defendant Mueller to use on his criminal defense representation.

It is further **ORDERED** that the Clerk, United States District Court, as soon as the business of the office allows, shall deposit these monies into the **Disputed Ownership Fund**

of the Court Registry Investment System (CRIS) where they shall remain until further order of the

Court.

**SIGNED** this 9th day of December, 2022.

                                                                                        _____
                                                                                        XAVIER RODRIGUEZ
                                                                                        U.S. DISTRICT JUDGE