IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, § <br> § <br> PLAINTIFF § <br> § <br> V. § <br> § <br> ROBERT J. MUELLER, DEEPROOT FUNDS LLC § <br> (A/K/A DPRT FUNDS, LLC), AND § <br> POLICY SERVICES INC., § <br> § <br> DEFENDANTS § <br> § <br> AND § <br> § <br> DEEPROOT TECH LLC, DEEPROOT § <br> PINBALL LLC, DEEPROOT STUDIOS LLC, § <br> DEEPROOT SPORTS & ENTERTAINMENT LLC, § <br> DEEPROOT RE 12621 SILICON DR LLC, AND § <br> ROBERT J. MUELLER, JEFFREY L. MUELLER, § <br> AND BELINDA G. BREEN, AS CO-TRUSTEES § <br> OF THE MB HALE OHANA REVOCABLE TRUST, § <br> § <br> RELIEF DEFENDANTS | CIVIL ACTION NO. 5:21-CV-00785-XR |

**NOTICE OF APPEARANCE OF COUNSEL**
_____

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD

The attorney identified below is admitted to practice in this Court and appears in this case as counsel for John Patrick Lowe, Chapter 7 Trustee of the Bankruptcy Estates of Relief Defendants deeproot Tech, LLC, deeproot Pinball, LLC, deeproot Studios, LLC, deeproot Funds, LLC and Policy Services, Inc. Counsel's contact information is:

{00603185;1}

Randall A. Pulman
rpulman@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

Respectfully submitted,

**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas  78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: */s/ Randall A. Pulman*
    Randall A. Pulman
    Federal ID No. 7518
    Texas State Bar No. 16393250
    rpulman@pulmanlaw.com
    Leslie Sara Hyman
    Texas State Bar No. 00798274
    lhyman@pulmanlaw.com

**ATTORNEYS FOR J. PATRICK LOWE, TRUSTEE**

## CERTIFICATE OF SERVICE

I certify that on the 9th day of December, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

**Via CM/ECF:** jason.rudd@wickphillips.com
Jason M. Rudd
Wick Phillips Gould & Martin LLP
3131 McKinney Ave., Suite 500
Dallas, TX 75204

**Via CM/ECF:** jdavis@dslawpc.com; jhulings@dslawpc.com
Jason Davis
Harry Jay Hulings
Davis & Santos, P.C.
719 S. Flores Street
San Antonio, TX 78204

**Via CM/ECF:** nassed@sec.gov; wardenk@sec.gov; schultzc@sec.gov
David Nasse
Kristen M. Warden
Christian D. H. Schultz
US Securities and Exchange Commission
100 F Street
Washington, DC 20549

**Via CM/ECF:** peter.stokes@nortonrosefulbright.com
Peter Andrew Stokes
Norton Rose Fulbright US LLP
98 San Jacinto Blvd Suite 1100
Austin, TX 78701

                                                   */s/ Randall A. Pulman*
                                                   Randall A. Pulman