**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

SECURITIES AND EXCHANGE
COMMISSION,

vs.                                                     Case No.:  21-CV-00785-XR

ROBERT J. MULLER, et al.;
Defendants

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Charlie L. Divine , applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent U.S. Securities and Exchange Commission in this case, and

would respectfully show the Court as follows:

1.   Applicant is an attorney and a member of the law firm (or practices under the name of)

U.S. Securities and Exchange Commission with offices at:

Mailing address:  100 F Street, NE

City, State, Zip Code:  Washington, DC 20549

Telephone:  202-551-6673                 Facsimile:

2.   Since December 2003 , Applicant has been and presently is a

member of and in good standing with the Bar of the State of New York .

Applicant's bar license number is 4189288 .

3.   Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
| --- | --- |
| Northern District of Oklahoma | February 5, 2004 |
| Southern District of New York | June 7, 2011 |
| Eastern District of New York | June 7, 2011 |

4.      Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5.      I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8.      Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.      Applicant will file an Application for Admission to Practice before the United States

District Court for the Western District of Texas, if so requested; or Applicant has

co-counsel in this case who is admitted to practice before the United States District

Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Wherefore, Applicant prays that this Court enter an order permitting the admission of

Charlie L. Divine
_____ to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Charlie L. Divine
_____
[printed name of Applicant]

_____
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of

record and the original upon the Clerk of Court on this the _____ day of _____, _____.

Charlie L. Divine
_____
[printed name of Applicant]

_____
[signature of Applicant]

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

vs.                                                    Case No.: 21-CV-00785-XR

ROBERT J. MULLER, et al.;

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by _Charlie L. Divine_____, counsel for

_U.S. Securities and Exchange Commission_____, and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

_Charlie L. Divine_____ may appear on behalf of _U.S. Securities and Exchange_____

in the above case.

IT IS FURTHER ORDERED that in accordance with Local Rule AT-1(g), that as an attorney

employed by a government entity, Charlie L. Divine is exempt from the payment of the fee for

admission pro hac vice in this case.

SIGNED this the _____ day of _____, 20_____.


_____
UNITED STATES DISTRICT JUDGE



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, *Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that*

## Charlie Leslie Divine, III

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **December 11, 2003,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of New York on February 3, 2023.*

*Clerk of the Court*

*CertID-00103572*



# Supreme Court of the State of New York
# Appellate Division, First Department

ROLANDO T. ACOSTA
PRESIDING JUSTICE

SUSANNA MOLINA ROJAS
CLERK OF THE COURT

MARGARET SOWAH
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020