IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**[PROPOSED ORDER]**

The Court's November 10, 2022 Scheduling Order (ECF No. 72) is hereby amended as follows:

**I. EXPERTS**

    **A.** All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **March 17, 2023**.

    **B.** Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) on or before **April 6, 2023**.

    **C.** Any rebuttal expert reports submitted shall be served on all parties on or before **April 27, 2023.**

All other dates contained in the Court's November 10, 2022 Scheduling Order (ECF No. 72) remain unchanged.

It is so ORDERED.

SIGNED this February XX, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE