IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Fund, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

## NOTICE OF APPEARANCE

Please take notice that the undersigned attorney is entering an appearance in the above-styled and numbered cause as counsel of record for Ascentium Capital, a creditor and party-in-interest:

Valerie Henderson
Texas Bar No. 24078655
**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**
1301 McKinney, Suite 3700
Houston, Texas 77010
Telephone: (713) 650-9700

Facsimile: (713) 650-9701
email: vhenderson@bakerdonelson.com

Please provide Ms. Henderson with copies of all correspondence, pleadings, court settings, or other documents in this case going forward.

        Respectfully submitted,

By: */s/ Valerie Henderson*
    **Valerie Henderson**
    Texas Bar No. 24078655
    **Judson Mahan**
    Texas Bar No. 24109100
    **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ. P.C.**
    1301 McKinney Street, Suite 3700
    Houston, Texas 77010
    (713) 650-9700 - Telephone
    (713) 650-9701 – Facsimile
    vhenderson@bakerdonelson.com
    jmahan@bakerdonelson.com

    ***Attorneys for Ascentium Capital LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2023, a true and correct copy of the foregoing was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

    */s/ Valerie Henderson*
    Valerie Henderson