# Exhibit C

PRIVATE PROCESS

## Case Number: 2021CI24114

Ascentium Capital LLC VS Policy Services, Inc. ET AL
(Note: Attached Document May Contain Additional Litigants)

IN THE **57TH DISTRICT COURT**

BEXAR COUNTY, TEXAS

### CITATION

"THE STATE OF TEXAS"

Directed To:   **POLICY SERVICES, INC.**
**BY: SERVING ITS REGISTERED AGENT ROBERT J MUELLER**

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00am on the Monday next following the expiration of twenty days after you were served this CITATION and PETITION a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org" Said **ORIGINAL PETITION** was filed **on this the 19th day of November, 2021.**

ISSUED UNDER MY HAND AND SEAL OF SAID COURT on this the 29th day of November, 2021.

**VALERIE A HENDERSON**
**ATTORNEY FOR PLAINTIFF**
**1301 MCKINNEY ST 3700**
**HOUSTON TX 77010-3031**



**Mary Angie Garcia**
**Bexar County District Clerk**
101 W. Nueva, Suite 217

San Antonio, Texas 78205
By: /s/ Alexandra Johnson
Alexandra Johnson, Deputy

---

ASCENTIUM CAPITAL LLC VS POLICY SERVICES, INC. ET AL

Case Number: 2021CI24114
57th District Court

### Officer's Return

I received this CITATION on the **1ST** day of **December**, 20**21** at **5:00** o'clock **P** M. and ( ) executed it by delivering a copy of the CITATION with attached ORIGINAL PETITION the date of delivery endorsed on it to the defendant **Policy Services Inc** in person on the **22** day of **March**, 20**22** at _____ o'clock ___ M. at **12015 Tree well Glen, SA TX 78249** or ( ) not executed because _____

Fees: _____ Badge/PPS #: **PSC 1441** Date certification expires: **9/30/2023**

**BEXAR** County, Texas

BY: *Edward J Relchn*

OR: VERIFICATION OF RETURN (If not served by a peace officer) SWORN TO THIS _____

**NOTARY PUBLIC, STATE OF TEXAS**

OR: My name is _____, my date of birth is _____, and my address is _____ County.

I declare under penalty of perjury that the foregoing is true and correct. Executed in _____ County, State of Texas, on the _____ day of _____, A.D., _____.

**Declarant**