# Exhibit D

FILED
4/18/2022 8:41 AM
Mary Angie Garcia
Bexar County District Clerk
Accepted By: Cecilia Ortiz
Bexar County - 57th District Court

Case 5:21-cv-00785-XR   Document 90-4   Filed 04/12/23   Page 2 of 5

CAUSE NO. 2021CI24114

| | | |
|---|---|---|
| ASCENTIUM CAPITAL LLC, | § § § | IN THE DISTRICT COURT |
| Plaintiff, | § § | |
| v. | § § | 57th JUDICIAL DISTRICT |
| POLICY SERVICES, INC. and ROBERT J. MUELLER, | § § § | |
| Defendants. | § § § § | BEXAR COUNTY, TEXAS |

## DEFENDANT ROBERT J. MUELLER'S ORIGINAL ANSWER TO PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE COURT

Defendants Robert J. Mueller ("**Defendant**") files this Answer to Plaintiff's Original Petition, and in support would show as follows:

### I. GENERAL DENIAL

1. In accordance with Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies each and every allegation in Plaintiff's Original Petition and demands strict proof thereof by a preponderance of the evidence.

### II. DEFENSES

2. Without assuming the burden of proof as to the following (other than any burden imposed by law), Defendant asserts each of the following defenses independently and/or in the alternative where applicable:

3. Plaintiff's claims are barred, in whole or in part, because they fail to state a claim for which relief can be granted and/or have no basis in fact or law.

4. Plaintiff's claims are barred, in whole or in part, because Plaintiff's own acts or omissions caused or contributed to Plaintiff's injury, if any.

5. Plaintiff's claims are barred, in whole or in part, by the doctrine of fraud.

6. Plaintiff's claims, to the extent based in equity, are barred, in whole or in part, by the doctrine of unclean hands.

7. Plaintiff's claims are barred, in whole or in part, by the doctrine of impossibility.

8. Plaintiff's claims are barred, in whole or in part, by failure to perform a condition precedent.

9. Plaintiff's claims are barred, in whole or in part, by the doctrine of mitigation.

## **PRAYER**

WHEREFORE, Defendant prays:

(1) That Plaintiff take nothing by this action,

(2) That the Court enter judgment in favor of Defendant, and

(3) For all other relief at law or in equity to which Defendant may be justly entitled.

DATED: April 18, 2022.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By:   */s/ Jay Hulings*
Jason Davis
State Bar No. 00793592
E-mail: jdavis@dslawpc.com
Jay Hulings
State Bar No. 24104573
Email: jhulings@dslawpc.com
719 South Flores
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Attorneys for Defendant Robert J. Mueller*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2022, a true and correct copy of this document will be sent to the following counsel of record by the following means:

| | | |
|---|---|---|
| Ms. Valerie Henderson | _____ | Regular Mail |
| Mr. Judson Mahan | _____ | Certified Mail, RRR |
| Baker, Donelson, Bearman, | _____ | Hand Delivery |
| Caldwell & Berkowitz, P.C. | _____ | Facsimile |
| 1301 McKinney Street, Suite 3700 | \_\_\_X\_\_\_ | E-Mail/E-File |
| Houston, Texas 77010 | | |
| Email: *vhenderson@bakerdonelson.com* | | |
| Email: *jbaker@bakerdonelson.com* | | |

***Attorneys for Plaintiff***

                                                            */s/ Jay Hulings*
                                                            Jay Hulings

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Jasmine Capetillo-Vasquez on behalf of Jay Hulings
Bar No. 24104573
jvasquez@dslawpc.com
Envelope ID: 63629920
Status as of 4/19/2022 1:54 PM CST

Associated Case Party: Ascentium Capital LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Valerie Henderson | | vhenderson@bakerdonelson.com | 4/18/2022 8:41:13 AM | SENT |
| Judson Mahan | | jmahan@bakerdonelson.com | 4/18/2022 8:41:13 AM | SENT |

Associated Case Party: RobertJ.Mueller

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jason M.Davis | | jdavis@dslawpc.com | 4/18/2022 8:41:13 AM | SENT |
| Jasmine Capetillo-Vasquez | | jvasquez@dslawpc.com | 4/18/2022 8:41:13 AM | SENT |
| Jay Hulings | | jhulings@dslawpc.com | 4/18/2022 8:41:13 AM | SENT |