IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

## PLAINTIFF'S NOTICE

Plaintiff Securities and Exchange Commission ("Commission") submits this Notice regarding Ascentium Capital LLC's ("Ascentium") Motion for Relief from Preliminary Injunction ("Motion"). (ECF No. 88). The Commission opposes the Motion only to the extent it seeks to collect on any debt, enforce any judgment for monetary damages, or otherwise disturb the asset freeze imposed by the Court (ECF Nos. 7, 23) ("Asset Freeze"). The Asset Freeze is appropriate preliminary injunctive relief to preserve assets for potential disgorgement and civil penalties for the benefit of investors the Commission alleges were defrauded by the Defendant. *See SEC v. Dobbins*, No. Civ.3:04–CV–0605–H, 2004 WL 957715, at *3 (N.D. Tex. April 14, 2004) ("The Court has a duty to ensure that Defendant's assets are available to make restitution to the alleged victims"). The Commission takes no position otherwise on the merits of the

Motion.

Date: April 14, 2023                    Respectfully submitted,

                                        */s/ Kristen M. Warden*
                                        Kristen M. Warden
                                        Charlie Divine
                                        Trial Counsel
                                        David A. Nasse
                                        Supervisory Trial Counsel
                                        U.S. Securities and Exchange Commission
                                        100 F Street NE
                                        Washington, DC 20549
                                        wardenk@sec.gov
                                        divinec@sec.gov
                                        nassed@sec.gov
                                        (202) 256-7941 (Warden)
                                        (202) 551-6673 (Divine)
                                        (202) 551-4414 (Nasse)

                                        **Counsel for Plaintiff Securities and Exchange Commission**

## CERTIFICATE OF SERVICE

I certify that on the 14 day of April 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

/s/ Kristen M. Warden

Kristen M. Warden

*Counsel for Plaintiff United States Securities and Exchange Commission*