IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    Plaintiff,<br><br>    -against-<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>    Defendants,<br><br>    -and-<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>    Relief Defendants. | **Civil Action No.:  5:21-cv-785-XR** |

### JOINT MOTION FOR REFERRAL TO MEDIATION WITH A UNITED STATES MAGISTRATE JUDGE

TO THE HONORABLE COURT:

Plaintiff Securities and Exchange Commission ("**Plaintiff**") and Defendant Robert J. Mueller ("**Mueller**") file this Joint Motion for Referral to Mediation with a United States Magistrate Judge, as follows:

1.     The Amended Scheduling Order recently entered by the Court set a deadline for the parties to mediate this case of June 23, 2023.  [ECF No. 93].

2.	The parties have agreed to mediate with a United States Magistrate Judge. The parties have further agreed to mediate on June 20 or 21, 2023.

3.	The parties agree that the below signed trial counsel will represent the SEC during the mediation. The parties understand that while the SEC's trial counsel can recommend a settlement, any settlement is subject to the approval of supervisory staff and the Commissioners of the Securities and Exchange Commission.

4.	The parties therefore respectfully request that the Court assign a United States Magistrate Judge to serve as mediator in this dispute. The parties further request that the mediation be scheduled for either June 20 or 21, 2023, at the discretion of the appointed mediator.

Dated: May 18, 2023                                              Respectfully Submitted,

| | |
|---|---|
| */s/ Charlie Divine w/ permission*<br>Kristen M. Warden<br>Charlie Divine<br>Trial Counsel<br>David A. Nasse<br>Supervisory Trial Counsel<br>U.S. Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549<br>(202) 256-7941 (Warden)<br>(202) 551-6673 (Divine)<br>(202) 551-4414 (Nasse)<br>wardenk@sec.gov<br>divinec@sec.gov<br>nassed@sec.gov<br><br>**Counsel for Plaintiff United States Securities and Exchange Commission** | */s/ Jay Hulings*<br>Jason M. Davis<br>State Bar No. 00793592<br>E-mail:  jdavis@dslawpc.com<br>H. Jay Hulings<br>Texas State Bar No. 24104573<br>Email: jhulings@dslawpc.com<br>719 S. Flores Street<br>San Antonio, Texas  78204<br>Tel:  (210) 853-5882<br>Fax:  (210) 200-8395<br><br>**Counsel for Defendant Robert J. Mueller** |