UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>ROBERT J MUELLER, DEEPROOT RE §<br>12621 SILICON DR LLC, RELIEF §<br>DEFENDANT; AND DEEPROOT §<br>SPORTS & ENTERTAINMENT LLC, §<br>RELIEF DEFENDANT; §<br>§<br>Defendants. § | Civil Action No. SA-21-CV-00785-XR |

### ORDER

On this date, the Court considered the status of this case. On May 18, 2023, the parties filed their Joint Motion for Referral to Mediation with a United States Magistrate Judge. ECF No. 94. The Court concludes that mediation is appropriate and therefore that the Motion should be **GRANTED**. The Court **ORDERS** the parties to mediate this case before United States Magistrate Judge Elizabeth Chestney.

Mediation is a mandatory but non-binding settlement conference wherein the parties attempt to resolve their differences with the assistance of a third-party facilitator. All proceedings in a mediation session are confidential and protected from discovery. No subpoenas, summons, citations, or other process shall be served at or near the location of any mediation session, upon any person entering, leaving, or attending any mediation session.

Counsel and parties shall proceed in a good faith effort to try to resolve this case and shall confer with Judge Chestney and agree upon a mediation date. If no agreed date can be found, Judge Chestney will select a date and the parties shall appear as directed.

Following the mediation, the Court will be advised only that the case did or did not settle. No other information will be transmitted to the Court by the mediator or any other party.

It is so **ORDERED**.

**SIGNED** May 19, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE