IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § | |
| Plaintiff, | § § | SA-21-CV-00785-XR |
| vs. | § § | |
| ROBERT J MUELLER, DEEPROOT RE 12621 SILICON DR LLC, RELIEF DEFENDANT; AND DEEPROOT SPORTS & ENTERTAINMENT LLC, RELIEF DEFENDANT; | § § § § § § § | |
| Defendants. | § § | |

## ADVISORY REGARDING MEDIATION

On May 19, 2023, this matter was referred to the undersigned to conduct a mediation with the parties [#95]. On June 20, 2023, the undersigned held an in-person mediation in this case, at which counsel for Plaintiff and Defendant Mueller and his counsel appeared and participated. The undersigned now notifies the District Court that the case **DID NOT SETTLE** during mediation, and the case is **RETURNED** to the District Court for further proceedings.

**IT IS SO ORDERED.**

SIGNED this 21st day of June, 2023.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE