IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**[PROPOSED ORDER ON THE SEC'S SUMMARY JUDGMENT MOTION ON LIABILITY ON ALL COUNTS AGAINST DEFENDANT ROBERT J. MUELLER AND ON MUELLER'S ADVICE OF COUNSEL DEFENSE]**

**WHEREAS** this matter comes before this Court upon the Plaintiff Securities and Commission's ("Commission") Motion for Summary Judgment on Liability on All Counts Against Defendant Robert J. Mueller and on Mueller's Advice of Counsel Defense Pursuant to Fed. R. Civ. P. 56. ("Motion").

The Court hereby **GRANTS** the Commission's Motion, Dkt. ___, and finds the Defendant Robert J. Mueller liable on all counts and **GRANTS** the Commission summary judgment on Defendant's advice of counsel defense.

It is so ORDERED.

SIGNED this August 18, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE