MOTION TO SEAL

# EXHIBIT B

MOTION TO SEAL

# EXHIBIT 10

MOTION TO SEAL

From:       Robert J. Mueller
Date:       August 18, 2015 1:39:32 PM (-05)
To:         'Concilla, Dennis J.'
Subject:    **RE: dRGD**

Attachments:

I don't think it is that different as there is a priority return and mandatory calls of its own.   Also, it's been in there since the term sheet drafts.  What are your thoughts for disclosure?

Robert


=====================================
Robert J. Mueller, Principal
deeproot® Family of Companies

 deeproot ®

Phys: 8200 IH-10 West, Ste. 600 San Antonio, TX 78230
Mail: P.O. Box 691610, San Antonio, TX 78269

Office: (888) 316-2935
Mobile: (210) 602-8724
Facsimile: (888) 316-2782
http://www.deeprootfunds.com


**From:** Concilla, Dennis J. [mailto:DConcilla@cpmlaw.com]
**Sent:** Tuesday, August 18, 2015 1:33 PM
**To:** 'Robert Mueller' <robert@deeprootfunds.com>
**Subject:** RE: dRGD

It's one thing to have deeproot funds buy positions in this deal it's an entirely other thing to have this company buy other deeproot deals.  It creates a conflict.  It also adds an unpredictability to the FIFO arrangement.  A life settlement is sold with an LE, private placements have no LE.  If you want to do this we would have to rethink the disclosures and risk factors.




Dennis

Dennis Concilla

 Carlile Patchen & Murphy
ATTORNEYS AT LAW

O. 614.628.0771
F. 614.221.0216
E.  dconcilla@cpmlaw.com


**From:** Robert Mueller [mailto:robert@deeprootfunds.com]
**Sent:** Tuesday, August 18, 2015 2:29 PM
**To:** Concilla, Dennis J.
**Subject:** Re: dRGD

I wanted to go higher. That's my back door Pinball. Dividends, or interest.

Robert J. Mueller



MOTION TO SEAL

Mobile: (210) 602-8724
Sent from my iPhone

On Aug 18, 2015, at 1:18 PM, Concilla, Dennis J. <DConcilla@cpmlaw.com> wrote:

Robert, why do we allow up to 30% in private placements?  Doesn't that make the FIFO pool problematic?

Dennis

Dennis Concilla



O. 614.628.0771
F. 614.221.0216
E. dconcilla@cpmlaw.com

CONFIDENTIAL