MOTION TO SEAL

# EXHIBIT C

MOTION TO SEAL

# EXHIBIT 13



deeproot® Investor Presentation

©2015 deeproot Capital Management, LLC

CONFIDENTIAL

MUELLER 002816

DEPOSITION
EXHIBIT
94

7.12.23

# Agenda

- ☐ **Laying the Foundation**
- ☐ **Risks v. Rewards**
- ☐ **Goal Setting**
- ☐ **Achieving Your Goals with deeproot®**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002817

# Purposes

- ☐ **Let's work together to:**
    - ☑ Find out what's important to you
    - ☑ Diagnose your financial health
    - ☑ Uncover gaps in your financial plan(s)
    - ☑ Determine the <u>right</u> solutions
    - ☑ Implement a plan of action to solve your goals

© 2015 deeproot Capital Management, LLC        Investor Approved Presentation        Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002818

# Disclaimers

☐ All material contained herein is copyrighted.  No copying or use without the prior written consent of deeproot Capital Management, LLC.

☐ Approved for Investor use, as long as Investor has submitted a pre-qualification request with deeproot Funds, and deeproot Funds has approved the suitability status of the Investor.

☐ All securities require accredited investor and/or suitability qualifications.  This presentation is not an offer or waiver to sell securities.

☐ All securities offered through deeproot Funds, and are not reinsured or backed by FDIC, SIPC, or any regulatory entity.  All securities are subject to loss of principal or interest.  All security terms and provisions are subject to change at any time. Nothing contained herein is an offer to solicit or to purchase any services or products offered by any entities referenced.

☐ Not available in the State of Idaho.

☐ deeproot® and/or the deeproot® logo are registered marks with the USPTO of deeproot Capital Management, LLC.

© 2015 deeproot Capital Management, LLC            Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002819



# LAYING THE FOUNDATION

*Figure out where you are now, to know where you are going next...*

© 2015 deeproot® Capital Management, LLC          Investor Approved Presentation          Rev. 2015-9-01A

CONFIDENTIAL

MUELLER 002820

# Family

☐ **Marital Status & Needs**

☐ **Children's Needs**

☐ **Other Needs**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                                    MUELLER 002821

MOTION TO SEAL

# Accumulation Years

☐ **Employment**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002822

MOTION TO SEAL

# Preservation Years

☐ **Retirement**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                                                    MUELLER 002823

MOTION TO SEAL

# Investment Experience

☐ **Types of Investments**

☐ **Decision Making**

© 2015 deeproot Capital Management, LLC     Investor Approved Presentation     Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002824

MOTION TO SEAL



# RISKS v REWARDS

*How do you achieve the best bang for the buck...*

© 2015 deeproot® Capital Management, LLC          Investor Approved Presentation          Rev. 2015-9-01A

CONFIDENTIAL

MUELLER 002825

MOTION TO SEAL

# Risk Tolerance

☐ **Where do you see your risk tolerance?**

- ☐ Very Aggressive
- ☐ Aggressive
- ☐ Moderate
- ☐ Conservative
- ☐ Very Conservative

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL                                                                                          MUELLER 002826

MOTION TO SEAL

# Risk Gap

☐ **What do your current investments say about your risk tolerance?**

- ◘ Very Aggressive
- ◘ Aggressive
- ◘ Moderate
- ◘ Conservative
- ◘ Very Conservative



© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                                          MUELLER 002827

MOTION TO SEAL

# Liquidity

- ☐ **Emergency Funds**
  - ☑ **Too Little**
  - ☑ **Too Much**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                                          MUELLER 002828

MOTION TO SEAL

# Safety

- ☐ A function of risk v. reward trade-off
- ☐ Goal:
  - ◘ Get the most rewards for the least risk

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                                    MUELLER 002829



# GOAL SETTING

*Choosing the right path...*

© 2015 deeproot® Capital Management, LLC        Investor Approved Presentation        Rev. 2015-9-01A

CONFIDENTIAL                                                                MUELLER 002830

MOTION TO SEAL

# Choices

☐ **There are three main investment classes**

    ◘ **Growth**

    ◘ **Income**

    ◘ **Aggressive Growth**

© 2015 deeproot Capital Management, LLC      Investor Approved Presentation      Rev 2015-9-01A

