MOTION TO SEAL

# EXHIBIT D

MOTION TO SEAL

# EXHIBIT 15



**Jay Hulings**
jhulings@dslawpc.com

October 14, 2021

David Nasse
Christian D. H. Schultz
Securities and Exchange Commission
100 F. Street, NE
Washington, DC 20549

*Via E-mail:* nasse@sec.gov
*Via E-mail:* schultzc@sec.gov

Re:   Sworn Accounting; *Securities and Exchange Commission v. Robert J. Mueller, et al.*, Civil Action No.: 5:21-CV-785-XR, pending in the United States District Court for the Western District of Texas, San Antonio Division.

Dear Mr. Nasse:

Per the Order Freezing Certain Assets, Ordering an Accounting, and Preliminary Injunction entered in the above-reference action (the "**Order**"), please find enclosed the sworn accounting of Defendant Robert J. Mueller. Mr. Mueller provides this sworn accounting on behalf of himself, the entities named as Defendants or Relief Defendants, and as Co-Trustee of the MB Ohana Revocable Trust.

Please note, as we have previously discussed, that Mr. Mueller does not have access to certain financial records of the Relief Defendants, including a number of cancelled checks. Some of those records are kept in offices to which Mr. Mueller does not currently have access. When Mr. Mueller gains access to those offices, we can provide those records to you, if requested.

Please further note that the sworn accounting does not identify assets or bank accounts other than those expressly called for by section II of the Order. It therefore does not identify any bank accounts that are held solely in the name of Mrs. Mueller, consistent with section II.D of the Order. It also does not identify any assets that are the separate property of Mrs. Mueller or are the property of Jeffrey L. Mueller and/or Belinda G. Breen, consistent with section II.C of the Order. The sworn accounting does, however, identify the assets (consisting of a bank account) owned in the name of the MB Ohana Revocable Trust.

If you have a different understanding of the Order, or have any questions about the above or the sworn accounting, please let me know. We will be glad to discuss any clarifications that may be necessary.

Regards,

Jay Hulings

*Enclosure—as stated*

Δ π EXHIBIT 31
Deponent Miella
3-9-22
Date_____ Rptr. 16
WWW.DEPOBOOKPRODUCTS.COM

719 S. Flores Street
San Antonio, Texas 78204

dslawpc.com

P: (210) 853-5882
F: (210) 200-8395

SEC-RJM-E-0000015

MOTION TO SEAL

### Declaration of Robert J. Mueller

I, Robert J. Mueller, state as follows:

1.      My name is Robert J. Mueller. I am over twenty-one (21) years of age, am of sound mind, and suffer no legal or mental disabilities. I have never been convicted of a felony or a crime involving moral turpitude. I am fully competent to make this declaration concerning the matters stated herein, which are within my personal knowledge and are true and correct.

2.      I am the sole owner of the entities identified as Defendants or Relief Defendants (the "**Entities**") in the Complaint filed in *Securities and Exchange Commission v. Robert J. Mueller, et al.*, Civil Action No.: 4:21-CV-785-XR, pending in the United States District Court for the Western District of Texas, San Antonio Division (the "**Litigation**"). I am also a Co-Trustee of the MB Hale Ohana Revocable Trust. I am aware of certain financial transactions and assets of the Entities and of the MB Hale Ohana Revocable Trust.

3.      I have reviewed the Order Freezing Certain Assets, Ordering an Accounting, and Preliminary Injunction, entered in the Litigation (the "**Order**"). Attached hereto as Exhibits A, B, C, D, and E are documents that summarize information requested in the "SWORN ACCOUNTING" section of the Order. The information contained in Exhibits A, B, C, D, and E is accurate to the best of my knowledge and based on the materials that are currently available to me.

4.      Attached hereto as Exhibit F are true and correct copies of statements from bank accounts that have been held in my name, in the name of the Entities, or in the name of the MB Ohana Revocable Trust.

Pursuant to 28 U.S. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

1

SEC-RJM-E-0000016

Executed in San Antonio, Texas on the 14th day of October, 2021.

