MOTION TO SEAL

# EXHIBIT G

MOTION TO SEAL

EXHIBIT 41

MOTION TO SEAL

### DECLARATION OF DENNIS CONCILLA

I, Dennis Concilla, pursuant to 28 U.S.C. §1746, state under penalty of perjury as follows:

1.      My name is Dennis Concilla.  I am over twenty-one (21) years of age, am of sound mind, and suffer no legal or mental disabilities.  I have never been convicted of a felony or a crime involving moral turpitude.  I am fully competent to make this declaration concerning the matters stated herein, which are within my personal knowledge and are true and correct.

2.      I am Of Counsel with the law firm of Carlile Patchen & Murphy LLP.  I have been practicing law for over forty years and have concentrated my practice in representing securities broker-dealers, investment advisors, registered representatives, banking institutions, and businesses.  I have been the head of the firm's Securities Practice Group during most of my time I have been with the firm.

3.      On January 25, 2023, I participated in a meeting in Columbus, Ohio with federal and state law enforcement officers and two Assistant United States Attorneys, Mr. Bill Lewis and Mr. Bill Harris, regarding a criminal investigation of Mr. Mueller.

4.      Prior to the meeting, I was informed that Mr. Mueller, through his present counsel, agreed to a limited waiver of the attorney-client privilege and/or work product doctrine.  A true and correct copy of a December 16, 2022 waiver letter I received is attached to this declaration as Exhibit 1.   As reflected in that letter, I understand that the waiver covered only the time period before January 1, 2019 and related to certain specified topics (the "Limited Waiver Period").

5.      During the meeting, I was asked whether I had told Mr. Mueller something to the effect that he could not use funds provided by new investors to make payments to previous investors.  I explained to the government officials that I could not recall ever having such a conversation with Mr. Mueller during the Limited Waiver Period.  I further explained to the agents

1

DEPOSITION
EXHIBIT
101
7-12-23       80
PENGAD 800-631-6989

CONFIDENTIAL

MUELLER 002862

my understanding, based on my education, training, and experience as a securities lawyer, of the

concept that "money is fungible."  In other words, I explained my opinion that payments to

previous investors could properly be made from an account or fund in which both new investments

and revenue or funds from other sources were deposited.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true

and correct.

Executed in Columbus, Ohio on the 4th day of April, 2023.

_____
Dennis Concilla

2

CONFIDENTIAL

MUELLER 002863