IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　Plaintiff,<br><br>　　　　-against-<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>　　Defendants,<br><br>　　　　-and-<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,**<br><br>　　Relief Defendants. | Civil Action No.:  5:21-cv-785-XR<br><br>FILED UNDER SEAL |

**ORDER GRANTING PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
<u>UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL</u>**

　　This matter came before the Court on the unopposed motion of Plaintiff Securities and Exchange Commission ("SEC") for leave to file under seal an unredacted version of the SEC's Motion for Summary Judgment as to Liability on All Counts Against Defendant Robert J. Mueller and on Mueller's Advice of Counsel Defense ("Motion for Summary Judgment") and certain exhibits in support of its Motion for Summary Judgment, pursuant to Local Rule CV-5.2. The Court, having reviewed the motion and the documents the SEC requests to seal, is of the opinion that balancing the interests of the public against the Defendant's interest in protecting his privacy, until the parties have had the opportunity to meet and confer, Plaintiff has shown that the motion is well-founded and should be GRANTED.

IT IS THEREFORE ORDERED that the unredacted version of the SEC's Motion for Summary Judgment and exhibits in support, marked as Exhibits A-I of the SEC's Motion for Leave to File Documents Under Seal ("Motion for Leave"), are sealed.

IT IS HEREBY FURTHER ORDERED that the parties shall meet and confer in an attempt to agree on the unsealing of all or portions of the documents marked as Exhibits A-I of the SEC's Motion for Leave.

Dated: _____, 2023

_____
**XAVIER RODRIGUEZ**
**UNITED STATES DISTRICT JUDGE**