IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>  Defendants,<br><br>  -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>  Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**[PROPOSED] ORDER EXTENDING REMAINING
SUMMARY JUDGMENT DEADLINES**

Pending before the Court is the Unopposed Motion to Extend the Remaining Summary Deadlines (the "**Motion**") filed by Defendant Robert J. Mueller. Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for Mueller to file his response to the SEC's summary judgment is hereby extended through and until September 18, 2023.

IT IS FURTHER ORDERED that the deadline for the SEC to file its reply is hereby extended through and until October 2, 2023.

All other deadlines in the Fifth Amended Scheduling Order [ECF No. 102] remain the same.

IT IS SO ORDERED this ___ day of _____ 2023.

_____
XAVIER RODRIGUEZ
U.S. DISTRICT JUDGE