# Exhibit A-5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE | ) | |
| COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -against- | ) | |
| | ) | |
| ROBERT J. MUELLER, | ) | |
| DEEPROOT FUNDS, LLC | ) | |
| (a/k/a dprt Funds, | ) | |
| LLC), AND POLICY | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| -and- | ) | CIVIL ACTION NO. |
| | ) | 5:21-cv-785-XR |
| DEEPROOT TECH LLC, | ) | |
| DEEPROOT PINBALL LLC, | ) | |
| DEEPROOT STUDIOS LLC, | ) | |
| DEEPROOT SPORTS & | ) | |
| ENTERTAINMENT LLC, | ) | |
| DEEPROOT RE 12621 | ) | |
| SILICON DR LLC, AND | ) | |
| ROBERT J. MUELLER, | ) | |
| JEFFREY L. MUELLER, AND | ) | |
| BELINDA G. BREEN, AS | ) | |
| CO-TRUSTEES OF THE MB | ) | |
| HALE OHANA REVOCABLE | ) | |
| TRUST, | ) | |
| | ) | |
| Relief Defendants. | ) | |

*********************************************************
REMOTE ORAL AND VIDEOTAPED DEPOSITION OF
CRAIG RUSHFORTH
JUNE 16, 2023
*********************************************************

1              ORAL DEPOSITION of CRAIG RUSHFORTH, produced
   as a witness at the instance of the Defendants, and
2  duly sworn, was taken in the above-styled and numbered
   cause on June 16, 2023, from 9:33 a.m. to 3:13 p.m.,
3  before Heather L. Garza, CSR, RPR, in and for the
   State of Texas, recorded by machine shorthand, at the
4  offices of HEATHER L. GARZA, CSR, RPR, The Woodlands,
   Texas, pursuant to the Federal Rules of Civil
5  Procedure and the provisions stated on the record or
   attached hereto; signature having been waived.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        Q.   So what did you do immediately after leaving

 2   FBD?

 3        A.   So I -- I looked for work is what I did.  My

 4   next job was with -- with -- at Deeproot.

 5        Q.   We'll talk about that in more detail, but

 6   tell me how you got to meet Robert Mueller?

 7        A.   I've known him from a personal standpoint

 8   through our church.

 9        Q.   Is that -- did you meet him here in San

10   Antonio?

11        A.   Yes.

12        Q.   We'll go through the details in a bit, but

13   did Mr. Mueller recruit you into joining Deeproot?

14        A.   Essentially, yes.

15        Q.   Okay.  And -- and which entity did you join?

16        A.   Deeproot Tech had not started yet, so I

17   believe my paychecks came through Deeproot Capital, I

18   believe.

19        Q.   So about what time did you join the Deeproot

20   family of companies?

