# Exhibit A-7

1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
2                     SAN ANTONIO DIVISION
3                          - - -
4   SECURITIES AND EXCHANGE           )
    COMMISSION,                       )
5                                     )
              Plaintiff,              )
6                                     )
          -against-                   ) Civil Action No.
7                                     ) 5:21-cv-785-XR
    ROBERT J. MUELLER, DEEPROOT       )
8   FUNDS LLC (a/k/a dprt Funds,      )
    LLC, AND POLICY SERVICES INC.,    )
9                                     )
              Defendants.             )
10                                    )
              -and-                   )
11                                    )
    DEEPROOT TECH LLC, DEEPROOT       )
12  PINBALL LLC, DEEPROOT STUDIOS LLC,)
    DEEPROOT SPORTS & ENTERTAINMENT   )
13  LLC, DEEPROOT RE 12621 SILICON    )
    DR LLC, AND ROBERT J. MUELLER,    )
14  JEFFREY L. MUELLER, AND BELINDA   )
    G. BREEN, AS CO-TRUSTEES OF THE   )
15  MB HALE OHANA REVOCABLE           )
    TRUST,                            )
16                                    )
              Relief Defendants.      )
17  _____)
18
19        VIDEOTAPED DEPOSITION OF ANDREW J. FEDERICO
20                    Thursday, July 13, 2023
                      9:34 a.m.
21                    Carlile Patchen & Murphy
                      950 Goodale Boulevard
22                    Suite 200
                      Columbus, Ohio  43212
23
    REPORTED BY:
24  SUSAN L. COOTS, RPR
    REGISTERED PROFESSIONAL REPORTER
25  JOB NO. 230713ARSI

                                                          1

09:42  1    understand a question, just ask me to clarify.

       2            Are you taking any medications or any other

       3    reason that you will not be able to answer the question

       4    honestly, to the best of your recollection?

09:42  5        A    No.

       6        Q    Okay.  So what is your educational background?

       7        A    I have a Bachelor of Arts degree from Ohio

       8    Wesleyan University and a Juris Doctorate degree from

       9    Capital University Law School.

09:43 10        Q    And when did you get your B.A.?

      11        A    1972.

      12        Q    And when did you get your J.D.?

      13        A    1978.

      14        Q    Okay.  And what was your first attorney

09:43 15    position?

      16        A    I was an attorney examiner with the Ohio

      17    Division of Securities.

      18        Q    And how long did you have that position?

      19        A    Two and a half years.

09:43 20        Q    So roughly 1978 to '81?

      21        A    '78 to 1980.  End of 1980.

      22        Q    Okay.  And then what did you do in 1980?

      23        A    I became an associate at Carlile, Patchen &

      24    Murphy.  It was a different name at that time.  But...

09:43 25        Q    Okay.  Here in Columbus?

                                                                    8

09:43   1          A      Yes.

        2          Q      And what did you specialize in?

        3          A      Securities and corporate law.

        4          Q      Securities litigation or securities advice?

09:44   5          A      Securities advice.  I think the first thing

        6   I did was a Form S-18 registration statement.

        7          Q      Okay.  And at some point did your position

        8   change at Carlile Patchen?

        9          A      I became a partner in 1983.  I went to Of

09:44  10   Counsel sometime in the -- in the 1990s, but I don't

       11   recall the exact date.

       12          Q      Okay.  And when you were a partner at Carlile

       13   Patchen did you specialize in securities --

       14          A      Yes.

09:44  15          Q      -- law?

       16          A      Yes.

       17          Q      Okay.  And then in the 1990s when you switched

       18   over to Of Counsel, did you continue specializing in

       19   securities law?

09:44  20          A      Yes.

       21          Q      And are you currently Of Counsel at Carlile

       22   Patchen?

       23          A      Yes.

       24          Q      Do you have any other professional licenses

09:45  25   besides a law license?

                                                                        9

```
12:38   1    with clients?
        2         A    Yes.
        3         Q    And is this consis -- this email consistent
        4    with Mr. Concilla's way of telling a client that a
12:38   5    particular document is completed and ready to be shown
        6    to investors?
        7         A    Yes.
        8         Q    All right.  And when you or Mr. Concilla
        9    communicate to a client that a document is complete and
12:38  10    ready to be shared with investors, however that is
       11    phrased, are you telling that client that the document
       12    is compliant with the securities laws based on the
       13    information that is available to you?
       14         MS. WARDEN:  Objection.  Calls for
12:39  15    speculation.  Vague.
       16         A    Yes.
       17         Q    And in communi -- in -- in making that
       18    communication to a client, are you providing legal
       19    advice?
12:39  20         A    Yes.
       21         Q    That you expect the client to rely upon?
       22         A    Yes.
       23         Q    Correct?  Okay.
       24         All right.  You testified earlier that there
12:39  25    are multiple different S-1s, PPMs, and other documents
```

88

```
 1                          CERTIFICATE

 2   State of Ohio      :
                               SS:
 3   County of Franklin:

 4            I, Susan L. Coots, Notary Public in and for

 5   the State of Ohio, duly commissioned and qualified,

 6   certify that the within named ANDREW J. FEDERICO was by

 7   me duly sworn to testify to the whole truth in the cause

 8   aforesaid; that the testimony was taken down by me in

 9   stenotypy in the presence of said witness, afterwards

10   transcribed upon a computer; that the foregoing is a

11   true and correct transcript of the testimony given by

12   said witness taken at the time and place in the

13   foregoing caption specified.

14            I certify that I am not a relative, employee,

15   or attorney of any of the parties hereto, or of any

16   attorney or counsel employed by the parties, or

17   financially interested in the action.

18            IN WITNESS WHEREOF, I have set my hand and

19   affixed my seal of office at Columbus, Ohio, on this

20   18th day of July, 2023.

21   _____
                      SUSAN L. COOTS, Notary Public
22                    in and for the State of Ohio and
                      Registered Professional Reporter.
23

24   My Commission Expires January 10, 2025.

25
```