# Exhibit A-10

**To:** Policy Services, Inc.[contact@policy-services.net]
**Cc:** G Russell Hagan[gr.hagan@gmail.com]
**From:** Concilla, Dennis J.
**Sent:** 2013-04-22T12:23:03-04:00
**Importance:** Normal
**Subject:** 01190212
**Received:** 2013-04-22T12:23:10-04:00
image005.gif
01190212.pdf

Please find engagement letter attached.




**Dennis J. Concilla** | Attorney | Carlile Patchen & Murphy LLP | 366 E. Broad Street | Columbus, Ohio 43215
Direct: 614.628.0771 | Fax: 614.221.0216 | E-mail: DConcilla@cpmlaw.com | Biography | V-Card
www.cpmlaw.com




**Voted 2012 Best Law Firm (under 50 lawyers) by Columbus C.E.O.'s readers' poll**

This message may be protected by the attorney-client privilege. If you believe that it has been sent to you in error, do not read, print or forward it. Please reply to the sender that you have received the message in error. Then delete it. Thank you
To comply with certain U.S. Treasury regulations, we notify you that any federal tax advice contained in this email, including attachments, is not a covered opinion as described in Circular 230 and therefore cannot be relied upon to avoid any tax penalties or to support the promotion or marketing of any federal tax transaction.






Writer's Direct Line: (614) 628-0771
Writer's E-Mail Address: dconcilla@cpmlaw.com

April 22, 2013

Email: Policy Services, Inc. <contact@policy-services.net>
Robert Mueller
Policy Services, Inc.
PO Box 690562
San Antonio, TX 78269-0562

Re: Engagement

Dear Robert:

It was a pleasure to speak with you and Russ in regards to your efforts to create a marketable fund product. I also understand you have an interest in either acquiring or creating a broker dealer. As Andy and I indicated, we have substantial experience in the registration and compliance required for various types of investments and funds and the licensing and operations of broker dealers. We provide this letter to describe the basis on which our firm will provide legal services to you and be compensated for those services.

Like most providers of professional services, this firm bills on an hourly basis. Some aspects of serving you will certainly require a higher expertise than other aspects. It is our policy to assign and delegate responsibilities based upon the degree of experience and expertise required. My hourly billing rate for matters of the nature we have discussed is $415. If a different attorney assists me, that work will be billed at the rate of $175 to $375 an hour. From time to time, depending on what task is called for, it may be suitable to delegate work to a law clerk or paralegal, whose rates are between $125 and $170. The firm typically adjusts billable rates yearly, and we do not expect further adjustments this year.

Each month a statement for our services will be rendered to you and based on our current understanding, sent directly to you. Each monthly statement reflects services rendered through the end of the previous month and all out-of-pocket expenses incurred on your behalf. Such expenses include, but are not limited to, filing fees, long-distance telephone calls, telecopy charges, duplication, translation fees, delivery charges (messengers, courier services), computerized research, transportation, lodging and meals. The firm expects payment of its services upon receipt of the statement.

While we cannot guarantee the success of any given venture, we will strive to represent your interests professionally and efficiently. To that end, we will provide you with copies of

correspondence and other relevant documents, and keep you apprised of developments in our representation of your interests.

Given the complex nature of this endeavor, we require a $10,000 retainer. This retainer will be held in our trust account and drawn upon by us as earned. Anything remaining at the end of our engagement will be returned to you. We do reserve the right to request retainer payments in the future as a condition of continued representation.

If you agree with the terms of the engagement, please sign where indicated below, keep a copy for your records, and return the signed letter along with your check to the address indicated. I am looking forward to working with you on this situation.

Very truly yours,

CARLILE PATCHEN & MURPHY LLP

Dennis J. Concilla

DJC/DJC/01190212.1
026335.000024