# Exhibit A-14

| | |
|---|---|
| **From:** | Warden, Kristen <WardenK@SEC.GOV> |
| **Sent:** | Friday, March 17, 2023 9:00 PM |
| **To:** | Jay Hulings; Jason Davis; Adriana Buentello |
| **Cc:** | Nasse, David; Divine, Charlie |
| **Subject:** | SEC v. Mueller, 5:21-cv-785 |
| **Attachments:** | SEC v Mueller - Post Report 2023-03-17.pdf |

==[This message came from the outside. Do not click links or open attachments unless you know the content is safe.]==

Hi Jay and Jason,

Pursuant to FRCP 26(a)(2) and the Court's Amended Scheduling Order in *SEC v. Mueller*, the SEC is producing the attached written Expert Report of Bill Post, Senior Managing Director of FTI Consulting, as well as Exhibits 1-4.  We have labeled this Expert Report "Confidential-Subject to Protective Order" pursuant to the Protective Order entered on March 30, 2022.

Regards,
Kristen


Kristen M. Warden
Trial Counsel
Enforcement Division
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-4661 (direct)
202-256-7941 (cell)
Email:  WardenK@sec.gov