# Exhibit A-17

**SEC v. Mueller, et al**
Case No. 5:21-cv-785-XR

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
AMENDED INITIAL DISCLOSURES**

**ATTACHMENT 1
IDENTICATION OF PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION**

A list of persons likely to have discoverable information that the SEC may use to support its claims, unless the use would be solely for impeachment, is set forth below:

1. Defendants and Relief Defendants

2. The following current or former employees, consultants, agents, and/or independent contractors of the Defendants and Relief Defendants are likely to have discoverable information regarding the allegations of the SEC's Complaint, including, among other things: (1) the Defendants' written and oral communications with investors, prospective investors, lenders, auditors, accountants, bookkeepers; (2) Defendants and Relief Defendants' business operations; and (3) as well as Defendants' financial, bookkeeping, and accounting activities.

| Name | Address | Telephone |
|---|---|---|
| Lauren R. "Becca" Adams | 12019 Treewell Glen<br>San Antonio, TX 78249 | (843) 903-2854<br>(717) 818-0307 |
| Scott L. Allen | c/o William Marsh, Esq.<br>Haynes and Boone, LLP<br>2323 Victory Avenue<br>Suite 700<br>Dallas, TX 75219-7672 | (214) 651-5031 |
| Eric Dandridge | 120 Rocky Path<br>Boerne, TX 78006 | (918) 277-1130/1132 |
| David A. Lehuquet | 2900 FM 971<br>Georgetown, TX 78626-4419 | (512) 940-7367 |
| Cary Mueller | c/o Gordon C. Young, Esq.<br>Barr & Young Attorneys<br>318-C Diablo Road<br>Danville, CA 94526 | (925) 314-9999, ext. 302 |
| Nathan Spradlin | c/o Andrew R. Shedlock, Esq.<br>Kutak Rock LLP<br>60 South Sixth Street<br>Suite 3400 | (612) 334-5022 |

1

|  | Minneapolis, MN 55402-4018 |  |
|---|---|---|
| Iolani L. Young | Iolani L. Young<br>27223 Trinity Bend<br>San Antonio, TX 78261 | (808) 688-6335<br>(808) 668-7466 |
| Persons most knowledgeable and unknown employees and persons formerly associated with Relief Defendants |  |  |
| Persons most knowledgeable and unknown employees and persons formerly associated with Deeproot Funds, LLC. |  |  |
| Persons most knowledgeable and unknown employees and persons formerly associated with Policy Services, Inc. |  |  |

3. The following persons who were contractors, service providers, "finders," brokers, financial advisors, or vendors who performed work or provided services on behalf of Defendants and/or Relief Defendants and are likely to have discoverable information regarding the allegations of the SEC's Complaint, including, Defendants' and/or Relief Defendants' business operations, communications, viatical settlement or life policy activities, as well as the Defendants' and/or Relief Defendants' financial activities and accounting practices.

| Name | Address | Telephone |
|---|---|---|
| Charlotte Acker | 2313 Brittany Grace<br>New Braunfels, TX 78130-8937 | (325) 388-8460<br>(210) 862-9622 |
| Ken Abramson<br>Abramson Accountancy Corp. | 23901 Calabasas Road<br>Suite 1072<br>Calabasas, CA 91302 | (818) 918-4500 |
| Chris Williams<br>Williams Steinert Mask, LLP | 1100 NE Interstate 410 Loop<br>Suite 350<br>San Antonio, TX 78209 | (210) 684-1071 |
| Thomas N. Andrew<br>Cycladic International LLC | Thomas D. Sherman, Esq.<br>Locke Lord, LLP<br>Terminus 200, Suite 1200<br>3333 Piedmont Road, N.E.<br>Atlanta, GA 30305 | (404) 870-4672 |

| | | |
|---|---|---|
| Brokers, "finders," agents, financial advisors, or other persons known to Defendants who introduced, advised, or referred potential investors in connection with securities offered by the Defendants or their affiliates in exchange for a fee, bonus, or any other form of compensation from the Defendants or their affiliates | | |
| Person most knowledgeable and unknown employees of contractors, vendors, or service providers to Defendants. | | |

