IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
<u>DESIGNATION OF POTENTIAL WITNESSES</u>**

    Pursuant to the Court's Scheduling Order, ECF No. 102, Plaintiff Securities and Exchange Commission submits the below list of witnesses it expects to call and may call at the trial of this matter.

I.   **WITNESSES THE SEC EXPECTS TO PRESENT**

1. Charlotte Acker
   2313 Brittany Grace
   New Braunfels, TX 78130-8937
   (325) 388-8460
   (210) 862-9622

2. Scott Allen
   Address unavailable at this time
   (801) 669-2784

3. Jeffrey Anderson[1]
   SEC employee and summary witness, contact through counsel

4. James Donnelly
   9297 E Caribbean Lane
   Scottsdale, AZ 85260-2834
   (480) 490-0670

5. John Gray
   205 Viticole Lane
   Little Rock, AK 72223
   (713) 705-7973

6. Robert Kane
   3528 West Starr Pass Boulevard
   Tucson, AZ 85745
   (520) 850-1160

7. Brad Leon
   620 Vista View Drive
   Ashville NC 28803-8572
   (828) 273-0205

8. Robert Mueller

---

[1] Sachin Verma, who was the subject of Defendant Mueller's Motion to Strike, ECF No. 109, is not available to testify. The SEC plans to call Jeffrey Anderson, an SEC accountant, as a summary witness.

9. Bill Post
   50 California Street, Suite 1900
   San Francisco, CA 94111
   SEC expert, contact through counsel

10. Sandra Thompson
    4396 N. Atfield Place
    Tucson, AZ 85719
    (520) 405-1402

11. George C. Williams
    1100 NE Interstate 410 Loop, Suite 350
    San Antonio, TX 78209
    (210) 684-1071

**II. WITNESSES THE SEC MAY PRESENT**

1. Ken Abramson
   23901 Calabasas Road, Suite 1072
   Calabasas, CA 91302
   (818) 918-4500

2. Lauren R. "Becca" Adams
   12019 Trewell Glen
   San Antonio, TX 78249
   (843) 903-2854

3. Thomas Andrew
   c/o Thomas D. Sherman, Esq.
   Locke Lord, LLP
   Terminus 200, Suite 1200
   3333 Piedmont Road, N.E.
   Atlanta, GA 30305
   (404) 870-4672

4. Dennis Concilla[2]
   c/o Mathew S. Brown
   Carlisle Patchen & Murphy LLP
   950 Goodale Blvd.

---

[2] The SEC moved for summary judgment on Mueller's purported advice of counsel defense arguing that Mueller cannot rely on advice of counsel where there is no evidence that he sought or obtained legal advice regarding the alleged fraudulent misrepresentations and omissions. ECF No. 103 at 32-33. If the Court grants the SEC's motion with respect to Mueller's advice of counsel defense, the SEC does not plan to call either Dennis Concilla or Andrew Federico as a witness at trial.

   Columbus, OH 43212
   (614) 628-0877

5. Eric Dandridge
   120 Rocky Path
   Boerne, TX 78006
   (918) 277-1130/1132

6. Andrew Federico[3]
   c/o Mathew S. Brown
   Carlisle Patchen & Murphy LLP
   950 Goodale Blvd.
   Columbus, OH 43212
   (614) 628-0877

7. Phillip Forret
   c/o Alan A. Harley, Esq.
   Associate General Counsel, BDO
   135 West 50th Street
   New York, NY 10020
   (212) 885-7351

8. Patrick Lowe
   c/o Randy Pulman
   Pulman, Capcuccio & Pullen, LLP
   2161 NW Military Highway, Suite 400
   San Antonio, TX 78213
   (210) 222-9494

9. Cary Mueller
   c/o Gordon C. Young, Esq.
   Barr & Young Attorneys
   318-C Diablo Road
   Danville, CA 94526
   (925) 314-9999, ext. 302

10. Craig Rushforth
    2983 North 4000 East
    Sugar City, ID 83448
    (210) 291-7555

11. Nathan Spradlin
    c/o Andrew R. Shedlock, Esq.
    Kutak Rock LLP
    60 South Sixth Street, Suite 3400

---

[3] See footnote 2.

       Minneapolis, MN 55402-4018
       (612) 334-5022

12. Chris Turner
    c/o Pat H. Autry
    Branscomb Law
    4630 N Loop 1604 W, Suite 206
    San Antonio, TX  78249
    (210) 598-5401

13. Gerald Wik
    c/o Jay A. Dubow, Esq.
    Troutman Pepper Hamilton Sanders LLP
    3000 Two Logan Square
    Philadelphia, PA  19103
    (215) 981-4713

14. Russell Putnam
    FactRight
    7500 Flying Cloud Dr., Suite 755
    Eden Prairie, MN 55344

15. Representatives from the following entities:[4]

    a. Abramson Accountancy Corporation

    b. American Express

    c. Americus Diamond

    d. Carlile Patchen & Murphy

    e. Cycladic International

    f. deeproot Funds or other related corporate entities

    g. FTI Consulting

    h. Kauai Vacation Rental & Real Estate, Inc.

    i. LUX Catering & Events

---

[4] The SEC plans to offer documents into evidence from these entities pursuant to Federal Rules of Evidence 803(6), 902(11) and 902(13). The SEC expects the parties will meet and confer regarding the admissibility of business records eliminating the need to call many, if not all, corporate representatives.

      j.   Old Republic Title Company

      k.   Saint Mary's Hall

      l.   Silicon Office Venture, LLC

      m.  Tabora Gallery

      n.   United Services Automobile Association

      o.   The Valhalla Group

      p.   The Walt Disney Company

      q.   Wells Fargo

This witness list is based on the current status of this matter. The SEC reserves the right to supplement, correct, or clarify its trial witnesses or to withdraw the designation of any witness, particularly in light of any future decision or order of this Court. The SEC further reserves the right to call as a witness and/or elicit testimony from, on either direct or cross-examination, all witnesses listed as trial witnesses by the defendant and any other witnesses from whom the defendant is permitted to elicit testimony.

Dated: October 6, 2023

                              Respectfully submitted,

                              */s/ Charlie L. Divine*
                              Kristen M. Warden, Trial Counsel
                              Charlie Divine, Trial Counsel
                              David Nasse, Supervisory Trial Counsel
                              U.S. Securities and Exchange Commission
                              100 F Street NE
                              Washington, DC 20549
                              (202) 551-4661 (Warden)
                              (202) 551-6673 (Divine)
                              (202) 551-4426 (Nasse)
                              wardenk@sec.gov
                              divinec@sec.gov

nassed@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

I certify that on the 6th day of October 2023, a true and correct copy of this Witness List was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

/s/ *Charlie L. Divine*
Charlie L. Divine

*Counsel for Plaintiff United States Securities and Exchange Commission*