IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> *Plaintiff* <br> -vs- <br> ROBERT J MUELLER, DEEPROOT RE 12621 SILICON DR LLC, RELIEF DEFENDANT; AND DEEPROOT SPORTS & ENTERTAINMENT LLC, RELIEF DEFENDANT; <br> *Defendants* | § § § § § § § § § § § | SA-21-CV-00785-XR |

## ORDER RE-SETTING PRETRIAL CONFERENCE

On this day the Court considered the status of this case. Due to scheduling conflicts, the pretrial conference is now re-set to **November 21, 2023** at **10:30 a.m**. in Courtroom H.

It is so **ORDERED**.

**SIGNED** this 11th day of October, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE