IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**[PROPOSED ORDER]**

On October 13, 2023, Plaintiff, Securities and Exchange Commission ("SEC"), filed an Unopposed Motion to Unseal the Sealed Attachments to Its' Motion for Leave to File Sealed Documents (the "Motion"), Dkt. 116.  Having considered the Motion, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Clerk is directed to unseal Attachments A-I to the SEC's Motion for Leave to File Sealed Documents, Dkt. 104.

IT IS SO ORDERED  this ___ day of October, 2023.

_____
XAVIER RODRIGEZ
U.S. DISTRICT JUDGE