UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>ROBERT J MUELLER, DEEPROOT RE §<br>12621 SILICON DR LLC, RELIEF §<br>DEFENDANT; AND DEEPROOT §<br>SPORTS & ENTERTAINMENT LLC, §<br>RELIEF DEFENDANT; §<br>§<br>*Defendants*. | Civil Action No. SA-21-CV-00785-XR |

**ORDER SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is set for status conference and hearing on all pending motions, if any, via Zoom on **Monday, October 23, 2023** at **12:00 p.m.** The Courtroom Deputy will provide further information as to the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** October 18, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE