IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>   *Plaintiff*<br><br>-vs-<br><br>ROBERT J MUELLER, DEEPROOT RE 12621 SILICON DR LLC, RELIEF DEFENDANT; AND DEEPROOT SPORTS & ENTERTAINMENT LLC, RELIEF DEFENDANT;<br>   *Defendants* | § § § § § § § § § § § § | SA-21-CV-00785-XR |

**ORDER RE-SETTING STATUS CONFERENCE
AND HEARING ON ALL PENDING MOTIONS**

On this day the Court considered the status of this case. This case is re-set for status conference and hearing on all pending motions, if any, via Zoom on **Monday, October 23, 2023** at **1:30 p.m.** The Courtroom Deputy will provide further information as to the means by which the status conference will be conducted. The parties should be prepared to discuss all pending motions.

It is so **ORDERED**.

**SIGNED** this 20th day of October, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE