IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>-against-<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>Defendants,<br><br>-and-<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

## DEFENDANT ROBERT J. MUELLER'S OBJECTIONS TO PLAINTIFF'S DESIGNATION OF POTENTIAL WITNESSES

TO THE HONORABLE COURT:

Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Fifth Amended Scheduling Order (ECF No. 102), Defendant Robert J. Mueller submits the following objections to Plaintiff Security and Exchange Commission's (the "**SEC**") Designation of Potential Witnesses:

I.   WITNESSES THE SEC EXPECTS TO PRESENT

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
| 1. | Charlotte Acker<br>2313 Brittany Grace | None. |

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
|  | New Braunfels, TX 78130-8937<br>(325) 388-8460<br>(210) 862-9622 |  |
| 2. | Scott Allen<br>Address unavailable at this time<br>(801) 669-2784 | None. |
| 3. | Jeffrey Anderson<br>SEC employee and summary witness, contact through counsel | Undisclosed witness not listed on any disclosures. |
| 4. | James Donnelly<br>9297 E Caribbean Lane<br>Scottsdale, AZ 85260-2834<br>(480) 490-0670 | None. |
| 5. | John Gray<br>205 Viticole Lane<br>Little Rock, AK 72223<br>(713) 705-7973 | None. |
| 6. | Robert Kane<br>3528 West Starr Pass Boulevard<br>Tucson, AZ 85745<br>(520) 850-1160 | None. |
| 7. | Brad Leon<br>620 Vista View Drive<br>Ashville NC 28803-8572<br>(828) 273-0205 | None. |
| 8. | Robert Mueller | None. |
| 9. | Bill Post<br>50 California Street, Suite 1900<br>San Francisco, CA 94111<br>SEC expert, contact through counsel | None. |
| 10. | Sandra Thompson<br>4396 N. Atfield Place<br>Tucson, AZ 85719<br>(520) 405-1402 | None. |
| 11. | George C. Williams<br>1100 NE Interstate 410 Loop, Suite 350<br>San Antonio, TX 78209<br>(210) 684-1071 | None. |

## II.   WITNESSES THE SEC MAY PRESENT

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
| 1. | Ken Abramson<br>23901 Calabasas Road, Suite 1072<br>Calabasas, CA 91302<br>(818) 918-4500 | None. |
| 2. | Lauren R. "Becca" Adams<br>12019 Trewell Glen<br>San Antonio, TX 78249<br>(843) 903-2854 | None. |
| 3. | Thomas Andrew<br>c/o Thomas D. Sherman, Esq.<br>Locke Lord, LLP<br>Terminus 200, Suite 1200<br>3333 Piedmont Road, N.E.<br>Atlanta, GA 30305<br>(404) 870-4672 | None. |
| 4. | Dennis Concilla<br>c/o Mathew S. Brown<br>Carlisle Patchen & Murphy LLP<br>950 Goodale Blvd.<br>Columbus, OH 43212<br>(614) 628-0877 | None. |
| 5. | Eric Dandridge<br>120 Rocky Path<br>Boerne, TX 78006<br>(918) 277-1130/1132 | None. |
| 6. | Andrew Federico<br>c/o Mathew S. Brown<br>Carlisle Patchen & Murphy LLP<br>950 Goodale Blvd.<br>Columbus, OH 43212<br>(614) 628-0877 | None. |
| 7. | Phillip Forret<br>c/o Alan A. Harley, Esq.<br>Associate General Counsel, BDO<br>135 West 50th Street<br>New York, NY 10020<br>(212) 885-7351 | None. |
| 8. | Patrick Lowe<br>c/o Randy Pulman<br>Pulman, Capcuccio & Pullen, LLP<br>2161 NW Military Hwy, Suite 400<br>San Antonio, TX 78213 | None. |

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
|  | (210) 222-9494 |  |
| 9. | Cary Mueller<br>c/o Gordon C. Young, Esq.<br>Barr & Young Attorneys<br>318-C Diablo Road<br>Danville, CA 94526<br>(925) 314-9999, ext. 302 | None. |
| 10. | Craig Rushforth<br>2983 North 4000 East<br>Sugar City, ID 83448<br>(210) 291-7555 | None. |
| 11. | Nathan Spradlin<br>c/o Andrew R. Shedlock, Esq.<br>Kutak Rock LLP<br>60 South Sixth Street, Suite 3400<br>Minneapolis, MN 55402-4018<br>(612) 334-5022 | None. |
| 12. | Chris Turner<br>c/o Pat H. Autry<br>Branscomb Law<br>4630 N Loop 1604 W, Suite 206<br>San Antonio, TX 78249<br>(210) 598-5401 | None. |
| 13. | Gerald Wik<br>c/o Jay A. Dubow, Esq.<br>Troutman Pepper Hamilton Sanders LLP<br>3000 Two Logan Square<br>Philadelphia, PA 19103<br>(215) 981-4713 | None. |
| 14. | Russell Putnam<br>FactRight<br>7500 Flying Cloud Dr., Suite 755<br>Eden Prairie, MN 55344 | None. |
| 15. | Representatives from the following entities: | None. |
| a. | Abramson Accountancy Corporation | None. |
| b. | American Express | None. |
| c. | Americus Diamond | None. |
| d. | Carlile Patchen & Murphy | None. |
| e. | Cycladic International | None. |
| f. | deeproot Funds or other related corporate entities | None. |
| g. | FTI Consulting | None. |

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
| h. | Kauai Vacation Rental & Real Estate, Inc. | None. |
| i. | LUX Catering & Events | None. |
| j. | Old Republic Title Company | None. |
| k. | Saint Mary's Hall | None. |
| l. | Silicon Office Venture, LLC | None. |
| m. | Tabora Gallery | None. |
| n. | United Services Automobile Association | None. |
| o. | The Valhalla Group | None. |
| p. | The Walt Disney Company | None. |
| q. | Wells Fargo | None. |

Dated:  October 20, 2023

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Jason M. Davis*
Jason M. Davis
State Bar No. 00793592
Email:  *jdavis@dslawpc.com*
Caroline Newman Small
State Bar No. 24056037
Email:  *csmall@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Counsel for Defendant Robert J. Mueller***

**CERTIFICATE OF SERVICE**

I certify that on October 20, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Jason M. Davis*
Jason M. Davis