**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>        **Plaintiff,**<br><br>              **-against-**<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>        **Defendants,**<br><br>              **-and-**<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>        **Relief Defendants.** | **Civil Action No.:  5:21-cv-785-XR** |

**<u>DEFENDANT ROBERT J. MUELLER'S OBJECTIONS TO PLAINTIFF'S</u>**
**<u>DESIGNATION OF POTENTIAL EXHIBITS</u>**

TO THE HONORABLE COURT:

        Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Fifth Amended Scheduling Order (ECF

No. 102), Defendant Robert J. Mueller submits the following objections to Plaintiff Security and

Exchange Commission's (the "**<u>SEC</u>**") Designation of Potential Exhibits:

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-1 | 575 Fund PPM Sept. 1, 2015 | SEC-DEEPROOT-E-0014497 - 12 | X | | None. |
| P-2 | 575 Fund PPM Sept. 1, 2015 | SEC-DEEPROOT-E-0164808 - 23 | X | | Rule 403 – Duplicate of P-1. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-3 | 575 Fund PPM Sept. 16, 2019 | SEC-DEEPROOT-E-0164824 - 41 | X | | None. |
| P-4 | 575 Fund PPM Jan. 1, 2021 | SEC-DEEPROOT-E-0211514 - 30 | X | | None. |
| P-5 | dGRD Fund PPM Aug. 3, 2015 | SEC-DEEPROOT-E-0013399 - 416 | X | | None. |
| P-6 | dGRD Fund PPM Aug. 3, 2015 | SEC-DEEPROOT-E-0164786 - 803 | X | | None. |
| P-7 | dGRD Fund PPM Sept. 12, 2019 | SEC-DEEPROOT-E-0164762 - 780 | X | | None. |
| P-8 | Operating Agreement of 575 Fund, Sept. 1, 2015 | MUELLER 001067 - 88 | X | | None. |
| P-9 | Operating Agreement of 575 Fund, Feb. 26, 2018 | DEEPROOT-E-0019790 | X | | None. |
| P-10 | Operating Agreement of dGRD Fund, Aug. 3, 2015 | MUELLER 001045-66 | X | | None. |
| P-11 | Operating Agreement of dGRD Fund, Feb. 26, 2018 | SEC-DEEPROOT-E-0005760 | X | | None. |
| P-12 | Gray Application and Subscription to 575 Fund | DEEPROOT FUNDS_002274 - 80 | X | | None. |
| P-13 | Donnelly Application and Subscription to 575 Fund | DEEPROOT FUNDS_001926 - 33 | X | | None. |
| P-14 | Welcome Letter to Robert & Michelle Kane and attachments Dec. 19, 2017 | SEC-KaneR-E-E-0000015-23 | X | | Rule 801; Rule 901; authenticity. |
| P-15 | Thompson Application and Subscription to 575 Fund | DEEPROOT FUNDS_006943 - 51 | X | | None. |
| P-16 | deeproot Organizational Charts | DEEPROOT FUNDS_006214 - 6 | X | | None. |
| P-17 | Investment Allocation Agreement | SEC-DEEPROOT-E-0213963 - 66 | X | | None. |
| P-18 | Contingent Pledge and Security Agreement | SEC-DEEPROOT-E-0213967 - 79 | | X | None. |
| P-19 | Expert Report of Bill Post Mar. 17, 2023 | | X | | Hearsay; improper legal opinions that invade the province of the Court; Rule 403; Rule 702. |
| P-20 | Supplemental Expert Report of Bill Post Apr. 27, 2023 | | X | | Hearsay; improper legal opinions that invade the province of the Court; Rule 403; Rule 702. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-21 | Order Authorizing and Approving the Sale of Certain Personal Property Free and Clear of All Interests Pursuant to 11 U.S.C. §§ 363(b) and (f), in the matter of *In re deeproot Capital Management, LLC* (Bkr. No. 21- 51523-MMP), *et al.*, and *In re Policy Services, Inc.* (Bkr. No. 21-51513-MMP), in the United States Bankruptcy Court for the Western District of Texas. | | X | | Rule 403. |
| P-22 | Summary: List of Bank Accounts and Credit Cards | | X | | Rule 403 – Incomplete. |
| P-23 | Summary: Allowable Spend Compared to Actual Spend | | X | | Rule 403; Assumes facts not in evidence; lack of foundation. |
| P-24 | Summary: Fractionalized Shares of Policies Sold to Outside Investors | | X | | Rule 403; Assumes facts not in evidence; lack of foundation; also includes hearsay. |
| P-25 | Summary: Maturity Distribution for Policies with Fracationalized Shares Sold to Prior Investors | | X | | Rule 403; Assumes facts not in evidence; lack of foundation; also includes hearsay. |
| P-26 | Verma Declaration Oct. 6, 2021 | | | X | Hearsay; Rule 701; lack of foundation; speculation; conclusory; Rule 403. |
| P-27 | Verma Declaration Aug. 17, 2023 | | | X | Hearsay; Rule 701; lack of foundation; speculation; conclusory; Rule 403. |
| P-28 | Complaint, Dkt. 001 | | | X | Hearsay. |
| P-29 | Answer, Dkt. 043 | | | X | Hearsay. |
| P-30 | Mueller Responses and Objections to SEC's First Set of Interrogatories Aug. 19, 2022 | | X | | Mueller objects to the extent that the SEC relies on any answers that included objections as the SEC has not received rulings resolving such objections. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-31 | Mueller Responses and Objections to SEC's First and Second Set of Requests for Admissions Dec. 12, 2022 | | X | | Mueller objects to the extent that the SEC relies on any answers that included objections as the SEC has not received rulings resolving such objections. |
| P-32 | Mueller Sworn Accounting | SEC-RJM-E-0000015 - 727 | X | | None. |
| P-33 | Hulings letter to SEC Apr. 6, 2023 | | | X | None. |
| P-34 | deeproot Pinball Disclosure | DEEPROOT FUNDS_005379 - 83 | | X | None. |
| P-35 | deeproot Funds Commercial Real Estate Allocation Disclosure | DEEPROOT FUNDS_005384 - 90 | | X | None. |
