IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**AGREED MOTION TO AMEND ONE CASE DEADLINE IN FIFTH AMENDED SCHEDULING ORDER**

TO THE HONORABLE COURT:

    Plaintiff, Securities and Exchange Commission ("SEC") and Defendant, Robert J. Mueller ("Mueller') (together the "Parties"), in accordance with Fed. R. Civ. P. 16(b)(4) and this Court's General Pretrial Procedures, submit this Agreed Motion to Amend One Case Deadline in the Court's August 1, 2023 Fifth Amended Scheduling Order (Dkt. 102) along with a proposed Order. The Parties believes that a modest modification of the deadline to submit the Joint Pretrial Order and any Motions in Limine from November 3, 2023 to November 10, 2023 will provide additional time for the Parties to prepare the Joint Pretrial Order and motions *in limine*.

    Accordingly, the Parties agree that good cause exists for the following one modification to the Court's Fifth Amended Scheduling Order.  (*Id.*)

| **Deadline** | **Original Date** | **Requested New Date** |
|---|---|---|
| Joint Pretrial Order Deadline | November 3, 2023 | November 10, 2023 |

Date: October 29, 2023

Respectfully submitted,

*/s/ Kristen M. Warden*
Kristen M. Warden, Trial Counsel
David Nasse, Supervisory Trial Counsel
Charlie Divine, Trial Counsel
Fernando Campoamor Sanchez
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-4661 (Warden)
(202) 551-4426 (Nasse)
(202) 551-6673 (Divine)
(202) 551-8523 (Sanchez)
wardenk@sec.gov
nassed@sec.gov
divinec@sec.gov
campoamorsanchezf@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*


*/s/ Jason Davis*
Jason Davis
Caroline Newman Small
Davis/Santos
719 S. Flores Street
San Antonio, Texas 78204
(210) 853-5832 (Davis)
(215) 853-5882 (Small)
jdavis@dslawpc.com
csmall@dslawpc.com

*Attorneys for Robert J. Mueller*

## CERTIFICATE OF SERVICE

      I certify that on the 29th day of October 2023, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

      */s/ Kristen M. Warden*
      Kristen M. Warden

      *Counsel for Plaintiff United States Securities and Exchange Commission*