IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>  Defendants,<br><br>  -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>  Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**[PROPOSED ORDER]**

The Court's Fifth Amended Scheduling Order (Dkt. 102) is hereby amended as follows:

**I. CASE DEADLINE**

  A.  The Parties must file the Joint Pretrial Order and any Motion *In Limine* by **November 10, 2023**.

It is so ORDERED.

SIGNED this October 30, 2023.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE