IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>Defendants,<br><br>-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

### AGREED MOTION TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE

TO THE HONORABLE COURT:

Defendant Robert J. Mueller ("**Mueller**") and Plaintiff Securities and Exchange Commission ("**SEC**") (together, the "**Parties**"), in accordance with Fed. R. Civ. P. 16(b)(4) and this Court's General Pretrial Procedures, file this Agreed Motion to Extend the Deadline to File Joint Pretrial Order and Motions in Limine, as follows:

1. On October 24, 2023, the Court entered a Text Order resetting the Pretrial Conference to November 28, 2023.

2. On October 30, 2023, the Court entered a Text Order extending the deadline to submit the Joint Pretrial Order and any Motions in Limine to November 10, 2023.

3. Although the Parties have been diligently and cooperatively working to meet the November 10 deadline, lead counsel for Mueller, Mr. Jason Davis, became seriously ill this week and has not been able to recover. Due to this unforeseen illness, the Parties respectfully request a short extension from November 10, 2023 to November 15, 2023 to submit the Joint Pretrial Order and any Motions in Limine.

4. The Parties agree that good cause exists for this request in light of counsel's illness. Furthermore, the Joint Pretrial Order will be filed thirteen days in advance of the pretrial conference which is the same amount of days contemplated in the original scheduling order, ECF No. 102.

5. The Parties therefore respectfully request that the Court enter an order granting the extension and extending the deadline to submit the Joint Pretrial Order and any Motions in Limine to November 15, 2023.

Dated: November 9, 2023

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
Jason M. Davis
State Bar No. 00793592
Email: jdavis@dslawpc.com
Caroline Newman Small
State Bar No. 24056037
Email: csmall@dslawpc.com
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

*Counsel for Defendant Robert J. Mueller*

/s/ *Charlie Divine*
Kristen M. Warden, Trial Counsel
David Nasse, Supervisory Trial Counsel
Charlie Divine, Trial Counsel
Fernando Campoamor Sanchez
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-4661 (Warden)
(202) 551-4426 (Nasse)
(202) 551-6673 (Divine)
(202) 551-8523 (Sanchez)
wardenk@sec.gov
nassed@sec.gov
divinec@sec.gov
campoamorsanchezf@sec.gov

***Counsel for Plaintiff Securities and Exchange Commission***

## CERTIFICATE OF SERVICE

    I certify that on the 9th day of November 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

/s/ *Caroline Newman Small*
Caroline Newman Small