IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

## [PROPOSED] ORDER GRANTING AGREED MOTION TO EXTEND THE DEADLINE TO FILE JOINT PRETRIAL ORDER AND MOTIONS IN LIMINE

Pending before the Court is the Agreed Motion to Extend the Deadline to File Joint Pretrial Order and Motions in Limine (the "**Motion**") filed by Defendant Robert J. Mueller and Plaintiff Securities and Exchange Commission (together, the "**Parties**").  Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the deadline for the Parties to file the Joint Pretrial Order and any Motion in Limine is hereby extended through and until November 15, 2023.

IT IS SO ORDERED this ___ day of _____ 2023.

                                                _____
                                                XAVIER RODRIGUEZ
                                                UNITED STATES DISTRICT JUDGE