# Appendix A

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

|  |  |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>        **Plaintiff,**<br><br>            **-against-**<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>        **Defendants,**<br><br>            **-and-**<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,**<br><br>        **Relief Defendants.** | **Civil Action No.:  5:21-cv-785-XR** |

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
DESIGNATION OF POTENTIAL EXHIBITS**

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-1 | 575 Fund PPM Sept. 1, 2015 | SEC-DEEPROOT-E-0014497 - 12 | X |  | None |
| P-2 | 575 Fund PPM Sept. 1, 2015 | SEC-DEEPROOT-E-0164808 - 23 | X |  | None |
| P-3 | 575 Fund PPM Sept. 16, 2019 | SEC-DEEPROOT-E-0164824 - 41 | X |  | None |
| P-4 | 575 Fund PPM Jan. 1, 2021 | SEC-DEEPROOT-E-0211514 - 30 | X |  | None |
| P-5 | dGRD Fund PPM Aug. 3, 2015 | SEC-DEEPROOT-E-0013399 - 416 | X |  | None |
| P-6 | dGRD Fund PPM Aug. 3, 2015 | SEC-DEEPROOT-E-0164786 - 803 | X |  | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-7 | dGRD Fund PPM Sept. 12, 2019 | SEC-DEEPROOT-E-0164762 - 780 | X | | None |
| P-8 | Operating Agreement of 575 Fund, Sept. 1, 2015 | MUELLER 001067 - 88 | X | | None |
| P-9 | Operating Agreement of 575 Fund, Feb. 26, 2018 | DEEPROOT-E-0019790 | X | | None |
| P-10 | Operating Agreement of dGRD Fund, Aug. 3, 2015 | MUELLER 001045-66 | X | | None |
| P-11 | Operating Agreement of dGRD Fund, Feb. 26, 2018 | SEC-DEEPROOT-E-0005760 | X | | None |
| P-12 | Gray Application and Subscription to 575 Fund | DEEPROOT FUNDS_002274 - 80 | X | | None |
| P-13 | Donnelly Application and Subscription to 575 Fund | DEEPROOT FUNDS_001926 - 33 | X | | None |
| P-14 | Welcome Letter to Robert & Michelle Kane and attachments Dec. 19, 2017 | SEC-KaneR-E-E-0000015-16, 20-21 | X | | None |
| P-15 | Thompson Application and Subscription to 575 Fund | DEEPROOT FUNDS_006943 - 51 | X | | None |
| P-16 | deeproot Organizational Charts | DEEPROOT FUNDS_006214 - 6 | X | | None |
| P-17 | Investment Allocation Agreement | SEC-DEEPROOT-E-0213963 - 66 | X | | None |
| P-18 | Contingent Pledge and Security Agreement | SEC-DEEPROOT-E-0213967 - 79 | | X | None |
| P-19 | Expert Report of Bill Post Mar. 17, 2023 | | X | | Hearsay; improper legal opinions that invade the province of the Court; Rule 403; Rule 702 |
| P-20 | Supplemental Expert Report of Bill Post Apr. 27, 2023 | | X | | Hearsay; improper legal opinions that invade the province of the Court; Rule 403; Rule 702 |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-21 | Order Authorizing and Approving the Sale of Certain Personal Property Free and Clear of All Interests Pursuant to 11 U.S.C. §§ 363(b) and (f), in the matter of *In re deeproot Capital Management, LLC* (Bkr. No. 21-51523-MMP), *et al.*, and *In re Policy Services, Inc.* (Bkr. No. 21-51513-MMP), in the United States Bankruptcy Court for the Western District of Texas. | | X | | Rule 403 |
| P-22 | Summary: List of Bank Accounts and Credit Cards | | X | | Rule 403 - Incomplete |
| P-23 | Summary: Allowable Spend Compared to Actual Spend | | X | | Rule 403; Assumes facts not in evidence; lack of foundation |
| P-24 | Summary: Fractionalized Shares of Policies Sold to Outside Investors | | X | | Rule 403; Assumes facts not in evidence; lack of foundation; also includes hearsay |
| P-25 | Summary: Maturity Distribution for Policies with Fracationalized Shares Sold to Prior Investors | | X | | Rule 403; Assumes facts not in evidence; lack of foundation; also includes hearsay |
| P-26 | Verma Declaration Oct. 6, 2021 | | | X | Hearsay; Rule 701; lack of foundation; speculation; conclusory; Rule 403 |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---------|-------------|-------------|------------|-----------|----------------------|
| P-27 | Verma Declaration Aug. 17, 2023 | | | X | Hearsay; Rule 701; lack of foundation; speculation; conclusory; Rule 403 |
| P-28 | Complaint, Dkt. 001 | | | X | Hearsay |
| P-29 | Answer, Dkt. 043 | | | X | Hearsay |
| P-30 | Mueller Responses and Objections to SEC's First Set of Interrogatories Aug. 19, 2022 | | X | | Mueller objects to the extent that the SEC relies on any answers that included objections as the SEC has not received rulings resolving such objections |
| P-31 | Mueller Responses and Objections to SEC's First and Second Set of Requests for Admissions Dec. 12, 2022 | | X | | Mueller objects to the extent that the SEC relies on any answers that included objections as the SEC has not received rulings resolving such objections |
| P-32 | Mueller Sworn Accounting | SEC-RJM-E-0000015 - 727 | X | | None |
| P-33 | Hulings letter to SEC Apr. 6, 2023 | | | X | None |
| P-34 | deeproot Pinball Disclosure | DEEPROOT FUNDS_005379 - 83 | | X | None |
| P-35 | deeproot Funds Commercial Real Estate Allocation Disclosure | DEEPROOT FUNDS_005384 - 90 | | X | None |
| P-36 | deeproot Sports & Entertainment Disclosure | DEEPROOT FUNDS_005391 - 99 | | X | None |
