# Appendix B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>Defendants,<br><br>-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,<br><br>Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**DEFENDANT ROBERT J. MUELLER'S**
**DESIGNATION OF POTENTIAL EXHIBITS**

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-1 | Deeproot Presentation | | DEEPROOT FUNDS_005713-39 (Depo Ex. 4) | None |
| D-2 | Deeproot the575 2019 PPM – Class B Membership Shares | 09/16/2019 | SEC-DEEPROOT-E-0164824-41 (Depo Ex. 5) | None |
| D-3 | Intentionally left blank. | | | |
| D-4 | Email from Mueller to Dandridge regarding Nov. updates | 11/10/2020 | SEC-DEEPROOT-E-0025419-23 (Depo Ex. 8) | None |

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-5 | Scott Allen resume | | SEC-EMAILS-E-0012926-27 (Depo Ex. 9) | None |
| D-6 | the575 Application and Subscription Agreement for John Gray | 08/07/2019 | DEEPROOT FUNDS_002274-84 (Depo Ex. 10) | None |
| D-7 | letter to 575P Investor | 09/30/2020 | SEC-DEEPROOT-E-0008354 (Depo Ex. 11) | None |
| D-8 | Employee Bonus Agreement | 08/09/2019 | SEC-AllenS-E-000037 (Depo Ex. 12) | None |
| D-9 | Big Picture Discussion List | | SEC-AllenS-E-0000009-14 (Depo Ex. 13) | None |
| D-10 | Scott Allen Memo | 05/27/2020 | SEC-AllenS-E-0000046-51 (Depo Ex.14) | Hearsay |
| D-11 | Emails between Mueller and Allen regarding Andrew Cherones | 10/06/2020 | SEC-DEEPROOT-E-0126910-13 (Depo Ex. 15) | None |
| D-12 | Slack Message from Scott Allen regarding resignation | 10/07/2020 | SA-000014-15 (Depo Ex. 17) | None |
| D-13 | Memo from Allen to Mueller regarding resignation | 10/07/2020 | SEC-AllenS-E-0000079-80 (Depo Ex. 18) | None |
| D-14 | Allen resignation letter | 10/07/2020 | SEC-AllenS-E-000081 (Depo Ex. 22) | None |
| D-15 | Investment Portfolio Narrative 2020.B2 | | SEC-DEEPROOT-E-0013223-36 (Depo Ex. 25) (MSJR Ex. A-12) | None |
| D-16 | Email Concilla to Mueller attaching engagement letter | 04/22/2013 | SEC-PulmanR-E-0000001, 04-05 (Depo Ex. 27 / MSJR Ex. A-11) | None |
| D-17 | Emails between Mueller, Federico and Concilla regarding PPM | 05/12/2015 | MUELLER 002186-88 (Depo Ex. 32) | None |
| D-18 | Emails between Mueller and Concilla regarding policies and blind pool | | MUELLER 002306-09 (Depo Ex 33) | None |

