# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | SA-21-CV-00785-XR |
| Plaintiff, | |
| -vs- | |
| ROBERT J MUELLER, DEEPROOT RE 12621 SILICON DR LLC, RELIEF DEFENDANT; AND DEEPROOT SPORTS & ENTERTAINMENT LLC, RELIEF DEFENDANT, | |
| Defendants. | |

## PROPOSED ORDER

This matter came before the Court on Third Party Nathan Spradlin's Motion to Quash Subpoena under Fed. R. Civ. P. 45(d). Based upon all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED THAT** the Motion to Quash Subpoena is **GRANTED** in its entirety and Third-Party Nathan Spradlin is not required to appear live for trial testimony in this case. The November 15, 2023 trial subpoena served on Mr. Spradlin is hereby quashed in its entirety and Mr. Spradlin is no longer under any legal obligation to appear in this Court or matter.

Dated: _____                    _____

                                                                                             Judge of U.S. District Court