# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>ROBERT J MUELLER, DEEPROOT RE 12621 SILICON DR LLC, RELIEF DEFENDANT; AND DEEPROOT SPORTS & ENTERTAINMENT LLC, RELIEF DEFENDANT;<br>　　　　*Defendants* | §§§§§§§§§§§§ | SA-21-CV-00785-XR |

## ORDER FOR ADVISORY

On this day the Court considered the status of this case. At a November 29, 2023 pretrial conference, the Court granted the parties' agreed motion for continuance of trial date. The Court proposed scheduling a new trial date for March 25, 2024. A conflict with a criminal trial now requires the Court to reschedule this trial date.

Accordingly, the parties are **ORDERED** to meet and confer to determine a new proposed trial date, and advise Courtroom Deputy Sylvia Ann Fernandez of the parties' proposed dates within **TEN** (10) days of this Order.

It is so **ORDERED**.

**SIGNED** this 25th day of January, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE