**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

<table>
<tr><td>

**SECURITIES AND EXCHANGE
COMMISSION,**

      **Plaintiff,**

         **-against-**

**ROBERT J. MUELLER, DEEPROOT FUNDS
LLC (a/k/a dprt Funds, LLC), AND POLICY
SERVICES INC.,**

      **Defendants,**

         **-and-**

**DEEPROOT TECH LLC, DEEPROOT
PINBALL LLC, DEEPROOT STUDIOS LLC,
DEEPROOT SPORTS & ENTERTAINMENT
LLC, AND DEEPROOT RE 12621 SILICON DR
LLC,**

      **Relief Defendants.**

</td><td>

**Civil Action No.:  5:21-cv-785-XR**

</td></tr>
</table>

**PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S
<u>DESIGNATION OF POTENTIAL WITNESSES</u>**

Pursuant to the Court's Scheduling Order, ECF No. 140, Plaintiff Securities and

Exchange Commission submits the below list of witnesses it expects to call and may call at the

trial of this matter.

**I.      WITNESSES THE SEC EXPECTS TO PRESENT**

1.  Scott Allen
    3009 Quail Hollow
    McKinney, TX 75072
    (801) 669-2784

2.  Jeffrey Anderson
    SEC employee and summary witness, contact through counsel

3.  Dennis Concilla, Esq.
    c/o Monica Sansalone, Esq.
    Gallagher Sharp LLP
    1215 Superior Ave., 7th Floor
    Cleveland, OH 44114
    (216) 522-1154

4.  Andrew Federico, Esq.
    c/o Monica Sansalone, Esq.
    Gallagher Sharp LLP
    1215 Superior Ave., 7th Floor
    Cleveland, OH 44114
    (216) 522-1154

5.  John Gray
    205 Viticole Lane
    Little Rock, AK 72223
    (713) 705-7973

6.  Brenda Jennings
    11515 Fawnway Dr.
    Houston, TX 77048
    (713) 898-1298

7.  Brad Leon
    620 Vista View Drive
    Ashville NC 28803-8572
    (828) 273-0205

8.  Charles McClain
    601 W FM 117
    Dilley, Texas 78017-3407
    (830) 965-2139

9.  Robert Mueller

10. Bill Post
    50 California Street, Suite 1900
    San Francisco, CA 94111
    SEC expert, contact through counsel

**II.    WITNESSES THE SEC MAY PRESENT**

1.  Charlotte Acker
    2313 Brittany Grace
    New Braunfels, TX 78130-8937
    (325) 388-8460
    (210) 862-9622

2.  Lauren R. "Becca" Adams
    12019 Trewell Glen
    San Antonio, TX 78249
    (843) 903-2854

3.  Thomas Andrew
    c/o Thomas D. Sherman, Esq.
    Locke Lord, LLP
    Terminus 200, Suite 1200
    3333 Piedmont Road, N.E.
    Atlanta, GA 30305
    (404) 870-4672

4.  Carlotta Grice
    17819 Scrub Oak Dr.
    Richmond, Texas 77407
    (832) 423-0530

5.  Patrick Lowe
    c/o Randy Pulman
    Pulman, Cappuccio & Pullen, LLP
    2161 NW Military Highway, Suite 400
    San Antonio, TX 78213
    (210) 222-9494

6.  Russell Putnam
    FactRight
    7500 Flying Cloud Dr., Suite 755
    Eden Prairie, MN 55344

7.  Nathan Spradlin
    c/o Andrew R. Shedlock, Esq.
    Kutak Rock LLP
    60 South Sixth Street, Suite 3400
    Minneapolis, MN 55402-4018
    (612) 334-5022

8. Chris Turner
   c/o J.D. Pauerstein, Esq.
   Rosenthal Pauerstein Sandoloski Agather LLP
   755 East Mulberry, Suite 200
   San Antonio, TX  78212
   (210) 225-5000

9. Representatives from the following entities:[1]

   a.  Cycladic International

   b.  deeproot Funds or other related corporate entities

   c.  Factright, LLC

   d.  The Valhalla Group

   e.  Wells Fargo

This witness list is based on the current status of this matter including the Court's rulings on the parties' motions *in limine* that excluded potential testimony from witnesses named on the parties' previous witness lists. The SEC reserves the right to supplement, correct, or clarify its list of trial witnesses or to withdraw the designation of any witness, particularly in light of any future decision or order of this Court. The SEC further reserves the right to call as a witness and/or elicit testimony from, on either direct or cross-examination, all witnesses listed as trial

---

[1] The SEC plans to offer documents into evidence from these and other entities pursuant to Federal Rules of Evidence 803(6), 902(11), and 902(13). Prior to the December 4, 2023, trial date, the parties met and conferred and resolved most of the parties' objections to the admission of evidence pursuant to Rules 803(6), 902(11), and 902(13). *See* Proposed Joint Pretrial Order, Appendixes A and B, ECF Nos. 129-1 and 129-2 (identifying exhibits to which neither party objected). This list of potential corporate representative witnesses is limited to only business entities that produced documents that the SEC marked as trial exhibits and that defendant Mueller has previously objected on the grounds of foundation and/or hearsay. The SEC reserves the right to add additional corporate representative witnesses if defendant Mueller makes additional objections on foundational or hearsay grounds. The SEC expects the parties will meet and confer regarding the admissibility of the few remaining objections eliminating the need to call most, if not all, of these corporate representatives.

witnesses by the defendant and any other witnesses from whom the defendant is permitted to elicit testimony.


Dated: April 19, 2024

Respectfully submitted,

*/s/ Charlie L. Divine*
Charlie L. Divine, Trial Counsel
Kristen M. Warden, Trial Counsel
Fernando Campoamor, Trial Counsel
David Nasse, Supervisory Trial Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-6673 (Divine)
(202) 551-4661 (Warden)
(202) 551-8523 (Campoamor)
(202) 551-4426 (Nasse)
divinec@sec.gov
wardenk@sec.gov
campoamorsanchezf@sec.gov
nassed@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*

## **CERTIFICATE OF SERVICE**

I certify that on April 19, 2024, a true and correct copy of this Witness List was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

*/s/ Charlie L. Divine*
Charlie L. Divine

*Counsel for Plaintiff United States Securities and Exchange Commission*