**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>　　**Plaintiff,**<br><br>　　　**-against-**<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>　　**Defendants,**<br><br>　　　**-and-**<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,**<br><br>　　**Relief Defendants.** | **Civil Action No.:  5:21-cv-785-XR** |

<u>**DEFENDANT ROBERT J. MUELLER'S OBJECTIONS TO PLAINTIFF'S DESIGNATION OF POTENTIAL WITNESSES**</u>

TO THE HONORABLE COURT:

　　Pursuant to Fed. R. Civ. P. 26(a)(3) and the Court's Sixth Amended Scheduling Order (ECF No. 140), Defendant Robert J. Mueller submits the following objections to Plaintiff Security and Exchange Commission's (the "**SEC**") Designation of Potential Witnesses. To the extent these objections have already been ruled on in prior proceedings, they are being made solely for the purposes of preservation.

## I.      WITNESSES THE SEC EXPECTS TO PRESENT

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
| 1. | Scott Allen<br>3009 Quail Hollow<br>McKinney, TX 75072<br>(801) 669-2784 | None. |
| 2. | Jeffrey Anderson<br>SEC employee and summary witness,<br>contact through counsel | Undisclosed witness not listed on any disclosures. |
| 3. | Dennis Concilla, Esq.<br>c/o Monica Sansalone, Esq.<br>Gallagher Sharp LLP<br>1215 Superior Ave., 7th Floor<br>Cleveland, OH 44114<br>(216) 522-1154 | None. |
| 4. | Andrew Federico, Esq.<br>c/o Monica Sansalone, Esq.<br>Gallagher Sharp LLP<br>1215 Superior Ave., 7th Floor<br>Cleveland, OH 44114<br>(216) 522-1154 | None. |
| 5. | John Gray<br>205 Viticole Lane<br>Little Rock, AK 72223<br>(713) 705-7973 | None. |
| 6. | Brenda Jennings<br>11515 Fawnway Dr.<br>Houston, TX 77048<br>(713) 898-1298 | Undisclosed witness not listed on any disclosures. |
| 7. | Brad Leon<br>620 Vista View Drive<br>Ashville NC 28803-8572<br>(828) 273-0205 | None. |
| 8. | Charles McClain<br>601 W FM 117<br>Dilley, Texas 78017-3407<br>(830) 965-2139 | Undisclosed witness not listed on any disclosures. |
| 9. | Robert Mueller | None. |
| 10. | Bill Post<br>50 California Street, Suite 1900<br>San Francisco, CA 94111<br>SEC expert, contact through counsel | None. |

## II.    WITNESSES THE SEC MAY PRESENT

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
| 1. | Charlotte Acker<br>2313 Brittany Grace<br>New Braunfels, TX 78130-8937<br>(325) 388-8460<br>(210) 862-9622 | None. |
| 2. | Lauren R. "Becca" Adams<br>12019 Trewell Glen<br>San Antonio, TX 78249<br>(843) 903-2854 | None. |
| 3. | Thomas Andrew<br>c/o Thomas D. Sherman, Esq.<br>Locke Lord, LLP<br>Terminus 200, Suite 1200<br>3333 Piedmont Road, N.E.<br>Atlanta, GA 30305<br>(404) 870-4672 | None. |
| 4. | Carlotta Grice<br>17819 Scrub Oak Dr.<br>Richmond, Texas 77407<br>(832) 423-0530 | Undisclosed witness not listed on any disclosures. |
| 5. | Patrick Lowe<br>c/o Randy Pulman<br>Pulman, Capcuccio & Pullen, LLP<br>2161 NW Military Hwy, Suite 400<br>San Antonio, TX 78213<br>(210) 222-9494 | None. |
| 6. | Russell Putnam<br>FactRight<br>7500 Flying Cloud Dr., Suite 755<br>Eden Prairie, MN 55344 | None. |
| 7. | Nathan Spradlin<br>c/o Andrew R. Shedlock, Esq.<br>Kutak Rock LLP<br>60 South Sixth Street, Suite 3400<br>Minneapolis, MN 55402-4018<br>(612) 334-5022 | None. |
| 8. | Chris Turner<br>c/o J.D. Pauerstein, Esq.<br>Rosenthal Pauerstein Sandoloski<br>Agather LLP<br>755 East Mulberry, Suite 200<br>San Antonio, TX 78212 | None. |

| NO. | NAME AND CONTACT INFORMATION | DEFENDANT'S OBJECTIONS |
|---|---|---|
| | (210) 225-5000 | |
| 9. | Representatives from the following entities: | None. |
| a. | Cycladic International | None. |
| b. | deeproot Funds or other related corporate entities | None. |
| c. | Factright, LLC | None. |
| d. | The Valhalla Group | None. |
| e. | Wells Fargo | None. |

Dated:  May 3, 2023

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ Caroline Newman Small*
    Jason M. Davis
    State Bar No. 00793592
    Email:  jdavis@dslawpc.com
    Caroline Newman Small
    State Bar No. 24056037
    Email:  csmall@dslawpc.com
    719 S. Flores Street
    San Antonio, Texas 78204
    Tel: (210) 853-5882
    Fax: (210) 200-8395

    ***Counsel for Defendant Robert J. Mueller***

## CERTIFICATE OF SERVICE

I certify that on May 3, 2024, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ Caroline Newman Small*
Caroline Newman Small