# Exhibit A



```
                                                          FILED
                                                     TARRANT COUNTY
                                                    3/20/2024 11:23 AM
                                                     THOMAS A. WILDER
                                                      DISTRICT CLERK
```

CAUSE NO. 348-350556-24

| | | |
|---|---|---|
| IN RE ALBERT GORDON | § § § § § | IN THE DISTRICT COURT<br><br>TARRANT COUNTY, TEXAS<br><br>348TH JUDICIAL DISTRICT |

---

### ORDER SETTING CAUSE FOR TRIAL
_____

Pursuant to Tex. R. Civ. P. 245, the Court finds that this cause should be set for trial. **Therefore, it is ORDERED that this cause is set for non-jury trial for the week of March 10, 2025.**

If all parties/attorneys desire a different trial setting, an agreed order with the new trial date contained therein should be submitted to the Court.

SIGNED March 20, 2024.

_____
Megan Fahey, Judge Presiding

**Order Setting Cause for Trial – Solo Page**

Copy from re:SearchTX

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 85752220
Filing Code Description: No Fee Documents
Filing Description: Order Setting Case for Trial
Status as of 3/20/2024 11:27 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Joseph Barrientos | | jbarrientos-svc@tjhlaw.com | 3/20/2024 11:23:23 AM | SENT |

Associated Case Party: ALBERTGORDON

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Albert Gordon | | sophia.gordon19@yahoo.com | 3/20/2024 11:23:23 AM | ERROR |

Copy from re:SearchTX