IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>   Defendants,<br><br>   -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC, AND ROBERT J. MUELLER, JEFFREY L. MUELLER, AND BELINDA G. BREEN, AS CO-TRUSTEES OF THE MB HALE OHANA REVOCABLE TRUST,<br><br>   Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

### [PROPOSED] ORDER GRANTING DEFENDANT ROBERT J. MUELLER'S MOTION TO EXTEND THE REMAINING PRETRIAL AND TRIAL DEADLINES

Pending before the Court is Defendant Robert J. Mueller's Motion to Extend the Remaining Pretrial and Trial Deadlines (the "**Motion**").  Having considered the Motion and the entire record in this case, the Court concludes that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the Motion to Extend the Remaining Pretrial and Trial Deadlines is GRANTED.  The Court will issue a new scheduling order.

IT IS SO ORDERED this ___ day of _____ 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE