# Exhibit A

CAUSE NO. 24-03-1107

| | | |
|---|---|---|
| **LEROY MIDLIN** | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | LOVING COUNTY, TEXAS |
| | § | |
| **DAVID LANDERSMAN** | § | 143rd JUDICIAL DISTRICT |

## ORDER RE-SETTING HEARING

**IT IS ORDERED** that a Bench Trial in this matter is hereby reset for **May 20, 2024 at 9:00 a.m.** Said proceeding will take place in the 143rd Judicial District Courtroom of the Loving County Courthouse, Loving County, Texas.

SIGNED: April 12, 2024

/s/
George D. Gilles
JUDGE PRESIDING
Senior Judge Sitting by Assignment

