IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUND LLC (a/k/a dprt Funds LLC), AND POLICY SERVICES, INC.,<br><br>Defendants,<br><br>-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL, LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>Relief Defendants. | Civil Action No. 5:21-cv-785-XR |

## ORDER ON MOTION FOR REMOTE TRIAL APPEARANCE OF NON-PARTIES DENNIS CONCILLA, ESQ. AND ANDREW FEDERICO, ESQ.

This matter is before the Court on the Motion for Remote Trial Appearance of Non-Parties Dennis Concilla, Esq. and Andrew Federico, Esq. Upon consideration of the motion, the Court concludes the motion should be granted.

IT IS THEREFORE ORDERED that Non-Parties Dennis Concilla, Esq. and Andrew Federico, Esq. are granted permission to appear at trial remotely.

IT IS SO ORDERED.

_____     _____
Date                                                                              JUDGE