IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

MAY - 6 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ BT _____
                              DEPUTY

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

ROBERT J. MUELLER, DEEPROOT FUND LLC
(a/k/a dprt Funds LLC), AND POLICY
SERVICES, INC.,

Defendants,

-and-

DEEPROOT TECH LLC, DEEPROOT
PINBALL, LLC, DEEPROOT STUDIOS LLC,
DEEPROOT SPORTS & ENTERTAINMENT
LLC, DEEPROOT RE 12621 SILICON DR LLC,

Relief Defendants.

Civil Action No. 5:21-cv-785-XR

## NOTICE OF APPEARANCE OF COUNSEL
## FOR NON-PARTIES DENNIS CONCILLA AND ANDREW FEDERICO

Non-Parties Dennis Concilla and Andrew Federico hereby give notice to the Court and counsel of the appearance of MONICA A. SANSALONE of the firm of GALLAGHER SHARP LLP as counsel of record in the within matter. The undersigned attorney requests that the Court and counsel address all future communications to the undersigned as follows:

Monica A. Sansalone, Esq.
GALLAGHER SHARP, LLP
Sixth Floor - Bulkley Building
1501 Euclid Avenue
Cleveland, Ohio 44115
Telephone: (216) 241-5310
Facsimile: (216) 241-1608
E-mail: msansalone@gallaghersharp.com

The sole purpose of this Notice of Appearance is to represent Non-Parties Dennis Concilla and Andrew Federico who have been subpoenaed by Plaintiff Securities and Exchange Commission to testify at the upcoming trial current set to commence in this case on June 10, 2024.

Undersigned counsel was duly admitted and qualified to practice as an attorney in this District Court on April 12, 2024.

Respectfully submitted,

/s/Monica A. Sansalone
**MONICA A. SANSALONE (0065143)**
**GALLAGHER SHARP, LLP**
1215 Superior Avenue, 7th Floor
Cleveland, Ohio 44114
(216) 241-5310 (Telephone)
(216) 241-1608 (Facsimile)
msansalone@gallaghersharp.com
*Attorney for Non-Parties*
*Dennis Concilla and Andrew Federico*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of May, 2024 a copy of the foregoing *Notice of Appearance of Counsel* was served electronically, via email, upon the following:

| | |
|---|---|
| ***Via Email:*** nassed@sec.gov<br>wardenk@sec.gov<br>campoamorsanchezf@sec.gov<br>divinec@sec.gov<br>David Nasse<br>Kristen M. Warden<br>Fernando Campoamor Sanchez<br>Charlie L. Divine<br>US Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 2054<br>**Attorneys for Plaintiff**<br>**Securities and Exchange Commission** | ***Via Email:*** rpulman@pulmanlaw.com;<br>lhyman@pulmanlaw.com<br>Randall A. Pulman<br>Leslie Sara Hyman<br>Pulman, Cappuccio & Pullen, LLP<br>2161 NW Military Highway, Suite 400<br>San Antonio, TX 78213<br>**Attorneys for John Patrick Lowe, Chapter 7 Trustee of the Bankruptcy Estates of Relief Defendants Deeproot Tech, LLC, Deeproot Pinball, LLC, Deeproot Studios, LLC Deeproot Funds, LLC and Policy Services, Inc.** |
| ***Via Email:*** jason.rudd@wickphillips.com<br>Jason M. Rudd<br>Wick Phillips Gould & Martin LLP<br>3131 McKinney Ave., Suite 500<br>Dallas, TX 75204<br>**Attorney for Relief Defendant Deeproot Re 12621 Silicon DR LLC and Deeproot Sports & Entertainment LLC** | ***Via Email:*** csmall@dslawpc.com<br>jdavis@dslawpc.com<br>Caroline N. Small<br>Jason Davis<br>Davis & Santos, P.C.<br>719 S. Flores Street<br>San Antonio, TX 78204<br>**Attorneys for Defendant Robert J. Mueller** |
| ***Via Email:*** peter.stokes@nortonrosefulbright.com<br>Peter Andrew Stokes<br>Norton Rose Fulbright US LLP<br>98 San Jacinto Blvd, Suite 1100<br>Austin, TX 78701<br>**Attorney for Movant**<br>**Silicon Drive Office Venture, LLC** | ***Via Email:*** andrew.shedlock@kutakrock.com<br>Andrew R. Shedlock<br>Kutak Rock LLP<br>60 South 6th Street, Suite 3400<br>Minneapolis, MN 55402<br>**Attorney for Third-Party Defendant**<br>**Nathan Spradlin** |

/s/Monica A. Sansalone
**MONICA A. SANSALONE (0065143)**
*Attorney for Non-Parties*
***Dennis Concilla and Andrew Federico***



Established in 1912
www.gallaghersharp.com

PLEASE RESPOND TO CLEVELAND OFFICE

Monica A. Sansalone
Direct Dial: (216) 522-1154
msansalone@gallaghersharp.com

May 3, 2024

U.S. District Clerk's Office
262 West Nueva Street, Room 1-400
San Antonio, Texas 78207

Re:    *Securities and Exchange Commission vs. Robert J. Mueller, etc.*
       United States District Court for the Western District of Texas
       San Antonio Division
       Civil Action No. 5:21-cv-785-XR
       Our File No: 97920-133796

Dear Clerk:

After emailing and speaking with the Clerk's office, we have been advised that we need to submit these documents the traditional way since we are a non-party to the above litigation. Accordingly, enclosed for filing with the Court are the following documents:

1. Notice of Appearance of Counsel for Non-Parties Dennis Concilla, Esq. and Andrew Federico, Esq.;

2. Motion for Remote Trial Appearance of Non-Parties Dennis Concilla, Esq. and Andrew Federico, Esq.; and

3. Proposed Order granting Non-Parties Remote Trial Appearance.

If you have any questions, please contact me at the above telephone number. Thank you.

Very truly yours,

*Monica A. Sansalone*

Monica A. Sansalone

Enclosures

CLEVELAND
1215 Superior Avenue
7th Floor
Cleveland, Ohio 44114
216.241.5310 PHONE
216.241.1608 FAX

COLUMBUS
35 North Fourth Street
Suite 200
Columbus, Ohio 43215
614.340.2300 PHONE
614.340.2301 FAX

DETROIT
211 West Fort Street
Suite 660
Detroit, Michigan 48226
313.962.9160 PHONE
313.962.9167 FAX

TOLEDO
420 Madison Avenue
Suite 1250
Toledo, Ohio 43604
419.241.4860 PHONE
419.241.4866 FAX

# FedEx

**Align top of FedEx Express® shipping label here.**

SHIP DATE: 03MAY24
ACTWGT: 1.00 LB
CAD: 113142508/INET4535

BILL SENDER

ORIGIN ID:BKLA   (216) 241-5310
MONICA SANSALONE
GALLAGHER SHARP LLP
1215 SUPERIOR AVE.
7TH FLOOR
CLEVELAND, OH 44114
UNITED STATES US

TO  US DISTRICT CLERKS OFFICE
    (216) 241-5310
    262 WEST NUEVA STREET
    RM I-400
    SAN ANTONIO TX 78207
    REF: 133796
    DEPT:

TRK# 7762 2917 0247

XA SVZA

MON - 06 MAY 10:30A
PRIORITY OVERNIGHT

78207
TX-US   SAT

RECEIVED
MAY - 6 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ DEPUTY CLERK

REL# 3785346

Align bottom of peel-and-stick airbill or pouch here