### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>    **Plaintiff,**<br><br>    -against-<br><br>**ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,**<br><br>    **Defendants,**<br><br>    -and-<br><br>**DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,**<br><br>    **Relief Defendants.** | **Civil Action No.: 5:21-cv-785-XR** |

### **UNOPPOSED MOTION FOR A STATUS CONFERENCE**

Plaintiff, Securities and Exchange Commission ("SEC"), with the concurrence of defendant Robert J. Mueller, respectfully requests the Court schedule a status conference in this matter. On May 14, 2024, the Court held a status conference and heard argument on Mr. Mueller's motion for a continuance. ECF No. 153. At the close of the status conference, the Court asked the parties to provide an update regarding settlement negotiations. The parties have met and conferred and have not been able to agree on the final language of a consent. The parties request the court convene a status conference to discuss the June 10, 2024, trial date and next steps. As discussed in Mr. Mueller's motion for a continuance, Mr. Davis is in trial through Thursday, May 23 and

requests the Court hold a status conference either Friday, May 24, or Tuesday, May 28. The SEC is available at the Court's convenience.

Dated: May 21, 2024

                                        Respectfully submitted,

                                        */s/ Charlie L. Divine*
                                        Charlie L. Divine, Trial Counsel
                                        Kristen M. Warden, Trial Counsel
                                        Fernando Campoamor, Trial Counsel
                                        David Nasse, Supervisory Trial Counsel
                                        U.S. Securities and Exchange Commission
                                        100 F Street NE
                                        Washington, DC 20549
                                        (202) 551-6673 (Divine)
                                        (202) 551-4661 (Warden)
                                        (202) 551-8523 (Campoamor)
                                        (202) 551-4426 (Nasse)
                                        divinec@sec.gov
                                        wardenk@sec.gov
                                        campoamorsanchezf@sec.gov
                                        nassed@sec.gov

                                        *Counsel for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE**

      I certify that on May 21, 2024, a true and correct copy of the foregoing document was filed electronically through the Court's CM/ECF system, which will send copies to all counsel of record.

                                              */s/ Charlie L. Divine*
                                              Charlie L. Divine

                                              *Counsel for Plaintiff United States Securities and Exchange Commission*