IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD**

Pursuant to Local Rule AT-3 the undersigned, Fernando Campoamor Sánchez, hereby moves for leave to withdraw his appearance in this matter as counsel for Plaintiff Securities and Exchange Commission ("SEC").  Withdrawal is necessary because the undersigned will be leaving his employment at the SEC in the next two weeks.  Attorneys Kristen Warden, Charlie Divine, and David Nasse will continue to represent the SEC in this matter.  As a result, withdrawal by the undersigned will not prejudice Plaintiff or Defendant Robert Mueller.

WHEREFORE, the undersigned respectfully requests that the Court allow him to withdraw as attorney of record for the SEC due to a change in employment.  A proposed order is included with this motion.

1

Dated:  June 28, 2024

        Respectfully submitted,

        */s/ Fernando Campoamor Sánchez*
        David Nasse, Supervisory Trial Counsel
        Kristen M. Warden, Trial Counsel
        Fernando Campoamor, Trial Counsel
        Charlie Divine, Trial Counsel
        U.S. Securities and Exchange Commission
        100 F Street NE
        Washington, DC 20549
        (202) 551-4426 (Nasse)
        (202) 551-4661 (Warden)
        (202) 551-8523 (Campoamor)
        (202) 551-6673 (Divine)
        nassed@sec.gov
        wardenk@sec.gov
        campoamorsanchezf@sec.gov
        divinec@sec.gov

        *Counsel for Plaintiff Securities and Exchange Commission*

## CERTIFICATE OF SERVICE

      I certify that on June 28, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

                                              */s/ Fernando Campoamor-Sánchez*
                                              Fernando Campoamor-Sánchez