IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　Plaintiff,<br><br>　　-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>　　Defendants,<br><br>　　-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,<br><br>　　Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

**[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF APPERANCE**

The Court has reviewed the Motion for Withdrawal of Appearance filed by attorney Fernando Campoamor Sánchez.

Upon consideration of the Motion, for good cause shown, IT IS HEREBY ORDERED THAT the motion is hereby GRANTED. The appearance of Fernando Campoamor Sánchez as an attorney for Plaintiff Securities and Exchange Commission is hereby terminated.

SIGNED on this _____ day of _____, 2024.

_____
HONORABLE XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE