IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　Plaintiff,<br><br>　　　　-against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>　　　Defendants,<br><br>　　　　-and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>　　　Relief Defendants. | Civil Action No.:  5:21-cv-785-XR |

## SCHEDULING ORDER

On joint motion of the parties, the following schedule will apply regarding the Court's determination of defendant Mueller's obligation to pay disgorgement of ill-gotten gains, prejudgment interest thereon, and a civil penalty ("Monetary Remedies").

I. **Monetary Remedies Briefing**

　　a. The SEC's Monetary Remedies brief is due on or before September 20, 2024.

　　b. Mr. Mueller's response to the SEC's Monetary Remedies brief is due on or before November 8, 2024.

　　c. The SEC's reply in support of its Monetary Remedies brief is due on or before December 6, 2024.

II. Monetary Remedies Hearing

   a. A hearing regarding monetary remedies will begin on **Monday, January 27, 2025 at 9:00 a.m.** The hearing will last no longer than two days with the parties equally splitting time to present testimony.

   b. No later than **Friday, December 13, 2024**, the parties shall file with the Court their lists of proposed witnesses and exhibits.

   c. No later than **Monday, December 30, 2024**, the parties shall file with the Court objections to proposed witnesses and exhibits and any rebuttal witnesses the parties intend to call.

It is so **ORDERED**, on **July 2, 2024**.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE