IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    Defendants,<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>    Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

**[PROPOSED ORDER]**

The Court's July 2, 2024 Remedies Scheduling Order (Dkt. 165) is hereby amended as follows:

**I. CASE DEADLINES**

    A. The SEC must file its Monetary Remedies Brief by **September 27, 2024**.

    B. Mr. Mueller must file his response by **November 15, 2024**.

    C. The SEC must file its Reply by **December 13, 2024**.

    D. No later than Friday, **December 20, 2024**, the parties shall file with the Court their lists of proposed witnesses and exhibits.

    E. No later than Monday, **January 4, 2025**, the parties shall file with the Court objections to proposed witnesses and exhibits and any rebuttal witnesses the parties intend to call.

F.  A hearing regarding monetary remedies will begin on **Monday January 27, 2025** at **9:00 a.m.**  The hearing will last no longer than two days with the parties equally splitting time to present testimony.

It is so ORDERED.

SIGNED this September _____, 2024.

                                                                           _____
                                                                           XAVIER RODRIGUEZ
                                                                            UNITED STATES DISTRICT JUDGE