IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    **Plaintiff,**<br><br>    -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>    **Defendants,**<br><br>    -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, DEEPROOT RE 12621 SILICON DR LLC,<br><br>    **Relief Defendants.** | Civil Action No.: 5:21-cv-785-XR |

**AMENDED SCHEDULING ORDER**

On joint motion of the parties, the following amended schedule will apply regarding the Court's determination of defendant Mueller's obligation to pay disgorgement of ill-gotten gains, prejudgment interest thereon, and a civil penalty ("Monetary Remedies").

    I.    **Monetary Remedies Briefing**

        a. Mr. Mueller's Response to the SEC's Monetary Remedies brief is due **December 16, 2024**.

        b. The SEC's Reply is due **January 13, 2025**.

II. Monetary Remedies Hearing

   a. A hearing regarding monetary remedies will begin on **Monday, March 3, 2025** at **9:00 a.m.** The hearing will last no longer than two days with the parties equally splitting time to present testimony.

   b. The Parties' lists of proposed witnesses and exists is due **January 21, 2025**.

   c. The Parties' objections to proposed witnesses and exhibits is due **February 6, 2025**.

**IT IS SO ORDERED**.

**SIGNED** this 3rd day of December, 2024.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE