# Exhibit A



**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: May 16, 2023.**

_____
**MICHAEL M. PARKER
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DEEPROOT CAPITAL MANAGEMENT, LLC ET AL., | § § | BANKRUPTCY NO. 21-51523-MMP |
| DEBTORS | § | JOINTLY ADMINISTERED |
| | § | |
| JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF DEEPROOT CAPITAL MANAGEMENT, LLC ET AL., PLAINTIFF | § § § § § § | ADV. PROC. NO. 22-05097-MMP |
| | § | |
| v. | § | |
| | § | |
| ROBERT J. MUELLER, DEFENDANT | § § | |

**AGREED ORDER ON DEFENDANT'S
MOTION TO TRANSFER OR ABATE ADVERSARY PROCEEDING
[Relating to Adv. Dkt. No. 20]**

Pending before the Court is the *Motion to Transfer or Abate Adversary Proceeding* [Adv. Docket No. 20] (the "**Motion**") filed by Defendant Robert J. Mueller ("**Defendant**"). The Court,

noting the agreement of the parties, finds that good cause has been shown and that the Motion should be granted as set forth below.

IT IS ORDERED that the Motion is hereby granted in part.

IT IS FURTHER ORDERED that this action (Adversary No. 22-05097-MMP) shall be abated until final judgment is entered in Civil Action No. 5:21-cv-785-XR, currently pending in the United States District Court for the Western District of Texas, San Antonio Division.

IT IS FURTHER ORDERED that nothing in this order shall be construed to limit the Trustee's or a creditor's right to depose, or seek discovery from, Mueller in another adversary proceeding or record his testimony in a Fed. Bankr. Rule 2004 Examination.

IT IS SO ORDERED.

### # # #

**AGREED:**

**PULMAN, CAPPUCCIO, & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
www.pulmanlaw.com
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

By: /s/ Randall A. Pulman
  Randall A. Pulman
  Texas State Bar No. 16393250
  rpulman@pulmanlaw.com
  Anna K. MacFarlane
  Texas State Bar No. 24116701
  amacfarlane@pulmanlaw.com

**ATTORNEYS FOR CHAPTER 7 TRUSTEE AND PLAINTIFF, JOHN PATRICK LOWE**

-AND-

*/s/ H. Jay Hulings [with permission]*
**DAVIS & SANTOS, P.L.L.C.**
Jason M. Davis
State Bar No. 00793592
Email:  *jdavis@dslawpc.com*
H. Jay Hulings
State Bar No. 24104573
Email: *jhulings@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

**ATTORNEYS FOR DEFENDANT ROBERT MUELLER**


Order submitted by:

Randall A. Pulman
Texas State Bar No. 16393250
rpulman@pulmanlaw.com
Anna K. MacFarlane
Texas State Bar No. 24116701
amacfarlane@pulmanlaw.com
**PULMAN, CAPPUCCIO & PULLEN, LLP**
2161 NW Military Highway, Suite 400
San Antonio, Texas 78213
(210) 222-9494 Telephone
(210) 892-1610 Facsimile

***Counsel for Plaintiff John Patrick Lowe,
Chapter 7 Trustee for the Bankruptcy Estates of
deeproot Capital Management, LLC et al.***