IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>  -against-<br><br>ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC.,<br><br>  Defendants,<br><br>  -and-<br><br>DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC,<br><br>  Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

Mr. Jay Hulings of DAVIS & SANTOS, PLLC enters his appearance as counsel for Defendant Robert J. Mueller. Counsel requests that the Clerk of Court and the parties update their records with their identifying and contact information as follows:

H. Jay Hulings
State Bar No. 24104573
E-mail: jhulings@dslawpc.com
**DAVIS & SANTOS, PLLC**
719 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 853-5882
Facsimile: (210) 200-8395

Dated: April 4, 2025.

                                                Respectfully submitted,

                                                **DAVIS & SANTOS, PLLC**

By:    */s/ H. Jay Hulings*
        Jason M. Davis
        State Bar No. 00793592
        Email:  *jdavis@dslawpc.com*
        Caroline Newman Small
        State Bar No. 24056037
        Email:  *csmall@dslawpc.com*
        H. Jay Hulings
        State Bar No. 24104573
        Email: *jhulings@dslawpc.com*
        719 S. Flores Street
        San Antonio, Texas 78204
        Tel: (210) 853-5882
        Fax: (210) 200-8395

        ***Attorneys for Defendant***
        ***Robert J. Mueller***

## **CERTIFICATE OF SERVICE**

  I certify that on April 4, 2025, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

                */s/ H. Jay Hulings*
                H. Jay Hulings