CONFIDENTIAL                    MUELLER 002831

MOTION TO SEAL

# Growth

- ☐ **Defined by a period or term**
- ☐ **Growth rate**
  - ◘ **Constant (Fixed)**
  - ◘ **Dynamic (Variable)**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                          MUELLER 002832

MOTION TO SEAL

# Income

- ☐ **Defined by periodic payments**
- ☐ **Payments can be:**
  - ◻ **For a short period**
  - ◻ **For a long period**
  - ◻ **For a lifetime**
  - ◻ **Based on paying back principal + interest**
  - ◻ **Based on interest only (principal is preserved)**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL                                                                                          MUELLER 002833

MOTION TO SEAL

# Aggressive Growth

- ☐ A priority trade-off by giving up X to get Y
- ☐ Scenarios
  - ◻ where X is less important than Y
  - ◻ where X is minimized because Y is exponentially favorable
  - ◻ where X is irrelevant, and Y cannot be found anywhere else

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL                                                                                                      MUELLER 002834



**deeproot®**

*Achieving your Goals with deeproot®'s Equity Funds*

© 2015 deeproot® Capital Management, LLC          Investor Approved Presentation          Rev. 2015-9-01A

CONFIDENTIAL

MOTION TO SEAL

# About deeproot®

- **Founded in 2012**
- **Based on Innovation**
  - Only 'Two'-of-a-Kind in the World
  - Easy to Understand
- **Safety by Design**
  - Underlying Assets backed by Multiple Layers
- **Equity Design**
  - A *stake-in-the-action* vs. an *I-O-U*.

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL                                                                                      MUELLER 002836

MOTION TO SEAL

# Two Funds / Three Investments



deeproot 575 Fund
("the575™")

deeproot Growth Runs
Deep Fund
("dGRD")

© 2015 deeproot Capital Management, LLC        Investor Approved Presentation        Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002837

# Private Equity Fund

- **Organized as a Limited Liability Company (LLC) Equity Fund**
- **Class A Shares**
  - Held by deeproot®
  - Residual dividends or distributions of capital from the business, subject to Class B's preferential rights
- **Class B Shares**
  - Held by Investor(s)
  - Direct Stake in Company
  - Preferential/Priority rights to receive dividends or distributions of capital ("Priority Return")
  - All Class B Shares include a *Call* feature (right of deeproot® to buy back the shares)
  - All principal is securitized, or backed-up, by the assets of the Fund

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL                                                                    MUELLER 002838

MOTION TO SEAL

# Equity Fund Basic Terms

- **Dates**
  - Start Date
  - Call Date
  - Pay Date
- **Calls**
- **Priority Return**
  - Deferred
  - Periodic
- **Liquidation Amount**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002839

# Required Reading

- **Private Placement Memorandum ("PPM")**
  - **Describes the offering terms**
  - **Discloses risks, fees, expenses, etc.**
  - **Details Allocations to Underlying Assets**
  - **Discloses duties deeproot® owes each Investor**
  - **Ends with an easy-to-understand FAQ**

© 2015 deeproot Capital Management, LLC         Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                        MUELLER 002840

MOTION TO SEAL



# the575™

*deeproot 575 Fund, LLC – a 506(b) Private Equity Fund*

© 2015 deeproot® Capital Management, LLC                 Investor Approved Presentation                 Rev. 2015-9-01A

CONFIDENTIAL                                                                                    MUELLER 002841

MOTION TO SEAL

Short Term, Fixed Rate

# the575™

☐ **5** years

☐ **7** % simple deferred annual return

**OR**

☐ **5** % annualized, monthly payments

Your Choice

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL          MUELLER 002842

MOTION TO SEAL

Bonus Opportunities

# the575™

- ☐ **Initial Term Bonus**
  - ☐ **5% of Principal if => $350,000.00**
- ☐ **Renewal Bonus**
  - ☐ **5% of Renewed Liquidation Amount if > 90% is reinvested**
- ☐ **Bonuses do not earn growth in subscription term credited**

© 2015 deeproot Capital Management, LLC     Investor Approved Presentation     Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002843