_____
Robert J. Mueller

SEC-RJM-E-0000017

Confidential                    Schedule IIA - Investor Subscriptions



| DAY | BANK DESCRIPTION | AMT | BANK / SENDING PARTY / ADDRESS |
|---|---|---|---|
| 6/11/2021 | WT FED#00216 COMMUNITY NATIONAL /ORG=CNB FBO BRAD A LEON IRA SRF# | $1,000,000.00 | Community National Bank CNB Custody 225 Main St, Seneca, KS 66564 |

SEC-RJM-E-0000019

MOTION TO SEAL

Confidential

Schedule IIC - Entities

Page 1/1

*POLICY SERVICES INC LIFE INSURANCE ASSETS*
*1/2021 TO PRESENT*

| Carrier | Policy Name | Last Name | Status as 9/27/2021 | Policy Number | Face | Policy Closing Date |
|---|---|---|---|---|---|---|
| Protective Life (WCL) | ANDE75 | | Inforce | | $2,000,000.00 | 1/7/2013 |
| US Life City NY | UD33NL | | Inforce | | $750,000.00 | 3/25/2013 |
| SunLife Financial | SUL428 | | Inforce | | $300,000.00 | 5/27/2013 |
| Metlife Investors | JKN22A | | Inforce | | $2,500,000.00 | 8/19/2013 |
| SunLife Financial | SUL429 | | Inforce | | $300,000.00 | 10/13/2013 |
| Midland National Life | GRR553 | | Inforce | | $242,520.00 | 10/23/2013 |
| ING Reliastar Life (VOYA) | PER437 | | Inforce | | $1,000,000.00 | 1/22/2014 |
| John Hancock Life | FEE287 | | Inforce | | $500,000.00 | 3/19/2014 |
| John Hancock Life | FEE548 | | Inforce | | $500,000.00 | 3/31/2014 |
| Occidental Life | MAR790 | | Inforce | | $100,000.00 | 6/2/2015 |
| Transamerica Life | JMD135 | | Inforce | | $500,000.00 | 6/30/2015 |
| Protective Life (WCL) | RID363 | | Inforce | | $500,000.00 | 12/16/2016 |
| Brighthouse Life | KFFN57 | | Inforce | | $500,000.00 | 12/21/2016 |
| Protective Life (WCL) | LW7116 | | Inforce | | $1,100,000.00 | 4/4/2017 |
| American General Life | JDE21L | | Lapsed/Disputed | | $633,342.81 | 11/19/2012 |
| Transamerica Life | SIE687 | | Lapsed/Disputed | | $1,500,000.00 | 6/2/2015 |
| AXA Equitable Life | FERN07 | | Lapsed/Disputed | | $10,000,000.00 | 8/19/2016 |
| Mass Mutual | HCS883 | | Lapsed/Disputed | | $1,540,000.00 | 2/2/2017 |
| Principal | ANDR62 | | Lapsed/Disputed | | $1,000,000.00 | 4/26/2017 |

*POLICY SERVICES INC ASSETS*
*> $1,000 EXCLUDING  PERMITTED*
*1/2021 TO PRESENT*

| ASSET | TYPE | AMOUNT | AS OF |
|---|---|---|---|
| Leasehold Improvements | Asset | $99,103.66 | 9/27/2021 |
| CCW Braun Heights, LLC Promissory Note | Notes Receivable | $1,241,000.00 | 9/27/2021 |
| Food Development Corp of Texas | Equity | $435,000.00 | 9/27/2021 |
| Various Life Insurance Policies and Interests | Life Ins Policies | *See above* | |
| Various Accounts Receivable | A/R | Unknown | |

*DEEPROOT FUNDS ASSETS*
*> $1,000 EXCLUDING PERMITTED*
*1/2021 TO PRESENT*

| ASSET | TYPE | AMOUNT | AS OF |
|---|---|---|---|
| CCW Braun Heights, LLC Promissory Note | Notes Receivable | $1,016,000.00 | 9/27/2021 |
| Leasehold Improvements | Asset | $342,276.13 | 9/27/2021 |
| Equity Secure Holding, LLC | Notes Receivable | $131,731.75 | 9/27/2021 |