21        A.   Approximately in October.

22        Q.   Of 2016?

23        A.   Of 2016, yeah.

24        Q.   Okay.  And -- and how long -- we'll go --

25   like I said, we'll go through that in detail, but how
```

```
 1   mechanical engineer or just lead mechanical engineer.
 2   But in a company like that, titles are just
 3   placeholders.
 4        Q.   And what was your salary?  Sorry.
 5        A.   That's okay.  I'm trying to remember.  I
 6   believe it was just under a hundred thousand or right
 7   around there.  It's been a while, so I don't recall
 8   exactly.
 9        Q.   All right.  So when you started at Deeproot,
10   what was the -- let's take the first six months.  What
11   did you do for the first six months while you were at
12   Deeproot?
13        A.   So first six months.  So a couple -- the
14   first things we did was identify what was some of the
15   critical path items, what was going to take the
16   longest to design, what were the most important.  So
17   we did a lot of research into the -- the pinball, what
18   are the complaints out there, what are people
19   struggling with, as we were trying to say how do we
20   make this better so anybody can use them and want
21   them, part of that was what are people struggling
22   with.  So we identify the -- the design and then what
23   were the important critical items that we wanted to
24   release.
25        Q.   All right.  So let's break that down.  What
```

**did you do to conduct this research?  What did you**

**look at?**

A.   So there are a lot of Pinball Websites that

discuss that, and a lot of that is talking to, you

know -- Robert is a big pinball -- was a big pinball

player so he had some personal struggles that we

incorporated in that, and the other thing was going on

-- on some of the forums and looking at the struggles

and equipment and machines and what are the big

complaints that everybody had out there on -- as a

general equipment type thing, what are people asking

for help on that they're struggling with on the

equipment.  So there was that type of research.  And

then looking at styles, what are the styles of

equipment people like playing, you know, what type of

game because there's different styles of game and

things like that.  So those are some of the things

that we looked at.  And then, also, just what are the

basic componentry that we're going need and things

like that.  So it's difficult to say in six months.

I'm trying to remember.  There were just a lot of

things going on in that first period where we were

trying to get things up.  Some of the things was

starting to develop the electronics behind the

equipment.  Some of it was -- a big component was

1    looking at playfield materials and coatings and so

2    there was a lot of activity around that and then

3    talking to suppliers and getting some of the project

4    started as far as the big key ones that we wanted.

5         **Q.   Did you ever get a physical pinball machine**

6    **from another provider and deconstruct it?**

7         A.   Yeah.  We looked at -- yeah.  That's one of

8    the things we looked at design is how did they do it,

9    what did they do, why did they do it, and those are

10   some of the keys.  Sometimes you look at it and say,

11   well, why did they do that.  So that's -- those are

12   some of the things that we looked at.

13        **Q.   And what -- in doing this research, what did**

14   **you identify as the complaints that consumers had**

15   **about pinball machines?**

16        A.   So one of the complaints is difficulty in

17   servicing.  A huge one is the playfield surface

18   getting damages, and I think those are some of the --

19   the big two that get brought up most often.

20        **Q.   All right.  So what do you mean by difficulty**

21   **in servicing?**

22        A.   So some of the things that are difficult is

23   you'll hear quotes like you almost need an electrical

24   engineering degree to work on these things.  You have

25   to sod or things are hard to get at, you know, can you

1   -- can you follow -- so you have a wire connected to

2   something, is it the right wire that I'm looking at.

3   So those type of things.  It's just -- it's difficult

4   to follow.  It's difficult to trace.  It's difficult

5   to diagnose, and it's difficult to work on.

6        Q.   And what do you mean by, "Playfields damage"?

7        A.   So it's a steel ball on a wooden-coated

8   playfield.  Especially that was one of the complaints

9   you saw a lot is that -- that they'd get divots, lots

10  and lots of divots or things chipping on that surface,

11  so now you have a ruddy playfield.

12       Q.   And you mentioned that part of the idea

13  behind what Deeproot pinball -- let me rephrase.

14            Part of the goal at Deeproot pinball was to

15  make machines that anybody can use.  What do you mean

16  by that?

17       A.   So it's the soccer mom principle.  Can we get

18  the soccer mom to go in there and make it not be scary

19  to open, to clean, to lift, to disconnect , to unscrew

20  something.  Can we make this platform something that's

21  less intimidating to somebody.

22       Q.   Does that mean that pinball machines were too

23  much of a niche product?

24       A.   Can you rephrase that?

25       Q.   Yeah.  Sure.  So in your research, did it

1    appear to you that pinball machines were targeted to

2    too narrow a market?

3        A.   I don't know if it's targeted or -- I would

4    say it's overwhelming to some to think about, well, I

5    haven't worked on that so things are breaking all the

6    time, then that backs something that somebody won't

7    want to work on, and I don't want it in my home

8    because it's just going to break, I'm going to have to

9    deal with it.  I don't know if that clearly answers

10   the question you're asking.

11       Q.   I understand.  Let me ask you about market

12   research.  Did you do any market research as to -- let

13   me rephrase.

14            Did you do any research as to the potential

15   market for the sale of pinball machines?

16       A.   From a personal standpoint, yeah.  When I say

17   is this a viable thing, from a professional

18   standpoint, Robert had done a lot of that, you know,

19   what's the market, what -- you know, how big is the

20   market and things like that, Robert had done a lot of

21   that.  But from a personal standpoint, I had looked

22   and say what's out there, and as you got more and more

23   into it, you see that it's a bigger market than you

24   anticipate.

25       Q.   So tell me about the market research that

1    Robert Mueller had done.

2                    MR. DIVINE:   Objection.

3                    MR. HULINGS:   Basis?

4                    MR. DIVINE:   You're asking him to

5    speculate.

6                    MR. HULINGS:   That's fair.

7        Q.   (BY MR. HULINGS)   Were you -- did you become

8    aware of the market research that Robert Mueller had

9    conducted about Pinball?

10       A.   I know -- yes.  I -- but I couldn't answer to

11   -- to a lot of specifics.  I could know -- I remember

12   talking about what the market -- we talked about

13   market numbers.  We talked about -- that it's not just

14   U.S., it's overseas, what's the -- you know, where is

15   the growing -- growing locations, things like that,

16   but to -- to deep specifics, I couldn't answer right

17   now.

18       Q.   Do you recall reviewing any spreadsheets that

19   he'd prepared?

20       A.   I --

21       Q.   Or other documents?

22       A.   I don't off the top of my head.

23       Q.   Okay.

24       A.   I've seen so many documents.  I -- I

25   appreciate your patience.