4. Investors known to Defendants or Relief Defendants and/or identifiable by name, address or other information in Defendants' or their agents' books and records, are likely to have discoverable information regarding the allegations of the SEC's Complaint, including, Defendants' and Relief Defendants' business operations, their communications to investors, and their sales efforts and success with investors. The SEC may use testimony and or the document of any one or more of these investors to support its claims:

| Name | Address | Telephone |
|---|---|---|
| Brad Leon | N/A | 828-273-0205 |
| Sandra Thompson | 4396 N. Atfield Place, Tucson, AZ 85719 | 520-405-1402 |
| Robert Kane | 3528 W Starr Pass Blvd, Tucson, AZ 85745-9500 | Mr. Kane's attorney: Jeffrey Gardner, Jennings Strouss LLP: 602-262-5818 or jgardner@jsslaw.com |
| John Gray | N/A | 713-705-7973 |

3

| | | |
|---|---|---|
| James Donnelly | N/A | 480-490-0670, rioverdejim@gmail.com, Jim.Donnelly@srpnet.com |

5. Any custodial and business record witnesses in support of the admissibility of documents at trial, as may be made necessary for use at trial by Defendants' objections to the admissibility of any documentary evidence described in Attachment 2 or produced in the litigation.

6. In addition to the foregoing disclosure of persons likely to have discoverable information that the SEC may use to support its claims in motions or at trial, the SEC gives notice that one or more SEC employees may be designated at the appropriate time and called at trial as a summary witness only, to testify concerning summary analysis of communication records, financial records, and other records obtained in the investigation or litigation of this matter.  The SEC will furthermore provide an appropriate disclosure of any expert witness or witnesses it may elect to use at trial when called for by the rules or scheduling order entered by the Court.

# ATTACHMENT 2
## DESCRIPTION OF DOCUMENTS SUPPORTING PLAINTIFF SEC'S CLAIMS

A list of documents, electronically-stored information, and tangible things that the SEC has in its possession, custody, or control, and which may be used by the SEC to support its claims, unless the use would be solely for impeachment, is set forth below:

1) Investigative testimony transcripts for the following witnesses:

    a. Scott Allen
    b. Cary Mueller
    c. Robert Mueller
    d. Jonmark Richardson
    e. Nathan Spradlin
    f. Thomas Andrew

2) Exhibits marked during the investigative testimonies set forth in item 1 above.

3) Document productions obtained from:

    a. Abramson Accountancy Corporation
    b. Accordia Life and Annuity Co.
    c. Scott Allen
    d. Amazon.com, Inc.
    e. American Airlines
    f. American Express
    g. Americus Diamond
    h. Asset Servicing Group
    i. BDO, USA, LLP
    j. Jun Chang
    k. Citibank, N.A.
    l. Crombie Financial
    m. Cycladic International
    n. Deeproot 575 Fund, LLC
    o. Disney
    p. James Donnelly
    q. ETrade Financial Corporation
    r. Federal Reserve Bank of Atlanta
    s. Federal Reserve Bank of New York
    t. FinanceIt Inc.
    u. Financial Horizon Concepts
    v. FINRA
    w. First Horizon Bank
    x. Food Development Corp. of Texas

5

y. Hollie Gandy (Safe Money Solutions)
z. INF Solutions
aa. JMB Financial Services, LLC
bb. JP Morgan Chase Bank
cc. Kauai Vacation Rentals
dd. Life Insurance Company of the Southwest
ee. Life Partners Position Holder Trust
ff. Lux Catering and Events
gg. McNamara Capital Investment Group
hh. Michelle Leo Events
ii. Greg Minear
jj. Cary Mueller
kk. Robert Mueller
ll. Jack Nace
mm. Old Republic Title Company
nn. OnPay
oo. PayChex
pp. PayPal
qq. PGH Advisors
rr. Policy Services Inc.
ss. Princess Cruise Lines
tt. Principle Auto
uu. Jonmark Richardson
vv. David Rosen
ww. Eric Rudd
xx. Saint Mary's Hall
yy. Randy Seymour
zz. Silicon Drive Office Ventures
aaa. Sooner Sports Properties
bbb. Nathan Spradlin
ccc. Darryl Stein
ddd. Dana Sullivan
eee. Tabora Gallery
fff. The Clearing House Payments Company
ggg. The Lincoln National Life Insurance Company
hhh. United Airlines
iii. USAA Federal Savings Bank
jjj. John Vizy
kkk. Wells Fargo Bank N.A.
lll. West Coast Life Insurance

      mmm. Wheels Up Partners
      nnn. Williams, Steinert, Mask, LP
      ooo. Wilmington Savings Fund Society Bank

4) Declarations from:
   a) Brad Leon
   b) Sandra Thompson
   c) Ken Abramson
   d) Gerald Wik
   e) George Williams
   f) John Gray
   g) James Donnelly
   h) Phillip Forret