| P-36 | deeproot Sports & Entertainment Disclosure | DEEPROOT FUNDS_005391 - 99 | | X | None. |
| P-37 | Portfolio Overview | DEEPROOT FUNDS_005609 - 12 | | X | Rule 403. |
| P-38 | Assets Backing Up Investments Apr. 1, 2019 | DEEPROOT FUNDS_005625 | X | | Rule 403. |
| P-39 | As simple as 123 | DEEPROOT FUNDS_005627 | | X | None. |
| P-40 | deeproot Conference Materials - 2 Feb. 20, 2020 | DEEPROOT FUNDS_005636 - 37 | | X | None. |
| P-41 | The deeproot Story | DEEPROOT FUNDS_005639 - 40 | | X | None. |
| P-42 | 2017 Training Webinar | DEEPROOT FUNDS_005641 - 53 | | X | None. |
| P-43 | Letter to Finders Sept. 12, 2019 | DEEPROOT FUNDS_005654 - 55 | | X | None. |
| P-44 | deeproot Miscellaneous Presentations | DEEPROOT FUNDS_005660 - 707 | | X | None. |
| P-45 | deeproot Kauai January 2020 Conference Deck Feb. 20, 2020 | DEEPROOT FUNDS_005677 - 83 | | X | None. |
| P-46 | deeproot Strengths & Track Record | DEEPROOT FUNDS_005708 | | X | None. |
| P-47 | Summer 2017 Updates | DEEPROOT FUNDS_005709 - 12 | | X | None. |
| P-48 | deeproot Presentation Rev. 2020-CB- 3A | DEEPROOT FUNDS_005713 - 39 | X | | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-49 | Mueller email to Concilla and Federico re deeproot GROWTH RUNS DEEP FUND, LLC Jan. 8, 2015 | MUELLER 001441 - 1553 | X | | None. |
| P-50 | Texas Certificate of Filing dGRD Fund Jan. 8, 2015 | MUELLER 001530 | | X | None. |
| P-51 | Mueller email to Concilla and Federico re deeproot 575 FUND, LLC Jan. 8, 2015 | MUELLER 001554 - 1664 | X | | None. |
| P-52 | Texas Certificate of Filing 575 Fund LLC Jan. 8, 2015 | MUELLER 001665 | | X | None. |
| P-53 | Management Discussion and Analysis of Financial Condition Feb. 10, 2015 | MUELLER 001774 - 84 | | X | Rule 403. |
| P-54 | Mueller email to Federico and Concilla re Pinball Update May 12, 2015 | MUELLER 002186 -99 | | X | None. |
| P-55 | Mueller email to Concilla May 20, 2015 | MUELLER 002254 - 56 | | X | None. |
| P-56 | Concilla email to Mueller re deeproot Incentives July 29, 2015 | MUELLER 002306 - 09 | X | | None. |
| P-57 | Mueller email to Concilla re deeproot dGRD fund Aug. 5, 2015 | MUELLER 002404 | | X | None. |
| P-58 | dGRD Fund PPM with tracked changes Aug. 10, 2015 | MUELLER 002472 - 90 | | X | None. |
| P-59 | Mueller email to Concilla re dGRD Aug. 12, 2015 | MUELLER 002585 - 89 | X | | None. |
| P-60 | Concilla email to Mueller re dGRD - PPM Aug. 12, 2015 | MUELLER 002649 - 67 | X | | None. |
| P-61 | Mueller email to Concilla re dGRD Aug. 12, 2015 | MUELLER 002688 | X | | None. |
| P-62 | Mueller email to Concilla re dGRD Aug. 18, 2018 | MUELLER 002705 - 06 | X | | Rule of Optional Completeness; Rule 403. |
| P-63 | Concilla email to Mueller re deeproot Funds Aug. 21, 2019 | MUELLER 002715 - 17 | X | | None. |
| P-64 | Concilla email to Mueller re deeproot Sept. 1, 2015 | MUELLER 002813 - 14 | X | | None. |
| P-65 | Mueller email to Concilla re Investor Presentation Sept. 24, 2015 | MUELLER 002815 | | X | None. |
| P-66 | deeproot Investor Presentation | MUELLER 002816 - 51 | X | | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-67 | Concilla email to Mueller re Investor Presentation Sept. 24, 2015 | MUELLER 002853 | X | | None. |
| P-68 | Andrew email to Mueller re Fund Draft July 24, 2015 | CYCL001596 - 97 | | X | None. |
| P-69 | Mueller email to Andrew re Confidential - Policy Valuations Mar. 20, 2017 | CYCL003061 - 62 | | X | None. |
| P-70 | Mueller email to Andrew and Regan re Oct, Nov, Dec Oct. 25, 2017 | CYCL003627 - 28 | | X | None. |
| P-71 | Mueller email to Andrew re report July 5, 2018 | CYCL004402 - 11 | | X | None. |
| P-72 | Andrew email to Mueller re Follow- up Apr. 1, 2018 | CYCL006055 - 56 | | X | None. |
| P-73 | Mueller email to Andrew re deeproot Apr. 5, 2019 | CYCL006121 - 22 | | X | None. |
| P-74 | Regan email to Andrew re Basha Contracts Oct. 9, 2019 | CYCL006202 - 46 | | X | Hearsay. |
| P-75 | Shelly email to Andrew, Regan re Bash Policy Relinquishment Payment Oct. 15, 2019 | CYCL006249 - 50 | | X | Hearsay. |
| P-76 | Mueller email to Richardson re Donnelly June 3, 2020 | JR000017 - 22 | | X | None. |
| P-77 | 575 Trifold Brochure | JR000140 | | X | None. |
| P-78 | Spradlin email to Richardson re deeproot Sept. 5, 2018 | JR000249 - 78 | | X | Rule 403; Hearsay. |
| P-79 | Richardson email to Spradlin re deeproot Sept. 26, 2018 | JR000344 - 47 | | X | Rule 403; Hearsay. |
| P-80 | Spradlin email to Thompson re deeproot Sept. 27, 2018 | JR000387 - 389 | | X | Rule 403; Hearsay. |
| P-81 | Richardson email to Spradlin re DeepRoot Account Mar. 12, 2020 | JR000816 - 24 | | X | Rule 403; Hearsay. |
| P-82 | Lux Catering & Events Invoice | MLE 0141 - 45 | X | | None. |
| P-83 | Hagan email to Concilla, Federico and Mueller re BonusGrowth 5 Year Fund PPM Feb. 19, 2014 | MUELLER-CPM 000035 | X | | None. |
| P-84 | Concilla email Mueller and Federico re 5 year debenture docs Feb. 20, 2014 | MUELLER-CPM 000063 - 88 | X | | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-85 | Concilla email to Mueller, Federico, Smith re Reg D and unqualified funds Mar. 18, 2014 | MUELLER-CPM 000177 - 79 | X | | None. |
| P-86 | Concilla email to Mueller re the 575 Jan. 15, 2015 | MUELLER-CPM 001402 | X | | None. |