| P-37 | Portfolio Overview | DEEPROOT FUNDS_005609 - 12 | | X | Rule 403 |
| P-38 | Assets Backing Up Investments Apr. 1, 2019 | DEEPROOT FUNDS_005625 | X | | Rule 403 |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-39 | As simple as 123 | DEEPROOT FUNDS_005627 | | X | None |
| P-40 | deeproot Conference Materials - 2 Feb. 20, 2020 | DEEPROOT FUNDS_005636 - 37 | | X | None |
| P-41 | The deeproot Story | DEEPROOT FUNDS_005639 - 40 | | X | None |
| P-42 | 2017 Training Webinar | DEEPROOT FUNDS_005641 - 53 | | X | None |
| P-43 | Letter to Finders Sept. 12, 2019 | DEEPROOT FUNDS_005654 - 55 | | X | None |
| P-44 | deeproot Miscellaneous Presentations | DEEPROOT FUNDS_005660 - 707 | | X | None |
| P-45 | deeprooot Kauai January 2020 Conference Deck Feb. 20, 2020 | DEEPROOT FUNDS_005677 - 83 | | X | None |
| P-46 | deeproot Strengths & Track Record | DEEPROOT FUNDS_005708 | | X | None |
| P-47 | Summer 2017 Updates | DEEPROOT FUNDS_005709 - 12 | | X | None |
| P-48 | deeproot Presentation Rev. 2020-CB-3A | DEEPROOT FUNDS_005713 - 39 | X | | None |
| P-49 | Mueller email to Concilla and Federico re deeproot GROWTH RUNS DEEP FUND, LLC Jan. 8, 2015 | MUELLER 001441 - 1553 | X | | None |
| P-50 | Texas Certificate of Filing dGRD Fund Jan. 8, 2015 | MUELLER 001530 | | X | None |
| P-51 | Mueller email to Concilla and Federico re deeproot 575 FUND, LLC Jan. 8, 2015 | MUELLER 001554 - 1664 | X | | None |
| P-52 | Texas Certificate of Filing 575 Fund LLC Jan. 8, 2015 | MUELLER 001665 | | X | None |
| P-53 | Management Discussion and Analysis of Financial Condition Feb. 10, 2015 | MUELLER 001774 - 84 | | X | Rule 403 |
| P-54 | Mueller email to Federico and Concilla re Pinball Update May 12, 2015 | MUELLER 002186 -99 | | X | None |
| P-55 | Mueller email to Concilla May 20, 2015 | MUELLER 002254 - 56 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-56 | Concilla email to Mueller re deeproot Incentives July 29, 2015 | MUELLER 002306 - 09 | X | | None |
| P-57 | Mueller email to Concilla re deeproot dGRD fund Aug. 5, 2015 | MUELLER 002404 | | X | None |
| P-58 | dGRD Fund PPM with tracked changes Aug. 10, 2015 | MUELLER 002472 - 90 | | X | None |
| P-59 | Mueller email to Concilla re dGRD Aug. 12, 2015 | MUELLER 002585 - 89 | X | | None |
| P-60 | Concilla email to Mueller re dGRD - PPM Aug. 12, 2015 | MUELLER 002649 - 67 | X | | None |
| P-61 | Mueller email to Concilla re dGRD Aug. 12, 2015 | MUELLER 002688 | X | | None |
| P-62 | Mueller email to Concilla re dGRD Aug. 18, 2018 | MUELLER 002705 - 06 | X | | None |
| P-63 | Concilla email to Mueller re deeproot Funds Aug. 21, 2019 | MUELLER 002715 - 17 | X | | None |
| P-64 | Concilla email to Mueller re deeproot Sept. 1, 2015 | MUELLER 002813 - 14 | X | | None |
| P-65 | Mueller email to Concilla re Investor Presentation Sept. 24, 2015 | MUELLER 002815 | | X | None |
| P-66 | deeproot Investor Presentation | MUELLER 002816 - 51 | X | | None |
| P-67 | Concilla email to Mueller re Investor Presentation Sept. 24, 2015 | MUELLER 002853 | X | | None |
| P-68 | Andrew email to Mueller re Fund Draft July 24, 2015 | CYCL001596 - 97 | | X | None |
| P-69 | Mueller email to Andrew re Confidential - Policy Valuations Mar. 20, 2017 | CYCL003061 - 62 | | X | None |
| P-70 | Mueller email to Andrew and Regan re Oct, Nov, Dec Oct. 25, 2017 | CYCL003627 - 28 | | X | None |
| P-71 | Mueller email to Andrew re report July 5, 2018 | CYCL004402 - 11 | | X | None |
| P-72 | Andrew email to Mueller re Follow-up Apr. 1, 2018 | CYCL006055 - 56 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-73 | Mueller email to Andrew re deeproot Apr. 5, 2019 | CYCL006121 - 22 | | X | None |
| P-74 | Intentionally Omitted | | | | None |
| P-75 | Intentionally Omitted | | | | None |
| P-76 | Mueller email to Richardson re Donnelly June 3, 2020 | JR000017 - 22 | | X | None |
| P-77 | 575 Trifold Brochure | JR000140 | | X | None |
| P-78 | Spradlin email to Richardson re deeproot Sept. 5, 2018 | JR000249 - 78 | | X | Rule 403; Hearsay |
| P-79 | Richardson email to Spradlin re deeproot Sept. 26, 2018 | JR000344 - 47 | | X | Rule 403; Hearsay |
| P-80 | Spradlin email to Thompson re deeproot Sept. 27, 2018 | JR000387 - 389 | | X | Rule 403; Hearsay |
| P-81 | Richardson email to Spradlin re DeepRoot Account Mar. 12, 2020 | JR000816 - 24 | | X | Rule 403; Hearsay |
| P-82 | Lux Catering & Events Invoice | MLE 0141 - 45 | X | | None |
| P-83 | Hagan email to Concilla, Federico and Mueller re BonusGrowth 5 Year Fund PPM Feb. 19, 2014 | MUELLER-CPM 000035 | X | | None |
| P-84 | Concilla email Mueller and Federico re 5 year debenture docs Feb. 20, 2014 | MUELLER-CPM 000063 - 88 | X | | None |
| P-85 | Concilla email to Mueller, Federico, Smith re Reg D and unqualified funds Mar. 18, 2014 | MUELLER-CPM 000177 - 79 | X | | None |
| P-86 | Concilla email to Mueller re the 575 Jan. 15, 2015 | MUELLER-CPM 001402 | X | | None |
| P-87 | Mueller email to Concilla and Federico re GRD/575 Internal Fund hypotheticals Jan. 20, 2015 | MUELLER-CPM 001405 | X | | None |