2

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-19 | Emails between Mueller and Concilla regarding information needed for BGD5, BRD3 and INC3 | 08/21/2015 | MUELLER 002715-17 (Depo Ex. 35) | None |
| D-20 | September 1, 2015 the575 PPM | 09/01/2015 | SEC-DEEPROOT-E-0014497-12 (Depo Ex. 36) | None |
| D-21 | Emails between Wik and Mueller re: paper | 03/20/2017 | SEC-DEEPROOT-E-0210796-808 (Depo Ex. 37) | None |
| D-22 | Investment Allocation Agreement | 03/23/2017 | SEC-DEEPROOT-E-0213963-66 (Depo Ex 38) | None |
| D-23 | Nathan Spradlin resume | | SPRADLIN 00001-02 (Depo Ex. 44) | Hearsay |
| D-24 | Email from Cary Mueller to Colleagues regarding the575 applications | 02/10/2017 | SEC-DEEPROOT-E-0061786-87 (Depo Ex. 45) | None |
| D-25 | Email from Russell Putman to Scott Allen re FactRight deeproot reviews | 10/21/2019 | SEC-DEEPROOT-E-0152501-60 (Depo Ex. 46 / MSJR Ex. A-12) | None |
| D-26 | Email from Mueller to Russell Putnam re FactRight report | 10/24/2019 | SEC-FACTRIGHT-E-00004646-88 (Depo Ex. 47) | None |
| D-27 | Email from Spradlin to Blaine McLaughlin re Folio platform | 09/24/2018 | SEC-DEEPROOT-E-0114305-07 (Depo Ex. 48) | None |
| D-28 | Email from JP Parker to Spradlin regarding Folio login for Spradlin | 11/19/2019 | SEC-DEEPROOT-E-0064860 (Depo Ex. 49) | None |
| D-29 | Emails between JP Parker and Spradlin regarding subscriptions | 12/11/2019 | SEC-DEEPROOT-E 0099771-72 (Depo Ex. 50) | None |
| D-30 | Employee file memo from Mueller regarding Spradlin | 05/27/2020 | MUELLER 002974-75 (Depo Ex. 51) | Completeness (106). Memo refers to a spreadsheet that is not attached. *See, e.g.*, D-10 (similar memo, same date, attaching spreadsheet). |
| D-31 | Letter from Spradlin to Mueller | 06/11/2020 | SEC-SpradlinN-E-0000123 (Depo Ex. 52) | None |

3

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-32 | Spradlin resignation letter | 07/09/2020 | SEC-SpradlinN-E-0000124 (Depo Ex. 53) | None |
| D-33 | Supporting documents for preparing Policy Services' 2014 Tax Return | 2014 | SEC-AAC-E-0000031-122 (Depo Ex. 57) | Relevance (403) |
| D-34 | 2014 Tax Return for Policy Services | 2014 | SEC-AAC-E-0000144-69 (Depo Ex. 58) | Relevance (403) |
| D-35 | Emails between Mueller and Abramson re 1099s | 01/11/2016 | SEC-DEEPROOT-E-0187630-32 (Depo Ex. 59) | None |
| D-36 | Abramson & Wildman engagement letter to Mueller | 01/22/2016 | SEC-SEC-E-0002702-05 (Depo Ex. 60) | None |
| D-37 | Emails between Mueller and Abramson re 1099-DIV | 04/05/2016 | SEC-DEEPROOT-E-0209999-210003 (Depo Ex. 61) | None |
| D-38 | Emails between Mueller and Abramson re 1099-DIV | 04/05/2016 | SEC-DEEPROOT-E-210005-10 (Depo Ex. 62) | None |
| D-39 | Abramson & Wildman disengagement letter to Mueller | 07/07/2016 | SEC-AAC-E-0000226 (Depo Ex. 63) | None |
| D-40 | Email from Abramson to Mueller re 1099-DIV issue | 04/05/2016 | Color version of SEC-DEEPROOT-E-0209999-210003 (Depo Ex. 73) | None |
| D-41 | Email from Jack Richey to Mueller (cc: Rushforth) attaching presentation | 06/28/2017 | SEC-DEEPROOT-E-0089679 (Depo Ex. 74) | Relevance (403) |
| D-42 | Ideal Control System and Hardware Proposal presentation | 06/23/2017 | SEC-DEEPROOT-E-0089688-706 (Depo Ex. 75) | Relevance (403) |
| D-43 | Talking Points | | SEC-DEEPROOT-E-0089680-86 (Depo Ex. 76) | Relevance (403) |
| D-44 | Email from Rushforth to Mueller regarding banana lift and other projects | 06/30/20217 | SEC-DEEPROOT-E-0089850 (Depo Ex. 77) | Relevance (403) |
| D-45 | Banana lift document | | SEC-DEEPROOT-E-0089869-72 (Depo Ex. 78) | Relevance (403) |