# dGRD

*deeproot Growth Runs Deep Fund, LLC – a 506(b) Private Equity Fund*

© 2015 deeproot® Capital Management, LLC     Investor Approved Presentation     Rev. 2015-9-01A

CONFIDENTIAL

MOTION TO SEAL

Aggressive Growth

# dGRD

- ☐ **Superior, Proprietary Design**
  - ◘ **Aggressive Growth Fund model**
  - ◘ **Safer (Diversified Pool of Policies)**
  - ◘ **Fairer/Shorter (Fair Queue System)**
  - ◘ **Cheaper (Premiums are covered)**
  - ◘ **More Profitable (Predetermined Returns)**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002845

Get in Line...

# dGRD



## The FIFO Queue™

Investments are queued in $25,000 increments ('positions'), or a part thereof if less, by the chronological order in which investments are received, on a first-in, first-out ('FIFO') basis. FIFO Queue positions are numbered in sequential order based on a *timestamp* of when both of the following prerequisites are satisfied: **i)** the Investor's Application is approved; and **ii)** at least the minimum amount of principal is received. Principal received at different times or dates may receive non-sequential positions in the FIFO Queue.

For example, assume six investors hold positions as follows. Note the partial positions of Investors B, C & F, and the non-sequential positions of Investor B.

**Fair       Efficient       Minimizes Hold Time       Maximizes Returns       Encourages Renewals**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002846

MOTION TO SEAL

Get Rewarded...

# dGRD

## The Process

At inception, each position is assigned a Liquidation Multiplier based on the respective Investor's then-invested cumulative principal.   As assets mature or distributions from assets are received, positions are subject to a Mandatory Call.  Each called position's Liquidation Amount is paid thirty days thereafter.

### When Called:

i) The Investor of each called position, in order of The FIFO Queue™, is paid that position's Liquidation Amount thirty days after notice of a Mandatory Call ("Pay Date"), unless renewed.

### AND

ii) The uncalled or remaining positions in The FIFO Queue™ *advance* in the same order to fill the called position(s), and are re-numbered sequentially.

### Liquidation Multipliers

| Initial/Renewed Cumulative Principal | Base L.M. | Base % Equiv. |
|---|---|---|
| Under $100,000 | 1.38 | 38% |
| $100,000 - $199,999 | 1.43 | 43% |
| $200,000 - $399,999 | 1.46 | 46% |
| $400,000 - $699,999 | 1.50 | 50% |
| $700,000 - $999,999 | 1.55 | 55% |
| $1,000,000 + | 1.60 | 60% |

* The base Liquidation Multiplier is increased by 0.05 (5%) for a renewed position of at least 90% of the prior Liquidation Amount.

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation          Rev 2015-9-01A

CONFIDENTIAL

MUELLER 002847



## Suitability & What's Next

*How to invest with deeproot®...*

© 2015 deeproot® Capital Management, LLC          Investor Approved Presentation          Rev. 2015-9-01A

CONFIDENTIAL

MUELLER 002848

MOTION TO SEAL

# Suitability

- ☐ **Accredited Investor**
  - ◘ **Assets > $1MM (excluding primary residence)**
  - ◘ **Income > $300k a year ($200k if single)**
- ☐ **Non-Accredited Investor**
  - ◘ **Limited spots**
  - ◘ **Based on experience, assets, liquidity, and goals**

© 2015 deeproot Capital Management, LLC          Investor Approved Presentation                    Rev 2015-9-01A

CONFIDENTIAL                                                                                    MUELLER 002849

# Process

- ☐ **Pre-qualification form**
  - ◪ **http://deeprootfunds.com/pre-qualify**
- ☐ **Fund Choice(s)**
- ☐ **Receive, Review, Complete, and Submit App**
- ☐ **Submit or Transfer Principal Opening Balance**
- ☐ **Investment Position is Established**
- ☐ **Online Access & Annual Statements**

© 2015 deeproot Capital Management, LLC     Investor Approved Presentation     Rev 2015-9-01A

CONFIDENTIAL                                                          MUELLER 002850



deeproot® Investor Presentation

©2015 deeproot Capital Management, LLC

CONFIDENTIAL

MUELLER 002851