```
 1        Q.    Okay.
 2        A.    I don't want to mislead.
 3        Q.    No, no problem.  So during this initial phase
 4   where you're conducting research into pinball machines
 5   and the pinball mystery, who were you doing this
 6   research with?
 7        A.    A lot of it was just me and then Robert was
 8   -- was doing stuff on the side.  So myself and Robert
 9   were kind of the two at the time when we first
10   started.
11        Q.    When you say, "Robert was doing stuff on the
12   side," what's "stuff"?
13        A.    Well, meaning he was -- he would -- I was --
14   how do I say this?  I was involved in looking at, you
15   know, equipment and -- and -- and that aspect of it.
16   Robert and I would talk about those things, as well as
17   things he knew about, that's why I can't speak to
18   specifically, and it was seven years ago now, so I
19   don't recall all the specific conversations from back
20   then, but there was a lot of conversations about, you
21   know, where do we go, what have you found, and things
22   like that.  So there's a lot of conversations at the
23   beginning looking at the vision and direction.
24        Q.    And the vision that you mentioned that you're
25   just referring to is the -- the vision of making
```

```
 1    pinball more accessible to a wider number of
 2    consumers?
 3         A.    Pinball for the masses.
 4         Q.    Okay.  Did you agree with that vision?
 5         A.    I think it's phenomenal.  I loved it.
 6         Q.    And were you excited about pursuing it while
 7    you were there?
 8         A.    I was.
 9         Q.    And tell me why.
10         A.    It -- well, lots of reasons.  One, as an
11    engineer, it is so fun to design and develop; two,
12    there is something about pinball machines.  When you
13    put them in front of people, we go to these -- these
14    shows and things like that, there's just a connection
15    to that, so -- and then there's the long-term for me
16    -- there's just a lot of reasons.  It's a good
17    product.  When I go into a job and the things -- one
18    of the things I look for on a job is can I be proud of
19    this product?  Can I look at it, and one of the things
20    is when we looked at the platforms and we looked at
21    the types of games, we wanted to bring games to
22    people's houses that could go to anybody's houses.
23    You know, what are the license -- you know, what is
24    the game theme?  We wanted themes that were family
25    friendly.  And so when you look at that -- and so
```

1  that's -- that's -- I apologize.  It seems like a

2  really broad question to me because there are so many

3  things from just enjoying the project to being proud

4  of the product to enjoying watching people interact

5  with something you're working on that brings pride in

6  you, and then the final piece of the puzzle is if --

7  when -- when we make this a successful endeavor that

8  allows you to do more that you can do.  You have a

9  team that can do more with this now.  You have

10 technology.  So we can do more.  And then as you

11 become successful, there's the, you know,

12 incorporations as humanitarians.  That's just my

13 personal.  There's things you can do in the community.

14 There's things you can do nice.  So you can take a

15 success and spread success and do good for the world.

16 So that's where I saw Deeproot is saying we could do

17 this good thing and then it can grow and do more good

18 things and we can keep doing more and more, not just

19 good products, but do more good in the world.

20      Q.   So let me ask this the right way.  Is a

21 pinball machine a simple machine to build?

22      A.   I think that's -- can you --

23      Q.   Yeah.  Let me --

24      A.   What do you mean by, "Simple to build"?

25      Q.   Yeah.  So is it fair to say that pinball

1      A.   I don't remember.  There's always some --
2 there was some -- there was some financial
3 implications to payroll and stuff that people left
4 during -- I can't remember the specific times.
5      **Q.   Okay.  We'll get to that.  So the launch, did**
6 **RAZA -- was RAZA launched in March of 2020?**
7      A.   No, not that I recall.
8      **Q.   And did the coronavirus pandemic have**
9 **anything to do with the delay of the launch?**
10      A.   Yes.
11      **Q.   When the coronavirus pandemic occurred, did**
12 **Deeproot go through lock downs?**
13      A.   Yes.  We had to shut the facility down.
14      **Q.   For about how long was that facility shut**
15 **down?**
16      A.   It was shut down for several months.
17      **Q.   Okay.**
18      A.   From full production, yeah.
19      **Q.   The employees went home?**
20      A.   Yes.
21      **Q.   And so the work on development of the RAZA**
22 **being effectively -- let me rephrase.**
23           **Did work on the RAZA game effectively stop at**
24 **the beginning of the pandemic?**
25      A.   There was some small work that we could have