| P-87 | Mueller email to Concilla and Federico re GRD/575 Internal Fund hypotheticals Jan. 20, 2015 | MUELLER-CPM 001405 | X | | None. |
| P-88 | Federico email to Concilla re Catch up Feb. 5, 2015 | MUELLER-CPM 001428 - 76 | X | | None. |
| P-89 | Mueller email to Concilla re deeproot 3 Year Trending Tech Debenture Fund, LLC filings Mar. 27, 2015 | MUELLER-CPM 001545 - 46 | X | | None. |
| P-90 | Mueller email to Concilla and Federico re 3 year tech fund Apr. 2, 2015 | MUELLER-CPM 001547 | X | | None. |
| P-91 | Mueller email to Concilla and Federico re 3 year tech fund Apr. 7, 2015 | MUELLER-CPM 001562 - 63 | X | | None. |
| P-92 | Mueller email to Concilla re Requested call July 22, 2015 | MUELLER-CPM 001703 | | X | None. |
| P-93 | Mueller email to Concilla and Federico re Term Sheet - Draft v1.1 July 23, 2015 | MUELLER-CPM 001706 - 10 | X | | None. |
| P-94 | Mueller email to Concilla re What's a good time today to conference? Aug. 4, 2015 | MUELLER-CPM 001772 - 90 | X | | None. |
| P-95 | Mueller email to Concilla re Are you OK? Sept. 2, 2015 | MUELLER-CPM 002187 | | X | None. |
| P-96 | Mueller email to Concilla re Catch up Dec. 11, 2015 | MUELLER-CPM 002237 - 39 | X | | None. |
| P-97 | Federico email to Mueller and Concilla re Form D Amendment Filing for the dGRD Aug. 9, 2016 | MUELLER-CPM 002351 | X | | None. |
| P-98 | Spradlin Memo May 27, 2020 | MUELLER-CPM 002857 - 58 | X | | None. |
| P-99 | deeproot Investor Presentation Sept. 24, 2015 | MUELLER-CPM 004398 - 432 | X | | None. |
| P-100 | Trifold Draft with Markup Mar. 10, 2023 | MUELLER-CPM 006165 - 69 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-101 | Mueller Background Questionnaire | SEC_RJM-E-0000001 - 14 | | X | Rule 403. |
| P-102 | Abramson Disengagement Letter July 7, 2016 | SEC-AAC-E-0000226 | X | | None. |
| P-103 | Ownership Transfer Agreement | SEC-AAC-E-0000227 - 40 | | X | None. |
| P-104 | Slack Message from Scott Allen | SA-14-15 | X | | None. |
| P-105 | Allen Letter to Mueller Oct. 7, 2020 | SEC-AllenS-E-000081 | X | | None. |
| P-106 | Allen Memorandum to Mueller re Resignation Oct. 7, 2020 | SEC-AllenS-E-000079-80 | X | | Hearsay; Rule 802; Rule 403; improper lay opinion; lack of foundation; calls for a legal conclusion. |
| P-107 | deeproot August Bonus Agreement Sept. 9, 2019 | SEC-AllenS-E-000037 | X | | None. |
| P-108 | Scott Allen Memo May 27, 2020 | SEC-AllenS-E-000046-51 | X | | None. |
| P-109 | Big Picture Discussion List | SEC-AllenS-E-000009-14 | X | | None. |
| P-110 | Receipt: Americus Diamond Dec. 14, 2018 | SEC-AMERICUS-E-0000005 | X | | None. |
| P-111 | Receipt: Americus Diamond Dec. 15, 2018 | SEC-AMERICUS-E-0000012 | X | | None. |
| P-112 | Cooper email to deeproot re August 22, 2020 Letter Sept. 4, 2020 | SEC-DEEPROOT-E-0004997 - 99 | | X | None. |
| P-113 | Muller letter to 575P Investors Sept. 30, 2020 | SEC-DEEPROOT-E-0008354 | X | | None. |
| P-114 | Quick FAQ | SEC-DEEPROOT-E-0011222 | X | | None. |
| P-115 | deeproot email re deeproot Pinball Launch Date & Incentive Aug. 27, 2020 | SEC-DEEPROOT-E-0013075 - 77 | X | | None. |
| P-116 | Portfolio Narrative Cover email Mar. 5, 2020 | SEC-DEEPROOT-E-0013221 | X | | None. |
| P-117 | deeproot Family of Companies Investment Portfolio Narrative 2020.B2 | SEC-DEEPROOT-E-0013223 - 36 | X | | None. |
| P-118 | Gibbs Disclosure Dec. 1, 2015 | SEC-DEEPROOT-E-0016060 | | X | None. |
| P-119 | Mueller letter to Kirkman July 9, 2019 | SEC-DEEPROOT-E-0017557 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-120 | Mueller email to Dandridge re deeproot Funds November Updates Nov. 10, 2020 | SEC-DEEPROOT-E-0025419 | X | | None. |
| P-121 | Fact Right Report, 575 Fund October 15, 2019 | SEC-DEEPROOT-E-0031095 - 121 | | X | Best Evidence is FR1001-1003 |
| P-122 | Cary Mueller email to Mueller re proxy Feb. 2, 2017 | SEC-DEEPROOT-E-0037279 - 82 | | X | None. |
| P-123 | the 575 Allocation Acknowledgement | SEC-DEEPROOT-E-0061786 - 87 | X | | None. |
| P-124 | 575 Fund Client Letter Sept. 30, 2020 | SEC-DEEPROOT-E-0008354 | X | | None. |
| P-125 | Mueller email to Andrew re Policies Apr. 2, 2019 | SEC-DEEPROOT-E-0088710 - 11 | X | | None. |
| P-126 | Presentations and Materials Dec. 29, 2020 | SEC-DEEPROOT-E-0093397 - 99 | X | | None. |
| P-127 | Premier Global Corp. Factoring Service Agreement | SEC-DEEPROOT-E-0186463-71 | | X | Rule 403 |
| P-128 | Abramson email to Mueller re PS Inc / deeproot 2015 Jan. 11, 2016 | SEC-DEEPROOT-E-0187630 - 32 | | X | None. |
| P-129 | Abramson email to Mueller re Update / Questions Apr. 5, 2016 | SEC-DEEPROOT-E-0209999 - 10003 | | X | None. |
| P-130 | Abramson email to Mueller re Update / Questions Apr. 5, 2016 | SEC-DEEPROOT-E-0210005 - 10 | | X | None. |
| P-131 | Wik email to Mueller re Updated Files Mar. 20, 2017 | SEC-DEEPROOT-E-0210796 - 800 | X | | None. |
| P-132 | Mueller email to Turner including Presentations and Brochures Apr. 6, 2016 | SEC-DEEPROOT-E-0211326 - 52 | | X | None. |
| P-133 | Mueller email to Wik re Updated Files Mar. 18, 2017 | SEC-DEEPROOT-E-0226591 | | X | None. |
| P-134 | deeproot Simplified Cash Flow Forecast 2017-2022 | SEC-DEEPROOT-E-0226592 | | X | None. |
| P-135 | Policy Valuation Mar. 2017 | SEC-DEEPROOT-E-0226593 | | X | None. |