| P-88 | Federico email to Concilla re Catch up Feb. 5, 2015 | MUELLER-CPM 001428 - 76 | X | | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-89 | Mueller email to Concilla re deeproot 3 Year Trending Tech Debenture Fund, LLC filings Mar. 27, 2015 | MUELLER-CPM 001545 - 46 | X | | None |
| P-90 | Mueller email to Concilla and Federico re 3 year tech fund Apr. 2, 2015 | MUELLER-CPM 001547 - 61 | X | | None |
| P-91 | Mueller email to Concilla and Federico re 3 year tech fund Apr. 7, 2015 | MUELLER-CPM 001562 - 63 | X | | None |
| P-92 | Mueller email to Concilla re Requested call July 22, 2015 | MUELLER-CPM 001703 | | X | None |
| P-93 | Mueller email to Concilla and Federico re Term Sheet - Draft v1.1 July 23, 2015 | MUELLER-CPM 001706 - 10 | X | | None |
| P-94 | Mueller email to Concilla re What's a good time today to conference? Aug. 4, 2015 | MUELLER-CPM 001772 - 90 | X | | None |
| P-95 | Mueller email to Concilla re Are you OK? Sept. 2, 2015 | MUELLER-CPM 002187 | | X | None |
| P-96 | Mueller email to Concilla re Catch up Dec. 11, 2015 | MUELLER-CPM 002237 - 39 | X | | None |
| P-97 | Federico email to Mueller and Concilla re Form D Amendment Filing for the dGRD Aug. 9, 2016 | MUELLER-CPM 002351 | X | | None |
| P-98 | Spradlin Memo May 27, 2020 | MUELLER-CPM 002857 - 58 | X | | None |
| P-99 | deeproot Investor Presentation Sept. 24, 2015 | MUELLER-CPM 004398 - 432 | X | | None |
| P-100 | Trifold Draft with Markup Mar. 10, 2023 | MUELLER-CPM 006165 - 69 | | X | None |
| P-101 | Mueller Background Questionnaire | SEC_RJM-E-0000001 - 14 | | X | Rule 403 |
| P-102 | Abramson Disengagement Letter July 7, 2016 | SEC-AAC-E-0000226 | X | | |
| P-103 | Ownership Transfer Agreement | SEC-AAC-E-0000227 - 40 | | X | None |
| P-104 | Slack Message from Scott Allen | SA-14-15 | X | | None |
| P-105 | Allen Letter to Mueller Oct. 7, 2020 | SEC-AllenS-E-000081 | X | | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-106 | Allen Memorandum to Mueller re Resignation Oct. 7, 2020 | SEC-AllenS-E-000079-80 | X | | Hearsay; Rule 802; Rules 403; improper lay opinion; lack of foundation; calls for a legal conclusion |
| P-107 | deeproot August Bonus Agreement Sept. 9, 2019 | SEC-AllenS-E-000037 | X | | None |
| P-108 | Scott Allen Memo May 27, 2020 | SEC-AllenS-E-000046-51 | X | | None |
| P-109 | Big Picture Discussion List | SEC-AllenS-E-000009-14 | X | | None |
| P-110 | Receipt: Americus Diamond Dec. 14, 2015 | SEC-AMERICUS-E-0000005 | X | | None |
| P-111 | Receipt: Americus Diamond Dec. 15, 2018 | SEC-AMERICUS-E-0000012 | X | | None |
| P-112 | Cooper email to deeproot re August 22, 2020 Letter Sept. 4, 2020 | SEC-DEEPROOT-E-0004997-99 | | X | None |
| P-113 | Muller letter to 575P Investors Sept. 30, 2020 | SEC-DEEPROOT-E-0008354 | X | | None |
| P-114 | Quick FAQ | SEC-DEEPROOT-E-0011222 | X | | None |
| P-115 | deeproot email re deeproot Pinball Launch Date & Incentive Aug. 27, 2020 | SEC-DEEPROOT-E-0013075-77 | X | | None |
| P-116 | Portfolio Narrative Cover email Mar. 5, 2020 | SEC-DEEPROOT-E-0013221 | X | | None |
| P-117 | deeproot Family of Companies Investment Portfolio Narrative 2020.B2 | SEC-DEEPROOT-E-0013223-36 | X | | None |
| P-118 | Gibbs Disclosure Dec. 1, 2015 | SEC-DEEPROOT-E-0016060 | | X | None |
| P-119 | Mueller letter to Kirkman July 9, 2019 | SEC-DEEPROOT-E-0017557 | | X | None |
| P-120 | Mueller email to Dandridge re deeproot Funds November Updates Nov. 10, 2020 | SEC-DEEPROOT-E-0025419 | X | | None |
| P-121 | Fact Right Report, 575 Fund October 15, 2019 | SEC-DEEPROOT-E-0031095-121 | | X | Best Evidence is FR1001 - 1003 |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---------|-------------|-------------|-----------|-----------|---------------------|
| P-122 | Cary Mueller email to Mueller re proxy Feb. 2, 2017 | SEC-DEEPROOT-E-0037279 - 82 | | X | None |
| P-123 | the 575 Allocation Acknowledgement | SEC-DEEPROOT-E-0061786 - 87 | X | | None |
| P-124 | 575 Fund Client Letter Sept. 30, 2020 | SEC-DEEPROOT-E-0008354 | X | | None |
| P-125 | Mueller email to Andrew re Policies Apr. 2, 2019 | SEC-DEEPROOT-E-0088710 - 11 | X | | None |
| P-126 | Presentations and Materials Dec. 29, 2020 | SEC-DEEPROOT-E-0093397 - 99 | X | | None |
| P-127 | Premier Global Corp. Factoring Service Agreement | SEC-DEEPROOT-E-0186463-71 | | X | Rule 403 |
| P-128 | Abramson email to Mueller re PS Inc / deeproot 2015 Jan. 11, 2016 | SEC-DEEPROOT-E-0187630 - 32 | | X | None |
| P-129 | Abramson email to Mueller re Update / Questions Apr. 5, 2016 | SEC-DEEPROOT-E-0209999 - 10003 | | X | None |
| P-130 | Abramson email to Mueller re Update / Questions Apr. 5, 2016 | SEC-DEEPROOT-E-0210005 - 10 | | X | None |
| P-131 | Wik email to Mueller re Updated Files Mar. 20, 2017 | SEC-DEEPROOT-E-0210796 - 800 | X | | None |
| P-132 | Mueller email to Turner including Presentations and Brochures Apr. 6, 2016 | SEC-DEEPROOT-E-0211326 - 52 | | X | None |