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-46 | Pinball Leveling Documentation | | SEC-DEEPROOT-E-0089851-65 (Depo Ex. 79) | Relevance (403) |
| D-47 | Purchase Agreement | 12/30/2020 | SEC-DEEPROOT-E-00008342-52 (Depo Ex. 80) | None |
| D-48 | Licensing and Marketing Deck 2017 | | SEC-DEEPROOT-E-00197919-30 (Depo Ex. 81) | Relevance (403) |
| D-49 | Email from Bridget Homan to Rushforth attaching RAZA Preliminary BOM spreadsheet | 05/09/2019 | SEC-DEEPROOT-E-0090862 (Depo Ex. 82) | Relevance (403) |
| D-50 | RAZA Preliminary BOM spreadsheet | | SEC-DEEPROOT-E-0090863 (Depo Ex. 83) | Relevance (403) |
| D-51 | Slack messages | 05/03/2021 | MUELLER 002870 (Depo Ex. 84) | Relevance (403) |
| D-52 | June 2021 - May 2022 Projected Budget | | MUELLER 002864-69 (Depo Ex. 85) | Foundation (901); Relevance (403) |
| D-53 | deeproot Tech / deeproot Pinball Disclosure UPDATED | | DEEPROOT FUNDS 005379-83 (Depo Ex. 86) | None |
| D-54 | Mueller's Expert Designations | 04/06/2023 | (Depo Ex.87 / MSJ Resp. Ex. A-15) | Hearsay (803) |
| D-55 | Email from Mueller to Concilla (cc: Federico) attaching deeproot-GRD documents | 01/08/2015 | MUELLER 001441-1553 (Depo Ex. 88) | None |
| D-56 | Email from Mueller to Concilla (cc: Federico) attaching the575 documents | 01/08/2015 | MUELLER 001554-1664 (Depo Ex. 89) | None |
| D-57 | Email from Concilla to Mueller re revised dGRD PPM | 08/12/2015 | MUELLER 002649-67 (Depo Ex. 91) | None |
| D-58 | Email from Concilla to Mueller re 575 done | 09/01/2015 | MUELLER 002813-14 (Depo Ex. 92) | None |
| D-59 | Email from Concilla to Mueller re investor presentation | 09/24/215 | MUELLER 002853 (Depo Ex. 93) | None |
| D-60 | Deeproot investment presentation | | MUELLER 002816-51 (Depo Ex. 94) | None |
| D-61 | Declaration of Dennis Concilla | | MUELLER 002862-63 (Depo Ex. 101) | Hearsay (803) |

5

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-62 | Email from Concilla to Mueller attaching final docs for 5 year fund | 02/20/2014 | MUELLER-CPM 0000063-88 (Depo Ex. 102) | None |
| D-63 | Emails between Concilla, Mueller, Russell Hagan, Federico, and Michael Smith regarding Reg D and unqualified funds | 03/18/2014 | MUELLER-CPM 000177-79 (Depo Ex. 103) | None |
| D-64 | Email between Mueller and Concilla regarding deeproot 3 Year Trending Tech Debenture Fund, LLC filings | 03/27/2015 | MUELLER-CPM 001545-46 (Depo Ex. 106) | None |
| D-65 | Email from Mueller to Concilla and Federico attaching summary documents for project | 04/02/2015 | MUELLER-CPM 001547-61 (Depo Ex. 107) | None |
| D-66 | Emails between Mueller, Concilla and Federico re 3-year tech fund | 04/07/2015 | MUELLER-CPM 001562-63 (Depo Ex. 108) | None |
| D-67 | Email from Mueller to Concilla and Federico regarding first major draft of GRD Term Sheet | 07/23/2015 | MUELLER-CPM 001706-10 (Depo Ex. 109) | None |
| D-68 | Emails between Federico and Concilla attaching latest of S-1 | 02/05/2015 | MUELLER-CPM 001428-76 (Depo Ex. 112) | None |
| D-69 | Contingent Pledge and Security Agreement between deeproot entities | 11/20/2020 | SEC-DEEPROOT-E-00213967-79 (MSJ Resp. Ex. A-13) | Foundation (901). Mr. Mueller previously testified that "I don't have a recollection of the purpose of this agreement," although he was able to state "the agreement is authentic and legitimate." Mueller Investigation Tr. 179:6-9, June 23, 2021. |
| D-70 | Email from Kristen Warden to Jay Hulings and Jason Davis attaching Expert Report of Bill Post | 03/17/2023 | (MSJ Resp. Ex. A-14) | Hearsay (803); Relevance (403) |
| D-71 | SEC's Initial Disclosures | 04/15/2022 | (MSJ Resp. Ex. A-16) | None |