```
 1   some engineers do remotely, but it was various small
 2   amount, and you couldn't get in and test anything so
 3   effectively it really put brakes on them.
 4       Q.   And in 2020, were there financial problems at
 5   Deeproot?
 6       A.   Yes.
 7       Q.   And how did you experience those financial
 8   problems?
 9       A.   Personally, I -- there was a period where I
10   was not having a paycheck because -- and so that's my
11   personal --
12       Q.   Did you have to let any employees go?
13       A.   We had -- I can't remember the time.  We did
14   at one point have to let employees go.  I can't
15   remember the timing, but, yes, we did due to
16   financial.
17       Q.   Did other employees leave for financial
18   reasons?
19       A.   Yes.
20       Q.   Did the staff departures impact the
21   development of the game?
22       A.   Yes.
23       Q.   In what way?
24       A.   They -- any time somebody leaves, and
25   specifically here, and I can't remember specifically
```

```
 1    all who, but there's things that they've been working
 2    on that delays you.  Now, you have to have the next
 3    person get brought up to speed on where they were so
 4    you lose not only the time of somebody not developing
 5    but also the ramp-up speed to get the next person on
 6    -- on track.
 7        Q.   And despite those delays, was there an
 8    attempt to launch RAZA in approximately September of
 9    2020?
10        A.   Yes.  We -- we were -- we were -- we were
11    striving to -- to get launch out as quickly as we
12    could.
13        Q.   All right.  And, also, during the 2020 time
14    frame, did the Deeproot Tech begin to experience
15    difficulty acquiring -- acquiring parts?
16        A.   Yes.  The supply chain, you -- you asked
17    about COVID.  That was one of the things that we saw
18    is supply chain became more difficult.
19        Q.   And how many of your parts came from
20    overseas?  Let me rephrase.  Did you have parts --
21        A.   Yes.
22        Q.   -- that were sourced from outside of the
23    United States?
24        A.   Yes.  Specific large items were power
25    supplies and screens and things like that.
```

```
 1        Q.   And were there delays in securing those parts
 2   --
 3        A.   Yes.
 4        Q.   -- in the 2020 time frame?
 5        A.   Yes.  And I will follow up that even with the
 6   extended lead time, some of those parts came out even
 7   later than they were promised on top of that.
 8        Q.   Okay.  And that -- those delays, it took
 9   longer than it used to prior to the pandemic?  Let me
10   rephrase.  During the pandemic, it took a longer
11   period of time to get those parts to Deeproot Pinball
12   than it did before the pandemic?
13        A.   Yes.
14             MR. DIVINE:  Object to the form of the
15   question.
16             THE WITNESS:  Sorry, Charlie.
17        Q.   (BY MR. HULINGS)  Go ahead.  You can answer.
18        A.   Yes.
19        Q.   And did that -- did those supply chain
20   problems further delay the development and launch of
21   Pinball?
22        A.   Yes.
23        Q.   Okay.  Despite those problems, did Deeproot
24   Pinball still attempt to launch the RAZA game in
25   September of 2020?
```

```
 1    to form.  You've got to give me a little more than
 2    that so I can fix the question.  Object in what way?
 3                MR. DIVINE:  Sure.  It's -- it's -- it's
 4    vague, and I think you inserted facts not in evidence.
 5    I think he said he was not involved with customers.
 6                MR. HULINGS:  Okay.  I don't know that I
 7    agree, but I'll address it anyway.
 8        Q.   (BY MR. HULINGS)  All right.  So did Deeproot
 9    enter into agreements to sell RAZA machines to end
10    users of the machines?
11        A.   Yes.
12        Q.   Did Deeproot also enter into agreements to
13    sell the RAZA machines to distributors who would then
14    resell the machines to end users?
15        A.   Yes.
16        Q.   All right.  Let me show you what I marked as
17    Exhibit 80.
18                (Exhibit No. 80 was marked.)
19        Q.   (BY MR. HULINGS)  Okay.  Do you see this
20    document?
21        A.   Yes.
22        Q.   This is Bates No. SEC-DEEPROOT-E-008342.  Do
23    you recognize the form of this document?
24        A.   I don't remember seeing this document.
25        Q.   Okay.
```

1    says, "Deposit Required."  Do you see that?

2        A.   Yes.

3        Q.   So as part of the order process, did Deeproot

4    Tech require that a purchaser put down a deposit?

5        A.   Yes.

6        Q.   And do you know, were -- were those deposits

7    paid to Deeproot Tech?

8        A.   I don't know which entity received the

9    payment, but Deeproot did -- would be receiving those.

10   I don't know which entity the -- the money was put to.

11       Q.   So about how many of these -- how many orders

12   or purchase of the RAZA machines did the Deeproot Tech

13   receive in late 2020?

14       A.   My recollection was around 125 actual orders.

15       Q.   And -- and what was the price -- the range of

16   prices at which those machines were -- were sold?

17       A.   So around this price, around the 6,000 to

18   around 9 to 10,000.

19       Q.   Okay.  All right.  I'm going to show you what

20   has been marked -- what I've marked as Exhibit 81.

21                (Exhibit No. 81 was marked.)

22       Q.   (BY MR. HULINGS)  Do you recognize this

23   document?

24       A.   I'd have to see more on it to --

25       Q.   This is a -- I'm using the colored version.