| P-136 | Mueller email to Regan and Andrew re Updated Presentations June 8, 2017 | SEC-DEEPROOT-E-0226740 - 82 | X | | None. |
| P-137 | Allen email to Mueller re Deeproot Fund 575P Investment of $133,000 by Andrew W. Cherones Oct. 6, | SEC-DEEPROOT-E-0126910-13 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| | 2020 | | | | |
| P-138 | Disney Payment History | SEC-DISNEY-E-0000177 - 79 | X | | None. |
| P-139 | Disney Cruise Receipts 2016 | SEC-DISNEY-E-0000001 - 27 | X | | None. |
| P-140 | Disney Cruise Receipts 2017 | SEC-DISNEY-E-0000051 - 117 | X | | None. |
| P-141 | Disney Cruise Receipts 2018 | SEC-DISNEY-E-0000118 - 173 | X | | None. |
| P-142 | deeproot 575 Fund, LLC Operating Agreement | SEC-DonnellyJ-E-0000001 - 21 | X | | None. |
| P-143 | 575 Fund PPM Sept. 1, 2019 | SEC-DonnellyJ-E-00000022-37 | X | | None. |
| P-144 | 575 Allocation Modification Disclosure | SEC-DonnellyJ-E-00000038 | | X | None. |
| P-145 | Donnelly 575 Fund Application & Subscription Agreement | SEC-DonnellyJ-E-00000039-46 | X | | None. |
| P-146 | deeproot Equity Fund Packet Welcome Sheet | SEC-DonnellyJ-E-00000062-69 | X | | None. |
| P-147 | Equity Fund Closing Packet | SEC-DonnellyJ-E-00000070 - 112 | X | | None. |
| P-148 | Sub-Sublease Agreement Mar. 2019 | SEC-EMAILS-E-0011648 - 56 | | X | None. |
| P-149 | Tabora Gallery Receipt Jan. 12, 2017 | SEC-EMAILS-E-0016479 | X | | None. |
| P-150 | Tabora Gallery Invoice and Receipts Jan. 12, 2017 | SEC-EMAILS-E-0016515 - 16 | X | | None. |
| P-151 | Tabora Gallery Receipt Aug. 9, 2018 | SEC-EMAILS-E-0016501 - 03 | X | | None. |
| P-152 | Photo from Tabora Gallery | SEC-EMAILS-E-0016473 | X | | None. |
| P-153 | SDV October 2020 Statement | SEC-EMAILS-E-0017226 | | X | None. |
| P-154 | SDV March 2021 Statement | SEC-EMAILS-E-0017232 - 33 | | X | None. |
| P-155 | SDV Lease | SEC-EMAILS-E-0017234 - 67 | | X | None. |
| P-156 | Allen Resume | SEC-EMAILS-E-0018789 | | X | None. |
| P-157 | deeproot Pinball Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000010 | | X | Lack of foundation; Rule 403. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-158 | deeproot Pinball Balance Sheet Dec. 31 2016 | SEC-FTI-E-0000011 | | X | Lack of foundation; Rule 403. |
| P-159 | deeproot Pinball Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000012 | | X | Lack of foundation; Rule 403. |
| P-160 | deeproot Pinball Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000013 | | X | Lack of foundation; Rule 403. |
| P-161 | deeproot Pinball Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000014 | | X | Lack of foundation; Rule 403. |
| P-162 | deeproot Pinball Balance Sheet Dec. 31 2020 | SEC-FTI-E-0000015 | | X | Lack of foundation; Rule 403. |
| P-163 | deeproot Pinball Balance Sheet Oct 14, 2021 | SEC-FTI-E-0000016 | | X | Lack of foundation; Rule 403. |
| P-164 | deeproot Pinball General Ledger Sept. 24 - Oct. 14, 2021 | SEC-FTI-E-0000017 - 20 | | X | Lack of foundation; Rule 403. |
| P-165 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000021 | | X | Lack of foundation; Rule 403. |
| P-166 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000022 | | X | Lack of foundation; Rule 403. |
| P-167 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000023 | | X | Lack of foundation; Rule 403. |
| P-168 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000024 | | X | Lack of foundation; Rule 403. |
| P-169 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000025 | | X | Lack of foundation; Rule 403. |
| P-170 | deeproot Pinball Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000026 | | X | Lack of foundation; Rule 403. |
| P-171 | deeproot Pinball Profit Loss Sept. 24 - Dec. 31, 2015 | SEC-FTI-E-0000027 | | X | Lack of foundation; Rule 403. |
| P-172 | deeproot Pinball Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000028 | | X | Lack of foundation; Rule 403. |
| P-173 | deeproot Pinball Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000029 | | X | Lack of foundation; Rule 403. |
| P-174 | deeproot Pinball Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000030 | | X | Lack of foundation; Rule 403. |
| P-175 | deeproot Pinball Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000031 | | X | Lack of foundation; Rule 403. |
| P-176 | deeproot Pinball Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000032 | | X | Lack of foundation; Rule 403. |
| P-177 | deeproot Pinball Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000033 | | X | Lack of foundation; Rule 403. |
| P-178 | deeproot Pinball Trial Balance Sept. 24 - Dec. 31, 2015 | SEC-FTI-E-0000034 | | X | Lack of foundation; Rule 403. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-179 | deeproot Funds Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000052 - 55 | | X | Lack of foundation; Rule 403. |
| P-180 | deeproot Funds Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000044 - 45 | | X | Lack of foundation; Rule 403. |
| P-181 | deeproot Funds Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000046 - 48 | | X | Lack of foundation; Rule 403. |
| P-182 | deeproot Funds Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000049 - 51 | | X | Lack of foundation; Rule 403. |