| P-133 | Mueller email to Wik re Updated Files Mar. 18, 2017 | SEC-DEEPROOT-E-0226591 | | X | None |
| P-134 | deeproot Simplified Cash Flow Forecast 2017-2022 | SEC-DEEPROOT-E-0226592 | | X | None |
| P-135 | Policy Valuation Mar. 2017 | SEC-DEEPROOT-E-0226593 | | X | None |
| P-136 | Mueller email to Regan and Andrew re Updated Presentations June 8, 2017 | SEC-DEEPROOT-E-0226740 - 82 | X | | None |
| P-137 | Allen email to Mueller re Deeproot Fund 575P Investment of $133,000 by Andrew W. Cherones Oct. 6, 2020 | SEC-DEEPROOT-E-0126910-13 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-138 | Disney Payment History | SEC-DISNEY-E-0000177 - 79 | X | | None |
| P-139 | Disney Cruise Receipts 2016 | SEC-DISNEY-E-0000001 - 27 | X | | None |
| P-140 | Disney Cruise Receipts 2017 | SEC-DISNEY-E-0000051 - 117 | X | | None |
| P-141 | Disney Cruise Receipts 2018 | SEC-DISNEY-E-0000118 - 173 | X | | None |
| P-142 | deeproot 575 Fund, LLC Operating Agreement | SEC-DonnellyJ-E-0000001 - 21 | X | | None |
| P-143 | 575 Fund PPM Sept. 1, 2019 | SEC-DonnellyJ-E-00000022- 37 | X | | None |
| P-144 | 575 Allocation Modification Disclosure | SEC-DonnellyJ-E-00000038 | | X | None |
| P-145 | Donnelly 575 Fund Application & Subscription Agreement | SEC-DonnellyJ-E-00000039- 46 | X | | None |
| P-146 | deeproot Equity Fund Packet Welcome Sheet | SEC-DonnellyJ-E-00000062- 69 | X | | None |
| P-147 | Equity Fund Closing Packet | SEC-DonnellyJ-E-00000070 - 112 | X | | None |
| P-148 | Sub-Sublease Agreement Mar. 2019 | SEC-EMAILS-E-0011648 - 56 | | X | None |
| P-149 | Tabora Gallery Receipt Jan. 12, 2017 | SEC-EMAILS-E-0016479 | X | | None |
| P-150 | Tabora Gallery Invoice and Receipts Jan. 12, 2017 | SEC-EMAILS-E-0016515 - 16 | X | | None |
| P-151 | Tabora Gallery Receipt Aug. 9, 2018 | SEC-EMAILS-E-0016501 - 03 | X | | None |
| P-152 | Photo from Tabora Gallery | SEC-EMAILS-E-0016473 | X | | None |
| P-153 | SDV October 2020 Statement | SEC-EMAILS-E-0017226 | | X | None |
| P-154 | SDV March 2021 Statement | SEC-EMAILS-E-0017232 - 33 | | X | None |
| P-155 | SDV Lease | SEC-EMAILS-E-0017234 - 67 | | X | None |
| P-156 | Allen Resume | SEC-EMAILS-E-0018789 | | X | None |
| P-157 | deeproot Pinball Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000010 | | X | None |
| P-158 | deeproot Pinball Balance Sheet Dec. 31 2016 | SEC-FTI-E-0000011 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-159 | deeproot Pinball Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000012 | | X | None |
| P-160 | deeproot Pinball Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000013 | | X | None |
| P-161 | deeproot Pinball Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000014 | | X | None |
| P-162 | deeproot Pinball Balance Sheet Dec. 31 2020 | SEC-FTI-E-0000015 | | X | None |
| P-163 | deeproot Pinball Balance Sheet Oct 14, 2021 | SEC-FTI-E-0000016 | | X | None |
| P-164 | deeproot Pinball General Ledger Sept. 24 - Oct. 14, 2021 | SEC-FTI-E-0000017 - 20 | | X | None |
| P-165 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000021 | | X | None |
| P-166 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000022 | | X | None |
| P-167 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000023 | | X | None |
| P-168 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000024 | | X | None |
| P-169 | deeproot Pinball Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000025 | | X | None |
| P-170 | deeproot Pinball Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000026 | | X | None |
| P-171 | deeproot Pinball Profit Loss Sept. 24 - Dec. 31, 2015 | SEC-FTI-E-0000027 | | X | None |
| P-172 | deeproot Pinball Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000028 | | X | None |
| P-173 | deeproot Pinball Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000029 | | X | None |
| P-174 | deeproot Pinball Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000030 | | X | None |
| P-175 | deeproot Pinball Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000031 | | X | None |
| P-176 | deeproot Pinball Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000032 | | X | None |
| P-177 | deeproot Pinball Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000033 | | X | None |
| P-178 | deeproot Pinball Trial Balance Sept. 24 - Dec. 31, 2015 | SEC-FTI-E-0000034 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-179 | deeproot Funds Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000052 - 55 | | X | None |
| P-180 | deeproot Funds Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000044 - 45 | | X | None |
| P-181 | deeproot Funds Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000046 - 48 | | X | None |
| P-182 | deeproot Funds Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000049 - 51 | | X | None |
| P-183 | deeproot Funds Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000056 - 61 | | X | None |
| P-184 | deeproot Funds Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000062 - 67 | | X | None |
| P-185 | deeproot Funds Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000068 - 73 | | X | None |