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-72 | SEC's Amended Initial Disclosures | 11/14/2022 | (MSJ Resp. Ex. A-17) | None |
| D-73 | Mueller's Response to Plaintiff's First Set of Interrogatories | 08/19/2022 | (MSJ Resp. Ex. A-18) | Hearsay (803) |
| D-74 | the575 Application and Subscription Agreement for James Donnelly | 05/10/2019 | DEEPROOT_FUNDS 001911-18 | None |
| D-75 | the575 Application and Subscription Agreement for Robert Kane | 02/12/2017 | DEEPROOT_FUNDS 003189-98 | None |
| D-76 | the575 Application and Subscription Agreement for Sandra Thompson | 08/30/2016 | MUELLER 002876-84 | None |
| D-77 | the575 Application and Subscription Agreement for Sandra Thompson | 10/25/2016 | MUELLER 002885-92 | Foundation (901); Relevance (403) |
| D-78 | FactRight Due Diligence Report for the575 | March 2018 | SEC-FACTRIGHT-E-00000004-30 | Foundation (901). Not clear if this is a final or draft report. |
| D-79 | Intentionally left blank. | | | |
| D-80 | FactRight Due Diligence Report for dGRD | March 2018 | SEC-FACTRIGHT-E-00000223-50 | Foundation (901). Not clear if this is a final or draft report. |
| D-81 | Intentionally left blank. | | | |
| D-82 | Email between Tom Andrew and Robert Mueller regarding sale for value of Basha policy | 04/02/2019 | CYCL00006116-17 | None |
| D-83 | Email between SEC and Davis & Santos refusing to toll filing of Complaint | 08/19/2021 | MUELLER 002860-61 | Foundation (901); Hearsay (803); Relevance (403); Speculation (701); Legal Conclusion (703) |
| D-84 | Pre-suit interview transcript of Scott Allen | 05/24/2021 | -- | Hearsay (803) |
| D-85 | Pre-suit interview transcript for Andrew Thomas | 05/27/2021 | -- | Hearsay (803) |
| D-86 | Pre-suit interview transcript for Cary Mueller | 06/04/2021 | -- | Hearsay (803) |
| D-87 | Pre-suit interview transcript for Nathan Spradlin | 06/09/2021 | -- | Hearsay (803) |