```
1      A.   No.
2      Q.   And so Deeproot Tech had to build the
3  machines that had been ordered?
4      A.   Yes.
5      Q.   And did Deeproot Tech continue to have
6  problems with acquiring parts in a timely manner
7  during this time frame?
8      A.   Yes.
9      Q.   And did that further delay the completion of
10 these machines?
11     A.   Yes.
12     Q.   And how -- by, let's say, June 2021, how many
13 machines did you have completed for sale?
14     A.   Ready for sale, I don't -- we didn't have any
15 completed built.
16     Q.   And why were they not yet completed?
17     A.   We were waiting on parts.
18     Q.   And how much longer -- how -- how much more
19 time do you think you needed in order to complete the
20 production of the RAZA machines that had been ordered?
21     A.   For a complete -- for first order or --
22     Q.   Yes.
23     A.   -- for all of them?
24     Q.   First order.
25     A.   First order, a few months for parts.  I mean,
```

```
 1   really, it was down to parts, getting parts in the
 2   facility.
 3       Q.   So let's put a date on it.  A few months.  Do
 4   you think August -- August/September of 2021 that you
 5   could have been ready to ship pinball machines to
 6   customers?
 7       A.   I believe so, yes.
 8       Q.   And were there additional plans -- are there
 9   -- were there plans at the time to finish the
10   production and development of other machines, other
11   than RAZA?  Let me rephrase that question.
12            So the first machine that Deeproot Tech had
13   ready to sell was RAZA, correct?
14       A.   Yes.
15       Q.   Were there other games that were under
16   development by Deeproot Tech at the same time?
17       A.   Yes.
18       Q.   And what was the game that was ready to be
19   sold after RAZA?
20               MR. DIVINE:  Object to the form of the
21   question.  Again, you're exhibiting evidence that's
22   not there.
23               MR. HULINGS:  Well, I'm asking him the
24   question about the evidence.
25       Q.   (BY MR. HULINGS)  So was there --
```