| P-183 | deeproot Funds Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000056 - 61 | | X | Lack of foundation; Rule 403. |
| P-184 | deeproot Funds Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000062 - 67 | | X | Lack of foundation; Rule 403. |
| P-185 | deeproot Funds Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000068 - 73 | | X | Lack of foundation; Rule 403. |
| P-186 | deeproot Funds Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000074 - 182 | | X | Lack of foundation; Rule 403. |
| P-187 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000183 | | X | Lack of foundation; Rule 403. |
| P-188 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000184 | | X | Lack of foundation; Rule 403. |
| P-189 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000185 | | X | Lack of foundation; Rule 403. |
| P-190 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000186 | | X | Lack of foundation; Rule 403. |
| P-191 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000187 | | X | Lack of foundation; Rule 403. |
| P-192 | deeproot Funds Profit Loss Jan. 1 2021 - Oct. 14, 2021 | SEC-FTI-E-0000188 | | X | Lack of foundation; Rule 403. |
| P-193 | deeproot Funds Profit Loss Sept. 24 2015 - Oct. 14, 2021 | SEC-FTI-E-0000189 | | X | Lack of foundation; Rule 403. |
| P-194 | deeproot Funds Trial Balance Dec. 31, 2015 | SEC-FTI-E-0000190 | | X | Lack of foundation; Rule 403. |
| P-195 | deeproot Funds Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000191 - 92 | | X | Lack of foundation; Rule 403. |
| P-196 | deeproot Funds Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000193 - 95 | | X | Lack of foundation; Rule 403. |
| P-197 | deeproot Funds Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000196 - 99 | | X | Lack of foundation; Rule 403. |
| P-198 | deeproot Funds Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000200 - 05 | | X | Lack of foundation; Rule 403. |
| P-199 | deeproot Funds Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000206 - 11 | | X | Lack of foundation; Rule 403. |
| P-200 | deeproot Funds Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000212 - 17 | | X | Lack of foundation; Rule 403. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-201 | deeproot Studios Balance Sheet Dec. 31 2015 | SEC-FTI-E-0000218 | | X | Lack of foundation; Rule 403. |
| P-202 | deeproot Studios Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000219 | | X | Lack of foundation; Rule 403. |
| P-203 | deeproot Studios Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000220 | | X | Lack of foundation; Rule 403. |
| P-204 | deeproot Studios Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000221 | | X | Lack of foundation; Rule 403. |
| P-205 | deeproot Studios Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000222 | | X | Lack of foundation; Rule 403. |
| P-206 | deeproot Studios Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000223 | | X | Lack of foundation; Rule 403. |
| P-207 | deeproot Studios Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000224 | | X | Lack of foundation; Rule 403. |
| P-208 | deeproot Studios General Ledger Sept. 24 2015 - Oct. 14, 2021 | SEC-FTI-E-0000225 - 34 | | X | Lack of foundation; Rule 403. |
| P-209 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000235 | | X | Lack of foundation; Rule 403. |
| P-210 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000236 | | X | Lack of foundation; Rule 403. |
| P-211 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000237 | | X | Lack of foundation; Rule 403. |
| P-212 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000238 | | X | Lack of foundation; Rule 403. |
| P-213 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000239 | | X | Lack of foundation; Rule 403. |
| P-214 | deeproot Studios Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000240 | | X | Lack of foundation; Rule 403. |
| P-215 | deeproot Studios Profit Loss Sept. 24 2015 - Oct. 14, 2021 | SEC-FTI-E-0000241 | | X | Lack of foundation; Rule 403. |
| P-216 | deeproot Studios Trial Balance Dec. 31, 2016. | SEC-FTI-E-0000242 | | X | Lack of foundation; Rule 403. |
| P-217 | deeproot Studios Trial Balance Dec. 31 2017 | SEC-FTI-E-0000243 | | X | Lack of foundation; Rule 403. |
| P-218 | deeproot Studios Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000244 | | X | Lack of foundation; Rule 403. |
| P-219 | deeproot Studios Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000245 | | X | Lack of foundation; Rule 403. |
| P-220 | deeproot Studios Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000246 | | X | Lack of foundation; Rule 403. |
| P-221 | deeproot Studios Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000247 | | X | Lack of foundation; Rule 403. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-222 | deeproot Studios Trial Balance Sept. 24, 2015 - Dec. 31, 2015 | SEC-FTI-E-0000248 | | X | Lack of foundation; Rule 403. |
| P-223 | Deeproot Tech Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000249 | | X | Lack of foundation; Rule 403. |
| P-224 | Deeproot Tech Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000250 | | X | Lack of foundation; Rule 403. |