| P-186 | deeproot Funds Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000074 - 182 | | X | None |
| P-187 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000183 | | X | None |
| P-188 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000184 | | X | None |
| P-189 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000185 | | X | None |
| P-190 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000186 | | X | None |
| P-191 | deeproot Funds Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000187 | | X | None |
| P-192 | deeproot Funds Profit Loss Jan. 1, 2021 - Oct. 14, 2021 | SEC-FTI-E-0000188 | | X | None |
| P-193 | deeproot Funds Profit Loss Sept. 24, 2015 - Oct. 14, 2021 | SEC-FTI-E-0000189 | | X | None |
| P-194 | deeproot Funds Trial Balance Dec. 31, 2015 | SEC-FTI-E-0000190 | | X | None |
| P-195 | deeproot Funds Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000191 - 92 | | X | None |
| P-196 | deeproot Funds Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000193 - 95 | | X | None |
| P-197 | deeproot Funds Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000196 - 99 | | X | None |
| P-198 | deeproot Funds Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000200 - 05 | | X | None |
| P-199 | deeproot Funds Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000206 - 11 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-200 | deeproot Funds Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000212 - 17 | | X | None |
| P-201 | deeproot Studios Balance Sheet Dec. 31 2015 | SEC-FTI-E-0000218 | | X | None |
| P-202 | deeproot Studios Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000219 | | X | None |
| P-203 | deeproot Studios Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000220 | | X | None |
| P-204 | deeproot Studios Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000221 | | X | None |
| P-205 | deeproot Studios Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000222 | | X | None |
| P-206 | deeproot Studios Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000223 | | X | None |
| P-207 | deeproot Studios Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000224 | | X | None |
| P-208 | deeproot Studios General Ledger Sept. 24, 2015 - Oct. 14, 2021 | SEC-FTI-E-0000225 - 34 | | X | None |
| P-209 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000235 | | X | None |
| P-210 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000236 | | X | None |
| P-211 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000237 | | X | None |
| P-212 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000238 | | X | None |
| P-213 | deeproot Studios Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000239 | | X | None |
| P-214 | deeproot Studios Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000240 | | X | None |
| P-215 | deeproot Studios Profit Loss Sept. 24, 2015 - Oct. 14, 2021 | SEC-FTI-E-0000241 | | X | None |
| P-216 | deeproot Studios Trial Balance Dec. 31, 2016. | SEC-FTI-E-0000242 | | X | None |
| P-217 | deeproot Studios Trial Balance Dec. 31 2017 | SEC-FTI-E-0000243 | | X | None |
| P-218 | deeproot Studios Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000244 | | X | None |
| P-219 | deeproot Studios Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000245 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-220 | deeproot Studios Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000246 | | X | None |
| P-221 | deeproot Studios Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000247 | | X | None |
| P-222 | deeproot Studios Trial Balance Sept. 24, 2015 - Dec. 31, 2015 | SEC-FTI-E-0000248 | | X | None |
| P-223 | Deeproot Tech Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000249 | | X | None |
| P-224 | Deeproot Tech Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000250 | | X | None |
| P-225 | Deeproot Tech Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000251 | | X | None |
| P-226 | Deeproot Tech Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000252 | | X | None |
| P-227 | Deeproot Tech Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000253 | | X | None |
| P-228 | Deeproot Tech Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000254 | | X | None |
| P-229 | Deeproot Tech Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000255 | | X | None |
| P-230 | deeproot Tech LLC - General Ledger Sept 24, 2015 – Oct. 14, 2021 | SEC-FTI-E-0000256 - 362 | | X | None |
| P-231 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000363 | | X | None |
| P-232 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000364 | | X | None |
| P-233 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000365 | | X | None |
| P-234 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000366 | | X | None |
| P-235 | Deeproot Tech Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000367 | | X | None |
| P-236 | Deeproot Tech Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000368 | | X | None |