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-88 | Pre-suit interview transcript for John Mark Richardson | 06/11/2021 | -- | Hearsay (803) |
| D-89 | Pre-suit interview transcript of Robert Mueller, Vol. 1 | 06/23/2021 | -- | Hearsay (803) |
| D-90 | Pre-suit interview transcript of Robert Mueller, Vol. 2 | 06/24/2021 | -- | Hearsay (803) |
| D-91 | Declaration of Kenneth Abramson | 09/07/2022 | SEC-SEC-E-0002717-20 | None |
| D-92 | Declaration of Gerald R. Wik | 09/07/2022 | SEC-SEC-E-0002500-53 | None |
| D-93 | Declaration of George C. Williams | 09/13/2022 | SEC-SEC-E-0002551-53 | None |
| D-94 | Declaration of Brad Alan Leon | 09/14/2022 | SEC-SEC-E-0002517-20 | Hearsay (803); Foundation (901) |
| D-95 | Declaration of Sandra Thompson | 09/15/2022 | SEC-SEC-E-0002508-11 | None |
| D-96 | Declaration of Robert Kane | 09/25/2022 | SEC-SEC-E-0002946-49 | None |
| D-97 | Declaration of John Gray | 10/09/2022 | SEC-SEC-E-002959-62 | None |
| D-98 | Declaration of James Donnelly | 10/18/2022 | SEC-SEC-E-0002984-87 | None |
| D-99 | Declaration of Phillip Forret | 11/04/2022 | SEC-SEC-E-0002979-81 | None |
| D-100 | Photos of Facilities and Machines | | MUELLER 002893-99 | Foundation (901); Relevance (403) |
| D-101 | Photo Fire Brimstone machine model | | MUELLER 002900 | Foundation (901); Relevance (403) |
| D-102 | Photo RAZA machines | | MUELLER 002901 | Foundation (901); Relevance (403) |
| D-103 | Video of RAZA walkthrough | | MUELLER 002960 | Hearsay (803); Foundation (901); Relevance (403) |
| D-104 | Video of RAZA prototype gameplay at Houston Arcade Expo | | MUELLER 002965 | Hearsay (803); Foundation (901); Relevance (403) |
| D-105 | Video of Goonie's gameplay sample | | MUELLER 002961 | Foundation (901); Relevance (403) |
| D-106 | Video of MachineAge graphics | | MUELLER 002962 | Foundation (901); Relevance (403) |
| D-107 | Chris Turner video - Pinside Pinball Mystery Whodunnit! | | MUELLER 002963 | Hearsay (803); Foundation (901); Relevance (403) |

| Ex. No. | Description | Date | Bates Label | SEC's Objections |
|---|---|---|---|---|
| D-108 | Chris Turner video - Top 5 Questions about Turner Pinball | | MUELLER 002964 | Hearsay (803); Foundation (901); Relevance (403) |
| D-109 | *This Week in Pinball* Article - FIRST LOOK: deeproot Pinball's Retro Atomic Zombie Adventureland, plus Interviews with John Popadiuk, Steven Bowden, and Robert Mueller | 11/14/2019 | MUELLER 002902-10 | Hearsay (803); Hearsay within Hearsay (803); Relevance (403) |
| D-110 | *Pinball Subpernova* article – News: Deeproot Finally Unveils Retro Atomic Zombie Adventureland Prototype Pinball | 11/15/2019 | MUELLER 002966-69 | Hearsay (803); Hearsay within Hearsay (803); Relevance (403) |
| D-111 | *Pinball News* article: Retro Atomic Zombie Adventureland | 11/15/2019 | MUELLER 002970-73 | Hearsay (803); Relevance (403) |
| D-112 | *This Week in Pinball* Article - THIS WEEK IN PINBALL: December 23rd, 2019 | 12/23/2019 | MUELLER 002911-22 | Hearsay (803); Relevance (403) |
| D-113 | *This Week in Pinball* Article - THIS WEEK IN PINBALL: March 16th, 2020 | 03/16/2020 | MUELLER 002923-28 | Hearsay (803); Hearsay within Hearsay (803); Relevance (403) |
| D-114 | *This Week in Pinball* Article - Avengers Reveal Videos, deeproot Announces Launch Date, Raymond Davidson Interview, and the Pinball Pig | 09/14/2020 | MUELLER 002929-38 | Hearsay (803); Hearsay within Hearsay (803); Relevance (403) |
| D-115 | *This Week in Pinball* Article - deeproot RAZA Gameplay Reveal, ReplayFX/PAPA/ Pinburgh/WIPT Cancelled Permanently, Star Wars Comic Art, Alien Pinball Teasers | 11/23/2020 | MUELLER 002939-53 | Hearsay (803); Relevance (403) |
| D-116 | *Express News* Article – World ranked pinball wizard is reviving the game | 09/25/2020 | MUELLER 002954-59 | Hearsay (803); Hearsay within Hearsay (803); Relevance (403) |