```
 1        A.   So that is a materials-only cost.  What does
 2    it cost to get all the parts in.
 3        Q.   And so what's the line -- the line below that
 4    says, "Disposables, materials, waste 20 percent of
 5    BOM."  What does that mean?
 6        A.   So that's an assumptive thing you say when
 7    you're manufacturing.  You're going to have waste, and
 8    you're going to have scrap, so very generous number he
 9    put here was 20 percent of the material cost saying,
10    hey, we're going to mess some stuff up and it's going
11    to cost us money, so that was at 20 percent.
12        Q.   The next line down says, "Shipping/bad inv,
13    10 percent of the BOM," do you see that?
14        A.   Uh-huh.
15        Q.   What does that mean?
16        A.   My understanding is that -- you have bad
17    parts and shipping, but -- I'm not specific on that,
18    but my understanding is -- is based on my -- my
19    knowledge is that, you know, that's just accounting
20    for, Hey, we have damage.  We ship out.  There's
21    damage.  There you go.
22        Q.   Okay.
23        A.   But we got to recuperate that cost, as well.
24        Q.   So if you go all the way to the right,
25    under "sales" -- under, "total sales," you
```

1    see "Projected total sales," it's total 27 million and

2    change.  Do you see that?

3        A.    Total -- total -- okay.  Thanks for

4    highlighting it.

5        Q.    Sure.

6        A.    Oh, it's behind you.  Hold on.  I've got to

7    move you.  Yes, I see that now.  Sorry.  We were all

8    standing on that column.

9        Q.    Yeah.  So that's -- that is the total sales

10   -- total revenue to -- well, let me avoid accounting

11   phrases.  The total amount of money that was expected

12   to be incoming to Deeproot Pinball from the sales of

13   these machines for the time period of indicated on the

14   spreadsheet; is that right?

15       A.    Yes.

16       Q.    And under, a little further down, "Total cost

17   of goods sold."  Do you see that?

18       A.    Yes.

19       Q.    And then to the far right, you've got the

20   total cost of goods sold of approximately 22 million.

21   Do you see that?

22       A.    Yes.

23       Q.    So is that the total -- cost of goods sold,

24   is that -- what is cost of goods sold?

25       A.    So cost of goods sold is how much did it take

1    understanding that this would have been a document

2    discussed in May of 2021?

3         A.   Yes.

4         Q.   All right.  So the next document, which I

5    guess I should have broken into a separate document,

6    has a -- a date on the top right.  Do you see that?

7         A.   Yes.

8         Q.   Does this suggest to you that this document

9    was discussed in July of 2021?

10        A.   That it was created on July 2nd, that matches

11   what he's done in other documents.

12        Q.   And the projection is from August to July of

13   -- August '21 to July of 2022?

14        A.   Yes.

15        Q.   Okay.  And the revenue numbers that -- the

16   sales -- total sales number in this projection is a

17   little higher, if you go all the way to the right.  Do

18   you see that?

19        A.   Yes.

20        Q.   So 42 million for the year?

21        A.   Yes.  I see that.

22        Q.   And the total cost of goods sold in this

23   projection was -- this projection was 21 million.  Do

24   you see that?

25        A.   Yes.

1    regularly reviewed with Mr. Mueller in the course of

2    your budget meetings?

3                    MR. DIVINE:   Object to the form of the

4    question in terms of budget meetings regular.

5         Q.   (BY MR. HULINGS)   Do you understand what the

6    word regular means?

7         A.   Yes.

8         Q.   And do you understand we've previously

9    discussed having budget meetings.  You -- you

10   participated in budget meetings with Mr. Mueller?

11        A.   Yes.

12        Q.   Is this the sort of document that you would

13   discuss with him during those meetings?

14        A.   Yes.

15        Q.   And in the May to July, 2021, time frame?

16        A.   Yes.

17        Q.   All right.  Okay.  So we just discussed the

18   plans to finish the construction of RAZA machines,

19   discussed those today, correct?

20        A.   Yes.

21        Q.   And we also discussed plans to finish the

22   development and manufacture and sale of other

23   machines, including Food Truck and Goonies, correct?

24        A.   Yes.

25        Q.   And the plan at Deeproot was to finish these

1    projects we've just discussed in July 2021 and through

2    the following year; is that right?

3        A.   Yes.

4        Q.   And did that happen?

5        A.   No.

6        Q.   Why not?

7        A.   Several things.  One was, you know, we

8    continued having -- we had the supply chain.  We had

9    financial, and then at the end, the -- my

10   understanding, SEC filing, and then at that point, we

11   were done.

12       Q.   Okay.  So at what point did Mr. Mueller tell

13   you that -- did Mr. Mueller tell you to stop working

14   at some point?

15       A.   I'm trying to remember the date he told me

16   that it was done, done.  We had to stop along the way.

17   We had people stop working, and that was -- I'm trying

18   to recall -- May or June.  It was 2021.  And then --

19   then in October of -- my -- my recollection was

20   October of that year, he called up and said it was

21   over.

22       Q.   And so in the May or June time frame where

23   people had to stop working, was that because there was

24   no money to pay them?

25       A.   There was -- there wasn't.  We -- we had no