| P-225 | Deeproot Tech Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000251 | | X | Lack of foundation; Rule 403. |
| P-226 | Deeproot Tech Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000252 | | X | Lack of foundation; Rule 403. |
| P-227 | Deeproot Tech Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000253 | | X | Lack of foundation; Rule 403. |
| P-228 | Deeproot Tech Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000254 | | X | Lack of foundation; Rule 403. |
| P-229 | Deeproot Tech Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000255 | | X | Lack of foundation; Rule 403. |
| P-230 | deeproot Tech LLC - General Ledger Sept 24, 2015 – Oct. 14, 2021 | SEC-FTI-E-0000256 - 362 | | X | Lack of foundation; Rule 403. |
| P-231 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000363 | | X | Lack of foundation; Rule 403. |
| P-232 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000364 | | X | Lack of foundation; Rule 403. |
| P-233 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000365 | | X | Lack of foundation; Rule 403. |
| P-234 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000366 | | X | Lack of foundation; Rule 403. |
| P-235 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000367 | | X | Lack of foundation; Rule 403. |
| P-236 | Deeproot Tech Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000368 | | X | Lack of foundation; Rule 403. |
| P-237 | Deeproot Tech Profit Loss Sept. 24 - Dec. 31, 2015 | SEC-FTI-E-0000369 | | X | Lack of foundation; Rule 403. |
| P-238 | Deeproot Tech Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000370 | | X | Lack of foundation; Rule 403. |
| P-239 | deeproot Tech Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000371 | | X | Lack of foundation; Rule 403. |
| P-240 | deeproot Tech Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000372 | | X | Lack of foundation; Rule 403. |
| P-241 | deeproot Tech Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000373 | | X | Lack of foundation; Rule 403. |
| P-242 | deeproot Tech Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000374 | | X | Lack of foundation; Rule 403. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-243 | deeproot Tech Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000375 | | X | Lack of foundation; Rule 403. |
| P-244 | Policy Services Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000385 - 90 | | X | Lack of foundation; Rule 403. |
| P-245 | Policy Services Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000391 - 96 | | X | Lack of foundation; Rule 403. |
| P-246 | Policy Services Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000397 - 401 | | X | Lack of foundation; Rule 403. |
| P-247 | Policy Services Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000402 - 06 | | X | Lack of foundation; Rule 403. |
| P-248 | Policy Services Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000407 - 11 | | X | Lack of foundation; Rule 403. |
| P-249 | Policy Services Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000412 - 16 | | X | Lack of foundation; Rule 403. |
| P-250 | Policy Services Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000417 - 21 | | X | Lack of foundation; Rule 403. |
| P-251 | Policy Services General Ledger Sept. 24, 2015 - Oct. 14, 2021 | SEC-FTI-E-0000422 - 535 | | X | Lack of foundation; Rule 403. |
| P-252 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000536 - 37 | | X | Lack of foundation; Rule 403. |
| P-253 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000538 - 39 | | X | Lack of foundation; Rule 403. |
| P-254 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000540 - 41 | | X | Lack of foundation; Rule 403. |
| P-255 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000542 | | X | Lack of foundation; Rule 403. |
| P-256 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000543 | | X | Lack of foundation; Rule 403. |
| P-257 | Policy Services Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000544 | | X | Lack of foundation; Rule 403. |
| P-258 | Policy Services Profit Loss Sept. 24 2015 - Dec. 31, 2015 | SEC-FTI-E-0000545 | | X | Lack of foundation; Rule 403. |
| P-259 | Policy Services Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000546 - 50 | | X | Lack of foundation; Rule 403. |
| P-260 | Policy Services Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000551 - 55 | | X | Lack of foundation; Rule 403. |
| P-261 | Policy Services Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000556 - 60 | | X | Lack of foundation; Rule 403. |
| P-262 | Policy Services Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000561 - 65 | | X | Lack of foundation; Rule 403. |
| P-263 | Policy Services Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000566 - 70 | | X | Lack of foundation; Rule 403. |
| P-264 | Policy Services Trial Balance Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000571 - 74 | | X | Lack of foundation; Rule 403. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-265 | Policy Services Trial Balance Sept. 14 - Dec. 31, 2015 | SEC-FTI-E-0000575 - 78 | | X | Lack of foundation; Rule 403. |
| P-266 | Kauai Vacation Rental Declaration | SEC-KVRRE-E-0000013 | | X | None. |