| P-237 | Deeproot Tech Profit Loss Sept. 24 - Dec. 31, 2015 | SEC-FTI-E-0000369 | | X | None |
| P-238 | Deeproot Tech Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000370 | | X | None |
| P-239 | deeproot Tech Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000371 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-240 | deeproot Tech Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000372 | | X | None |
| P-241 | deeproot Tech Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000373 | | X | None |
| P-242 | deeproot Tech Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000374 | | X | None |
| P-243 | deeproot Tech Trial Balance Oct. 14, 2021 | SEC-FTI-E-0000375 | | X | None |
| P-244 | Policy Services Balance Sheet Dec. 31, 2015 | SEC-FTI-E-0000385 - 90 | | X | None |
| P-245 | Policy Services Balance Sheet Dec. 31, 2016 | SEC-FTI-E-0000391 - 96 | | X | None |
| P-246 | Policy Services Balance Sheet Dec. 31, 2017 | SEC-FTI-E-0000397 - 401 | | X | None |
| P-247 | Policy Services Balance Sheet Dec. 31, 2018 | SEC-FTI-E-0000402 - 06 | | X | None |
| P-248 | Policy Services Balance Sheet Dec. 31, 2019 | SEC-FTI-E-0000407 - 11 | | X | None |
| P-249 | Policy Services Balance Sheet Dec. 31, 2020 | SEC-FTI-E-0000412 - 16 | | X | None |
| P-250 | Policy Services Balance Sheet Oct. 14, 2021 | SEC-FTI-E-0000417 - 21 | | X | None |
| P-251 | Policy Services General Ledger Sept. 24, 2015 - Oct. 14, 2021 | SEC-FTI-E-0000422 - 535 | | X | None |
| P-252 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2016 | SEC-FTI-E-0000536 - 37 | | X | None |
| P-253 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2017 | SEC-FTI-E-0000538 - 39 | | X | None |
| P-254 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2018 | SEC-FTI-E-0000540 - 41 | | X | None |
| P-255 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2019 | SEC-FTI-E-0000542 | | X | None |
| P-256 | Policy Services Profit Loss Jan. 1 - Dec. 31, 2020 | SEC-FTI-E-0000543 | | X | None |
| P-257 | Policy Services Profit Loss Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000544 | | X | None |
| P-258 | Policy Services Profit Loss Sept. 24, 2015 - Dec. 31, 2015 | SEC-FTI-E-0000545 | | X | None |
| P-259 | Policy Services Trial Balance Dec. 31, 2016 | SEC-FTI-E-0000546 - 50 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-260 | Policy Services Trial Balance Dec. 31, 2017 | SEC-FTI-E-0000551 - 55 | | X | None |
| P-261 | Policy Services Trial Balance Dec. 31, 2018 | SEC-FTI-E-0000556 - 60 | | X | None |
| P-262 | Policy Services Trial Balance Dec. 31, 2019 | SEC-FTI-E-0000561 - 65 | | X | None |
| P-263 | Policy Services Trial Balance Dec. 31, 2020 | SEC-FTI-E-0000566 -70 | | X | None |
| P-264 | Policy Services Trial Balance Jan. 1 - Oct. 14, 2021 | SEC-FTI-E-0000571 - 74 | | X | None |
| P-265 | Policy Services Trial Balance Sept. 14 - Dec. 31, 2015 | SEC-FTI-E-0000575 - 78 | | X | None |
| P-266 | Kauai Vacation Rental Declaration | SEC-KVRRE-E-0000013 | | X | None |
| P-267 | Kauai Vacation Rental Owner Statement June 30, 2017 | SEC-KVRRE-E-0000014 - 15 | X | | None |
| P-268 | Mueller Wire Receipt re 4330 Kauai Beach Dr. Nov. 14, 2016 | SEC-ORTC-E-0000361 - 62 | | X | None |
| P-269 | Mueller Wire Receipt re 4330 Kauai Beach Dr. Nov. 15, 2016 | SEC-ORTC-E-0000363 - 64 | X | | None |
| P-270 | Mueller Wire Receipt re 4330 Kauai Beach Dr. Nov. 2, 2016 | SEC-ORTC-E-0000365 - 66 | | X | None |
| P-271 | Final Settlement Statement Nov. 28, 2016 | SEC-ORTC-E-0000410 | X | | None |
| P-272 | Concilla email to Mueller attaching engagement letter Apr. 22, 2013 | SEC-PulmanR-E-0000001, 04 - 05 | X | | None |
| P-273 | Concilla email to Mueller re Follow up to Conference Call Apr. 22, 2013 | SEC-PulmanR-E-0000013 - 17 | X | | None |
| P-274 | Life Settlement Certificates | SEC-PulmanR-E-0000245 - 1038 | | X | None |
| P-275 | Life Settlement Certificate, TX120034, Aug 9, 2012 | SEC-PulmanR-E-0000819 - 22 | X | | None |
| P-276 | Life Settlement Certificate, CA120009, Oct. 1, 2014 | SEC-PulmanR-E-0000868 - 77 | X | | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-277 | AMEX Cancellation Letter to Mueller June 22, 2019 | SEC-RFPA-AMEX-E-0001731 | | X | Rule 403 |
| P-278 | x32003 AMEX Statement July 16, 2019 | SEC-RFPA-AMEX-E-0002620 - 27 | | X | Rule 403 |
| P-279 | x41003 AMEX Statement July 19, 2019 | SEC-RFPA-AMEX-E-0002067 - 69 | | X | Rule 403 |
| P-280 | x51001 AMEX Statement July 9, 2019 | SEC-RFPA-AMEX-E-0003373 - 75 | | X | None |
| P-281 | Amex Statement x51001 May 9, 2016 | SEC-RFPA-AMEX-E-0002851 - 57 | X | | None |
| P-282 | Amex Statement x51001 Aug. 9, 2016 | SEC-RFPA-AMEX-E-0002927 - 49 | X | | None |
| P-283 | Amex Statement x51001 Mar. 9, 2017 | SEC-RFPA-AMEX-E-0003067 - 79 | X | | None |
| P-284 | Amex Statement x51001 Apr. 17, 2017 | SEC-RFPA-AMEX-E-0003081 - 89 | X | | None |
| P-285 | Amex Statement x51001 July 9, 2018 | SEC-RFPA-AMEX-E-0003255 - 62 | X | | None |
| P-286 | Amex Statement x51001 Apr. 8, 2019 | SEC-RFPA-AMEX-E-0003351 - 59 | X | | None |