```
 1  money to pay, and -- and we were on hold is my
 2  understanding.
 3       Q.   And when -- when was the -- was there a part
 4  where your paycheck stopped?
 5       A.   Yes.  My paycheck stopped when everybody's
 6  paycheck stopped.
 7       Q.   Approximately, when was that?
 8       A.   I want to say April/May, that same time
 9  period.  It all stopped when the funding stopped.
10       Q.   In 2021?
11       A.   Yes.
12       Q.   And what happened to the -- how many
13  employees at Deeproot Pinball were there right before
14  the money stopped?
15       A.   We were in the 20 to 30.  I don't remember
16  the specific numbers.  I could -- I could probably go
17  back and count their names and get a number, but it
18  was in that period range.
19       Q.   So when the -- when the -- when the money
20  stopped, when the -- you stopped being able to pay
21  employees, how many of them left and took other jobs?
22       A.   A lot of them were hopeful, but there --
23  there was a handful that did have -- that -- that --
24  that had to leave to take care of their family, but
25  there was others that remained hopeful, and they were
```

 1    trying to do side work, but majority of them -- I
 2    would say that the majority of them left for other
 3    jobs at that point.
 4        **Q.   So you said people were hopeful.  What were**
 5    **they hopeful about?**
 6        A.   At some point, we could come back and finish
 7    this.  There was a lot of passionate people that
 8    really wanted to see this to the end.  They loved the
 9    project.  They loved what we were doing.  They were
10    passionate for what we did.
11        **Q.   And were you one of those people?**
12        A.   I was.
13        **Q.   And you said doing side projects.  What did**
14    **you mean by that?**
15        A.   I was substitute teaching.  I was -- I did
16    potato harvest up here.  Anything that I could do to
17    get income.  I apologize.
18        **Q.   It's okay.  Take your time.**
19        A.   And we had to go out -- you know, we were
20    furloughed and we had to go on unemployment and follow
21    those rules so...
22        **Q.   And is that -- sounds like -- was that a**
23    **difficult period in your life?**
24        A.   Yeah.  It's hard to be so close, and it
25    affects so many people.  We wanted to repay all the

1    investors.  They could have had more money for their

2    retirement.  That's what their dream is.  Our dream

3    was to launch this, to have this out here.  It was --

4    it was a great company to work for with a vision

5    aligned with things -- the camaraderie, the people

6    there at the end had been through that furnace and

7    fire trying to get that, and to have it end like this

8    was hard for everyone.  So I apologize.

9        Q.   How long did you wait and do side jobs before

10   you moved on permanently?

11       A.   So I didn't claim unemployment until, I

12   believe, in August, so I was doing whatever I could up

13   to that point.  Once you claim unemployment in Idaho,

14   you're required to apply and look actively for jobs so

15   I started at that point, and I was thankful.  I was

16   doing a lot of work, and then in October, it was -- it

17   was done.

18       Q.   Is that around the time the Deeproot entities

19   filed for bankruptcy?  Are you aware of that?

20       A.   I -- I believe so, my understanding.  I can't

21   remember the specific dates.  I got all the letters

22   and the ambulance chaser letters saying come join us

23   and then a class-action suit made me angry because I

24   know what we were trying to do.

25       Q.   Okay.

```
 1        A.    I apologize if that was offensive to anybody.

 2        Q.    That's okay.  I don't think anybody on this

 3   falls into that category.  So throughout the time you

 4   worked at Deeproot, did you have any involvement with

 5   -- were you involved in communicating -- let me

 6   rephrase.

 7            Throughout your time with Deeproot, did you

 8   communicate directly with any of the investors?

 9                MR. DIVINE:  Object to the form of the

10   question in terms of "investors."

11        Q.    (BY MR. HULINGS)  Are you aware that -- you

12   mentioned earlier today that -- that some of the money

13   that went into Pinball came from investors?

14        A.    Yes.

15        Q.    Did you -- were you involved in any way in

16   communicating with those investors prior to their

17   investments?

18        A.    I -- I think I need to quantify this.  We had

19   investors come through the facility that may ask

20   questions about what we were doing, and I

21   communicated, you know, that.  And I don't know that

22   they were invest- -- I don't think they were

23   investors.  No, I don't -- specific investors, I did

24   not.  I know that we had some people touring, and, you

25   know, they were looking and they asked a question, but
```

```
 1      was having with the life insurance business?
 2                  MR. HULINGS:  I'm going to object
 3      to "problems" as vague.
 4           Q.   (BY MR. DIVINE)  You can go ahead and answer.
 5           A.   I -- I -- I was going to object to the
 6      question.  No, I wasn't going to object, but I was
 7      going to get a clarification, what do you mean
 8      by "problems"?
 9           Q.   Sure.  And you're allowed to object to any
10      question.
11           A.   I was going to seek clarification.
12           Q.   Yeah.  And I should have said this at the
13      beginning, and I apologize.  At any time, if my
14      question doesn't make sense to you, it's confusing, or
15      you think you're going to have trouble understanding
16      it, just let me know, and I'm happy to rephrase it for
17      you.
18           A.   Thank you.
19           Q.   Did Mr. Mueller ever express to you any
20      concerns he had about his life insurance business?
21           A.   As to -- I think the biggest thing is he was
22      -- the biggest things we ever heard were, Hey, I need
23      to make sure I'm making my payments, I need to make
24      sure -- so the problems were, you know, I have
25      investments, and, you know -- not everything goes to
```

 1    Pinball, and that's the extent, you know, I need to
 2    make this, I need to make that and so if -- if that
 3    makes sense as far as problems.
 4        **Q.    I'm going to ask you some follow-up questions**
 5    **about that.   Those were concerns -- would you just say**
 6    **those were those concerns expressed by Mr. Mueller?**
 7        A.    Yeah.   Mr. Mueller did -- did talk about, you
 8    know, having to make sure he made payments and stuff.
 9    I mean, I guess a lot of the -- the context to the
10    answer to that question is some of these things is I
11    understood he had different things, and when we're
12    talking about, Hey, we need money for this or that,
13    you know, that's a comment that, to me, says, Hey, I
14    can't, you know, throw it all in one basket.   I have
15    things I have to -- I have other obligations.
16        **Q.    Okay.   So it sounds like, and I'm -- please**
17    **correct me if I'm wrong.   Sounds like maybe you've had**
18    **conversations with Mr. Mueller where you expressed**
19    **that the Deeproot Tech needed more money; is that**
20    **right?**
21        A.    I want to make sure I -- we were saying these
22    are the next things coming up, so we were always -- we
23    had a list of equipment that we needed, right.   We
24    said, okay, here's the hierarchy in order of equipment
25    that we need, and you're looking at it saying so he

 1   when you're talking budgetary, that's a financial

 2   conversation, when you're talking investment, that's a

 3   financial conversation.  You know, we're waiting on --

 4   so we have -- we have some -- he would sometimes tell

 5   us he was expecting but at the end of the day, he

 6   would always caveat and say until the money is here,

 7   we don't have money.  There was lots of discussions

 8   around financial and what specifically you're --

 9   you're looking at, I'm not sure.

10       Q.   Sure.  So when -- when you're talking to

11   Mr. Hulings, I thought that you said that there were

12   financial concerns in May 2021.  Maybe I got the

13   terminology wrong.

14       A.   Correct.

15       Q.   In addition to supply chain issues in the SEC

16   filings, were there other reasons why Deeproot Tech

17   was not able to launch in 20 -- or was not able to

18   keep going in 2021?

19       A.   In my opinion, no.  I think if we -- we get

20   those games out the door, that's -- this takes off.

21       Q.   And why were you not able to get the games

22   out the door?

23       A.   Well, end of the day, we were shut down.

24       Q.   Okay.

25       A.   So --