| P-267 | Kauai Vacation Rental Owner Statement June 30, 2017 | SEC-KVRRE-E-0000014 - 15 | X | | None. |
| P-268 | Mueller Wire Receipt re 4330 Kauai Beach Dr. Nov. 14, 2016 | SEC-ORTC-E-0000361 - 62 | | X | None. |
| P-269 | Mueller Wire Receipt re 4330 Kauai Beach Dr. Nov. 15, 2016 | SEC-ORTC-E-0000363 - 64 | X | | None. |
| P-270 | Mueller Wire Receipt re 4330 Kauai Beach Dr. Nov. 2, 2016 | SEC-ORTC-E-0000365 - 66 | | X | None. |
| P-271 | Final Settlement Statement Nov. 28, 2016 | SEC-ORTC-E-0000410 | X | | None. |
| P-272 | Concilla email to Mueller attaching engagement letter Apr. 22, 2013 | SEC-PulmanR-E-0000001 - 3 | X | | None. |
| P-273 | Concilla email to Mueller re Followup to Conference Call Apr. 22, 2013 | SEC-PulmanR-E-0000013 - 17 | X | | None. |
| P-274 | Life Settlement Certificates | SEC-PulmanR-E-0000245 - 1038 | | X | None. |
| P-275 | Life Settlement Certificate, TX120034, Aug 9, 2012 | SEC-PulmanR-E-0000819 - 22 | X | | None. |
| P-276 | Life Settlement Certificate, CA120009, Oct. 1, 2014 | SEC-PulmanR-E-0000868 - 77 | X | | None. |
| P-277 | AMEX Cancellation Letter to Mueller June 2, 2019 | SEC-RFPA-AMEX-E-0001731 | | X | Rule 403. |
| P-278 | x32003 AMEX Statement July 16, 2019 | SEC-RFPA-AMEX-E-0002620 - 27 | | X | Rule 403. |
| P-279 | x41003 AMEX Statement July 19, 2019 | SEC-RFPA-AMEX-E-0002067 - 69 | | X | Rule 403. |
| P-280 | x51001 AMEX Statement July 9, 2017 | SEC-RFPA-AMEX-E-0003373 - 75 | | X | None. |
| P-281 | Amex Statement x51001 May 9, 2016 | SEC-RFPA-AMEX-E-0002851 - 57 | X | | None. |
| P-282 | Amex Statement x51001 Aug. 9, 2016 | SEC-RFPA-AMEX-E-0002927 - 49 | X | | None. |
| P-283 | Amex Statement x51001 Mar. 9, 2017 | SEC-RFPA-AMEX-E-0003067 - 79 | X | | None. |
| P-284 | Amex Statement x51001 Apr. 17, 2017 | SEC-RFPA-AMEX-E-0003081 - 89 | X | | None. |
| P-285 | Amex Statement x51001 July 9, | SEC-RFPA-AMEX-E- | X | | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| | 2018 | 0003255 - 62 | | | |
| P-286 | Amex Statement x51001 Apr. 8, 2019 | SEC-RFPA-AMEX-E-0003351 - 59 | X | | None. |
| P-287 | x51001 Amex Statements | SEC-RFPA-AMEX-E-0002631 - 3375 | | X | None. |
| P-288 | x51001 Amex Payments | SEC-RFPA-AMEX-E-0001618 - 19 | | X | None. |
| P-289 | Amex Statement x51001 Mar. 9, 2016 | SEC-RFPA-AMEX-E-0002809 - 29 | X | | None. |
| P-290 | x2385 Wells Fargo Wire Full Transaction Report Aug. 14, 2019 | SEC-RFPA-WFB-E-0005707 | X | | None. |
| P-291 | x2385 Wells Fargo Wire Full Transaction Report Oct. 2, 2019 | SEC-RFPA-WFB-E-0005736 | X | | None. |
| P-292 | x2385 Wells Fargo Statements May to July 2020 | SEC-RFPA-WFP-E-0003761 - 4046 | | X | None. |
| P-293 | x2385 Wells Fargo Statements May 2020 to Feb. 2021 | SEC-RFPA-WFP-E-0004610 - 35 | | X | None. |
| P-294 | x2385 Wells Fargo Statements June to Aug. 2021 | SEC-DEEPROOT-E-0231718 – 24, 30-34 | | X | None. |
| P-295 | x2385 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFP-E-0003616 - 745 | | X | None. |
| P-296 | x2385 Wells Fargo Deposits July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004559 - 69 | | X | None. |
| P-297 | x2385 Wells Fargo Wires Jan. 2014 to May 7, 2021 | SEC-RFPA-WFB-E-0005387 - 914 | | X | None. |
| P-298 | x2534 Wells Fargo Muller Withdrawal Slip for $100k Aug. 10, 2017 | SEC-RFPA-WFB-E-0003535 | X | | Rule 403. |
| P-299 | x2534 Wells Fargo deeproot Funds Check 2356 to Kauai Vacation Rentals Mar. 3, 2017 | SEC-RFPA-WFB-E-0003542 | X | | None. |
| P-300 | x2534 Wells Fargo Statements Apr. 15, 2015 to July 13, 2020 | SEC-RFPA-WFB-E-0004047 - 275 | | X | None. |
| P-301 | x2534 Wells Fargo Statements July 13, 2020 to Mar. 11, 2021 | SEC-RFPA-WFB-E-0005226 - 261 | | X | None. |
| P-302 | x2534 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000318 - 297 | | X | None. |
| P-303 | x2534 Wells Fargo Check Nov. 2020 | SEC-RFPA-WFB-E-0005184 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-304 | x2534 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFB-E-0003746 - 49 | | X | None. |
| P-305 | x2534 Wells Fargo Checks/Debits May 2015 to July 2020 | SEC-RFPA-WFB-E-0003495 - 615 | | X | None. |
| P-306 | x2534 Wells Fargo Wire May 19, 2014 | SEC-RFPA-WFB-E-0005915 | | X | None. |
| P-307 | x2385 and x2534 Wells Fargo Signature Cards | SEC-RFPA-WFB-E-0003754 - 60 | | X | None. |
| P-308 | x3081 Wells Fargo Wires | SEC-RFPA-WFB-E-0005916 - 19 | | X | None. |
| P-309 | x3081 x3099 Wells Fargo Signature Card | SEC-RFPA-WFB-E-0001944 - 1948 | | X | None. |
| P-310 | x3081 Wells Fargo Statements May 2015 to July 2020 | SEC-RFPA-WFB-E-0002175 - 2405 | | X | None. |
| P-311 | x3081 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000212 -15, 326-29, 205 - 08 | | X | None. |
| P-312 | x3081 Wells Fargo Statements July 2020 to Jan. 2021 | SEC-RFPA-WFB-E-0004636 - 65 | | X | None. |
| P-313 | x3081 Wells Fargo Deposits July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004570 - 75 | | X | None. |
| P-314 | x3099 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000334 - 354 | | X | None. |
| P-315 | x5571 Wells Fargo Sig Card | SEC-RFPA-WFB-E-0004580 - 83 | | X | None. |
| P-316 | x5571 Wells Fargo Statements Feb. 2019 to Feb. 2021 | SEC-RFPA-WFB-E-0005262 - 5365 | | X | None. |