| P-287 | x51001 Amex Statements | SEC-RFPA-AMEX-E-0002631 - 3375 | | X | None |
| P-288 | x51001 Amex Payments | SEC-RFPA-AMEX-E-0001618 - 19 | | X | None |
| P-289 | Amex Statement x51001 Mar. 9, 2016 | SEC-RFPA-AMEX-E-0002809 - 29 | X | | None |
| P-290 | x2385 Wells Fargo Wire Full Transaction Report Aug. 14, 2019 | SEC-RFPA-WFB-E-0005707 | X | | None |
| P-291 | x2385 Wells Fargo Wire Full Transaction Report Oct. 2, 2019 | SEC-RFPA-WFB-E-0005736 | X | | None |
| P-292 | x2385 Wells Fargo Statements May to July 2020 | SEC-RFPA-WFP-E-0003761 - 4046 | | X | None |
| P-293 | x2385 Wells Fargo Statements May 2020 to Feb. 2021 | SEC-RFPA-WFP-E-0004610 - 35 | | X | None |
| P-294 | x2385 Wells Fargo Statements June to Aug. 2021 | SEC-DEEPROOT-E-0231718 – 24, 30-34 | | X | None |
| P-295 | x2385 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFP-E-0003616 - 745 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-296 | x2385 Wells Fargo Deposits July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004559 - 69 | | X | None |
| P-297 | x2385 Wells Fargo Wires Jan. 2014 to May 7, 2021 | SEC-RFPA-WFB-E-0005387 - 914 | | X | None |
| P-298 | x2534 Wells Fargo Muller Withdrawal Slip for $100k Aug. 10, 2017 | SEC-RFPA-WFB-E-0003535 | X | | Rule 403 |
| P-299 | x2534 Wells Fargo deeproot Funds Check 2356 to Kauai Vacation Rentals Mar. 3, 2017 | SEC-RFPA-WFB-E-0003542 | X | | None |
| P-300 | x2534 Wells Fargo Statements Apr. 15, 2015 to July 13, 2020 | SEC-RFPA-WFB-E-0004047 - 275 | | X | None |
| P-301 | x2534 Wells Fargo Statements July 13, 2020 to Mar. 11, 2021 | SEC-RFPA-WFB-E-0005226 - 261 | | X | None |
| P-302 | x2534 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000318 - 297 | | X | None |
| P-303 | x2534 Wells Fargo Check Nov. 2020 | SEC-RFPA-WFB-E-0005184 | | X | None |
| P-304 | x2534 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFB-E-0003746 - 49 | | X | None |
| P-305 | x2534 Wells Fargo Checks/Debits May 2015 to July 2020 | SEC-RFPA-WFB-E-0003495 - 615 | | X | None |
| P-306 | x2534 Wells Fargo Wire May 19, 2014 | SEC-RFPA-WFB-E-0005915 | | X | None |
| P-307 | x2385 and x2534 Wells Fargo Signature Cards | SEC-RFPA-WFB-E-0003754 - 60 | | X | None |
| P-308 | x3081Wells Fargo Wires | SEC-RFPA-WFB-E-0005916 - 19 | | X | None |
| P-309 | x3081 x3099 Wells Fargo Signature Card | SEC-RFPA-WFB-E-0001944 - 1948 | | X | None |
| P-310 | x3081 Wells Fargo Statements May 2015 to July 2020 | SEC-RFPA-WFB-E-0002175 - 2405 | | X | None |
| P-311 | x3081 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000212 -15, 326-29, 205 - 08 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-312 | x3081 Wells Fargo Statements July 2020 to Jan. 2021 | SEC-RFPA-WFB-E-0004636 - 65 | | X | None |
| P-313 | x3081 Wells Fargo Deposits July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004570 - 75 | | X | None |
| P-314 | x3099 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000334 - 354 | | X | None |
| P-315 | x5571 Wells Fargo Sig Card | SEC-RFPA-WFB-E-0004580 - 83 | | X | None |
| P-316 | x5571 Wells Fargo Statements Feb. 2019 to Feb. 2021 | SEC-RFPA-WFB-E-0005262 - 5365 | | X | None |
| P-317 | x5571 Wells Fargo Statements May 2015 to Feb. 2021 | SEC-RFPA-WFB-E-0004697 - 4951 | | X | None |
| P-318 | x5571 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000270 - 73, 302 - 05, 245 - 249 | | X | None |
| P-319 | x5571 Wells Fargo Wires | SEC-RFPA-WFB-E-0005173 - 75 | | X | None |
| P-320 | x5571 Wells Fargo Wires | SEC-RFPA-WFB-E-0005924 - 28 | | X | None |
| P-321 | x6415 Wells Fargo Signature Card | SEC-RFPA-WFB-E-0005222 - 25 | | X | None |
| P-322 | x6415 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-DEEPROOT-E-0231746 - 49, 42 - 45, 37 | | X | None |
| P-323 | x6575 Wells Fargo Sig Card | SEC-RFPA-WFB-E-0001963 - 66 | | X | None |
| P-324 | x6575 Wells Fargo Statements Mar. 2017 to July 2020 | SEC-RFPA-WFB-E-0002629 - 2807 | | X | None |
| P-325 | x6575 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-DEEPROOT-E-0231738 - 41, 13 - 17, 25 - 28, 36 | | X | None |
| P-326 | x6575 Wells Fargo Checks May 2017 to July 2020 | SEC-RFPA-WFB-E-0001536 -650 | | X | None |
| P-327 | x6575 Wells Fargo Checks July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004521 - 30 | | X | None |
| P-328 | x6575 Wells Fargo Deposits Mar. 2017 to July 2020 | SEC-RFPA-WFB-E-0001847 - 60 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---------|-------------|-------------|------------|-----------|----------------------|
| P-329 | x6575 Wells Fargo Wires | SEC-RFPA-WFB-E-0005929 - 5960 | | X | None |
| P-330 | x8461 x8487 Wells Fargo Signature Card | SEC-RFPA-WFB-E-0001938 - 1943 | | X | None |
| P-331 | x8461 Wells Fargo Statements May 2015 to July 2020 | SEC-RFPA-WFB-E-0002808 - 3094 | | X | None |
| P-332 | x8461 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-RFPA-WFB-E-0231755 - 59, 50 - 53, 35 | | X | None |
| P-333 | x8461 Wells Fargo Checks May 2015 to July 2020 | SEC-RFPA-WFB-E-0001651 - 1828 | | X | None |