```
 1                 IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF TEXAS
 2                        SAN ANTONIO DIVISION
 3
      SECURITIES AND EXCHANGE    )
 4    COMMISSION,                )
                                 )
 5            Plaintiff,         )
                                 )
 6              -against-        )
                                 )
 7    ROBERT J. MUELLER,         )
      DEEPROOT FUNDS, LLC        )
 8    (a/k/a dprt Funds,         )
      LLC), AND POLICY           )
 9    SERVICES, INC.,            )
                                 )
10            Defendants.        )
                                 )
11              -and-            )         CIVIL ACTION NO.
                                 )         5:21-cv-785-XR
12    DEEPROOT TECH LLC,         )
      DEEPROOT PINBALL LLC,      )
13    DEEPROOT STUDIOS LLC,      )
      DEEPROOT SPORTS &          )
14    ENTERTAINMENT LLC,         )
      DEEPROOT RE 12621          )
15    SILICON DR LLC, AND        )
      ROBERT J. MUELLER,         )
16    JEFFREY L. MUELLER, AND    )
      BELINDA G. BREEN, AS       )
17    CO-TRUSTEES OF THE MB      )
      HALE OHANA REVOCABLE       )
18    TRUST,                     )
                                 )
19        Relief Defendants.     )
20
21    THE STATE OF TEXAS :
      COUNTY  OF  HARRIS :
22
23            I, HEATHER L. GARZA, a Certified Shorthand
24    Reporter in and for the State of Texas, do hereby
25    certify that the facts as stated by me in the caption
```

**Worldwide Court Reporters, Inc.**
**(800) 745-1101**

```
 1   hereto are true; that the above and foregoing answers
 2   of the witness, CRAIG RUSHFORTH, to the
 3   interrogatories as indicated were made before me by
 4   the said witness after being first remotely duly sworn
 5   to testify the truth, and same were reduced to
 6   typewriting under my direction; that the above and
 7   foregoing deposition as set forth in typewriting is a
 8   full, true, and correct transcript of the proceedings
 9   had at the time of taking of said deposition.
10
11           I further certify that I am not, in any
12   capacity, a regular employee of the party in whose
13   behalf this deposition is taken, nor in the regular
14   employ of his attorney; and I certify that I am not
15   interested in the cause, nor of kin or counsel to
16   either of the parties;
17
18           That the amount of time used by each party at
19   the deposition is as follows:
20           MR. HULINGS - 02:56:00
             MR. DIVINE - 01:18:53
21
22           GIVEN UNDER MY HAND AND SEAL OF OFFICE, on
       this, the 17TH day of JULY, 2023.
23
24
25
```

1
2
HEATHER L. GARZA, CSR, RPR, CRR
3          Certification No.:  8262
          Expiration Date:  04-30-24
4
5

Worldwide Court Reporters, Inc.
6   Firm Registration No. 223
12621 Featherwood Drive, Suite 290
7   Houston, TX 77034
800-745-1101
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25