| P-317 | x5571 Wells Fargo Statements May 2015 to Feb. 2021 | SEC-RFPA-WFB-E-0004697 - 4951 | | X | None. |
| P-318 | x5571 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000270 - 73, 302 - 05, 245 - 249 | | X | None. |
| P-319 | x5571 Wells Fargo Wires | SEC-RFPA-WFB-E-0005173 - 75 | | X | None. |
| P-320 | x5571 Wells Fargo Wires | SEC-RFPA-WFB-E-0005924 - 28 | | X | None. |
| P-321 | x6415 Wells Fargo Signature Card | SEC-RFPA-WFB-E-0005222 - 25 | | X | None. |
| P-322 | x6415 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-DEEPROOT-E-0231746 - 49, 42 - 45, 37 | | X | None. |
| P-323 | x6575 Wells Fargo Sig Card | SEC-RFPA-WFB-E-0001963 - 66 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-324 | x6575 Wells Fargo Statements Mar. 2017 to July 2020 | SEC-RFPA-WFB-E-0002629 - 2807 | | X | None. |
| P-325 | x6575 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-DEEPROOT-E-0231738 - 41, 13 - 17, 25 - 28, 36 | | X | None. |
| P-326 | x6575 Wells Fargo Checks May 2017 to July 2020 | SEC-RFPA-WFB-E-0001536 -650 | | X | None. |
| P-327 | x6575 Wells Fargo Checks July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004521 - 30 | | X | None. |
| P-328 | x6575 Wells Fargo Deposits Mar. 2017 to July 2020 | SEC-RFPA-WFB-E-0001847 - 60 | | X | None. |
| P-329 | x6575 Wells Fargo Wires | SEC-RFPA-WFB-E-0005929 - 5960 | | X | None. |
| P-330 | x8461 x8487 Wells Fargo Signature Card | SEC-RFPA-WFB-E-0001938 - 1943 | | X | None. |
| P-331 | x8461 Wells Fargo Statements May 2015 to July 2020 | SEC-RFPA-WFB-E-0002808 - 3094 | | X | None. |
| P-332 | x8461 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-RFPA-WFB-E-0231755 - 59, 50 - 53, 35 | | X | None. |
| P-333 | x8461 Wells Fargo Checks May 2015 to July 2020 | SEC-RFPA-WFB-E-0001651 - 1828 | | X | None. |
| P-334 | x8461 Wells Fargo Checks July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004531 - 4558 | | X | None. |
| P-335 | x8461 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFB-E-0001861 - 1927 | | X | None. |
| P-336 | x8461 Wells Fargo Wires | SEC-RFPA-WFB-E-0005961 - 64 | | X | None. |
| P-337 | x8487 Wells Fargo Wire Full Transaction Report Nov. 15, 2016 | SEC-RFPA-WFB-E-0006003 | X | | None. |
| P-338 | x8487 Wells Fargo Wire Full Transaction Report Aug. 10, 2018 | SEC-RFPA-WFB-E-0006045 | X | | None. |
| P-339 | x8487 Wells Fargo Statements May 2015 to July 2020 | SEC-RFPA-WFB-E-0003095 - 3270 | | X | None. |
| P-340 | x8487 Wells Fargo Statements July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0005022 - 37 | | X | None. |
| P-341 | x8487 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000209 - 221 | | X | None. |
| P-342 | x8487 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFB-E-0001928 - 35 | | X | None. |
| P-343 | x8487 Wells Fargo Wires | SEC-RFPA-WFB-E-0005965 - 6086 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-344 | x5571 Wells Fargo Deposits Feb. 2019 to Feb. 2021 | SEC-RFPA-WFB-E-0005185 - 212 | | X | None. |
| P-345 | Abramson Declaration Sept. 7, 2022 | SEC-SEC-E-00002717 - 20 | | X | None. |
| P-346 | Thompson Declaration Sept. 15, 2022 | SEC-SEC-E-0002508 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403. |
| P-347 | Tax Year 2015 Abramson Engagement Letter Jan. 22, 2016 | SEC-SEC-E-0002702 - 05 | X | | None. |
| P-348 | Kane Declaration Sept. 23, 2022 | SEC-SEC-E-0002906 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403. |
| P-349 | Donnelly Declaration Oct. 18, 2022 | SEC-SEC-E-0002984 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403. |
| P-350 | deeproot Portal - Investors | SEC-SEC-E-0003162 - 3261 | | X | Lack of foundation; Rule 403. |
| P-351 | deeproot Portal - Policies Services - Closed Policies | SEC-SEC-E-0003262 | | X | Lack of foundation; Rule 403. |
| P-352 | deeproot Portal - Policies Services - Open Policies | SEC-SEC-E-0003265 | | X | Lack of foundation; Rule 403. |
| P-353 | Leon Declaration Sept. 14, 2022 | SEC-SEC-E-0002496 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403. |
| P-354 | Gray Declaration Oct. 9, 2022 | SEC-SEC-E-0002959 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403. |
| P-355 | Saint Mary's Hall Declaration | SEC-SMH-E-0000111 | | X | None. |

| P's Ex. Number | Description | Bates Label | Will Offer | May Offer | Defendant's Objections |
|---|---|---|---|---|---|
| P-356 | Saint Mary's Hall Transaction Records | SEC-SMH-E-0000026 - 52, 55-57, 59 | X | | None. |
| P-357 | Spradlin Memo to Mueller June 11, 2022 | SEC-SpradlinN-E-0000123 | X | | None. |
| P-358 | Spradlin Resignation Letter July 9, 2020 | SEC-SpradlinN-E-0000124 | X | | None. |
| P-359 | Spradlin Resume | SPRADLIN0001 - 02 | | X | None. |
| P-360 | x4336 x6407 x7059 USAA Records Feb. 2014 to Feb. 2021 | SEC-USAA-E-0000030 - 1027 | | X | None. |

Dated:  October 20, 2023

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Jason M. Davis*
Jason M. Davis
State Bar No. 00793592
Email:  jdavis@dslawpc.com
Caroline Newman Small
State Bar No. 24056037
Email:  csmall@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Counsel for Defendant Robert J. Mueller***

## CERTIFICATE OF SERVICE

I certify that on October 20, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Jason M. Davis*
Jason M. Davis