| P-334 | x8461 Wells Fargo Checks July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0004531 - 4558 | | X | None |
| P-335 | x8461 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFB-E-0001861 - 1927 | | X | None |
| P-336 | x8461 Wells Fargo Wires | SEC-RFPA-WFB-E-0005961 - 64 | | X | None |
| P-337 | x8487 Wells Fargo Wire Full Transaction Report Nov. 15, 2016 | SEC-RFPA-WFB-E-0006003 | X | | None |
| P-338 | x8487 Wells Fargo Wire Full Transaction Report Aug. 10, 2018 | SEC-RFPA-WFB-E-0006045 | X | | None |
| P-339 | x8487 Wells Fargo Statements May 2015 to July 2020 | SEC-RFPA-WFB-E-0003095 - 3270 | | X | None |
| P-340 | x8487 Wells Fargo Statements July 2020 to Feb. 2021 | SEC-RFPA-WFB-E-0005022 - 37 | | X | None |
| P-341 | x8487 Wells Fargo Statements May 2021 to Aug. 2021 | SEC-CORR-E-0000209 - 221 | | X | None |
| P-342 | x8487 Wells Fargo Deposits May 2015 to July 2020 | SEC-RFPA-WFB-E-0001928 - 35 | | X | None |
| P-343 | x8487 Wells Fargo Wires | SEC-RFPA-WFB-E-0005965 - 6086 | | X | None |
| P-344 | x5571 Wells Fargo Deposits Feb. 2019 to Feb. 2021 | SEC-RFPA-WFB-E-0005185 - 212 | | X | None |
| P-345 | Abramson Declaration Sept. 7, 2022 | SEC-SEC-E-00002717 - 20 | | X | None |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---|---|---|---|---|---|
| P-346 | Thompson Declaration Sept. 15, 2022 | SEC-SEC-E-0002508 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403 |
| P-347 | Tax Year 2015 Abramson Engagement Letter Jan. 22, 2016 | SEC-SEC-E-0002702 - 05 | X | | None |
| P-348 | Kane Declaration Sept. 23, 2022 | SEC-SEC-E-0002906 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403 |
| P-349 | Donnelly Declaration Oct. 18, 2022 | SEC-SEC-E-0002984 - 87 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403 |
| P-350 | deeproot Portal - Investors | SEC-SEC-E-0003162 - 3261 | | X | None |
| P-351 | deeproot Portal - Policies Services - Closed Policies | SEC-SEC-E-0003262 | | X | None |
| P-352 | deeproot Portal - Policies Services - Open Policies | SEC-SEC-E-0003265 | | X | None |
| P-353 | Leon Declaration Sept. 14, 2022 | SEC-SEC-E-0002496 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403 |

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---------|-------------|-------------|-----------|-----------|----------------------|
| P-354 | Gray Declaration Oct. 9, 2022 | SEC-SEC-E-0002959 | | X | Hearsay; conclusory; lack of foundation; assumes facts not in evidence; Rule 702; improper legal conclusion; Rule 403 |
| P-355 | Saint Mary's Hall Declaration | SEC-SMH-E-0000111 | | X | None |
| P-356 | Saint Mary's Hall Transaction Records | SEC-SMH-E-0000026 - 52, 55-57, 59 | X | | None |
| P-357 | Spradlin Memo to Mueller June 11, 2022 | SEC-SpradlinN-E-0000123 | X | | None |
| P-358 | Spradlin Resignation Letter July 9, 2020 | SEC-SpradlinN-E-0000124 | X | | None |
| P-359 | Spradlin Resume | SPRADLIN0001 - 02 | | X | None |
| P-360 | x4336 x6407 x7059 USAA Records Feb. 2014 to Feb. 2021 | SEC-USAA-E-0000030 - 1027 | | X | None |
| P-361[1] | Amex Statement x51001 Sept. 7, 2018 | SEC-RFPA-AMEX-E-0003273 - 82 | | | None |
| P-362 | Amex Statement x51001 Apr. 8, 2016 | SEC-RFPA-AMEX-E-0002831 - 49 | | | None |
| P-363[2] | Robert Mueller Employee Earning Record | SEC-PAYCHEX-E-0000220 - 32 | | | None |
| P-364 | Summary: Investments in 575 Fund and dGRD Fund | | X | | None |
| P-365 | Summary: Insurance Policies Purchased by Policy Services | | X | | None |
| P-366 | Summary: Payments to Investors | | X | | Rule 403; see *Motion in Limine* |

---

[1] Exhibits P-361 and P-362 were not separately marked as exhibits when the SEC filed its Exhibit List on October 6, 2023, but were included in P-287.

[2] Exhibit P-363 – P-375 were not included in the exhibit list the SEC filed on October 6, 2023.

| Ex. No. | Description | Bates Label | Will Offer | May Offer | Defendant Objections |
|---------|-------------|-------------|------------|-----------|----------------------|
| P-367 | Summary: Payment of Mueller's Personal Expenses | | X | | Rule 403; see *Motion in Limine*[3] |
| P-368 | Summary: Robert Mueller Compensation | | X | | Rule 403; see *Motion in Limine* |
| P-369 | Secured Promissory Notes for Basha Policy, Nov. 1, 2018 | SEC-DEEPROOT-E-0222177 - 83 | | X | None |
| P-370 | Policy Relinquishment and Loan Satisfaction Agreement for Basha Policy, Apr. 8, 2019 | SEC-DEEPROOT-E-0104324 - 34 | | X | None |
| P-371 | Factright, 575 Fund Report, Mar. 1, 2018 | SEC-FACTRIGHT-E-0000530-57 | | X | None |
| P-372 | Factright, dGRD Fund Report, Mar. 1, 2018 | SEC-FACTRIGHT-E-0000558-86 | | X | None |
| P-373 | Factright, 575 Fund Report, Oct. 25, 2019 | SEC-FACTRIGHT-E-0000587-615 | | X | None |
| P-374 | Factright, dGRD Fund Report, Oct. 25, 2019 | SEC-FACTRIGHT-E-0000616-644 | | X | None |
| P-375 | Amended Answer, Dkt. No. 75 | | | X | Hearsay |

[3] Exhibit P-367 is being revised by the SEC in an attempt to resolve these objections.  The parties will continue to confer regarding this exhibit once it is revised.