**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>     Plaintiff, <br><br>     -against- <br><br> ROBERT J. MUELLER, DEEPROOT FUNDS LLC (a/k/a dprt Funds, LLC), AND POLICY SERVICES INC., <br><br>     Defendants, <br><br>     -and- <br><br> DEEPROOT TECH LLC, DEEPROOT PINBALL LLC, DEEPROOT STUDIOS LLC, DEEPROOT SPORTS & ENTERTAINMENT LLC, AND DEEPROOT RE 12621 SILICON DR LLC, <br><br>     Relief Defendants. | Civil Action No.: 5:21-cv-785-XR |

## ADVISORY TO THE COURT

TO THE HONORABLE COURT:

Defendant Robert J. Mueller and Plaintiff Securities and Exchange Commission submit this Advisory, and respectfully inform the Court as follows:

On January 5, 2025, the Court entered an Order granting Mr. Mueller's Motion to Stay, ordering this case to be stayed in light of the ongoing criminal case against Mr. Mueller. ECF No. 173. The Order also directed the parties to file an advisory with the Court every 90 days regarding the status of the criminal proceedings. *Id.* at 8.

On November 6, 2024, a grand jury issued an indictment charging Mr. Mueller with eight counts of wire fraud, pursuant to 18 U.S.C. § 1343. The case was assigned to this Court and given

Case No. 5:24-CR-00563-XR. On February 25, 2025, the Court granted Mr. Mueller's motion to substitute Jason Davis and H. Jay Hulings of Davis & Santos PLLC as counsel of record for the Defendant. On April 2, 2026, the Court entered an Order Amending Scheduling Order, which granted Mr. Mueller's Opposed Motion to Continue Trial Setting. In the Order, the Court set a trial date for August 17, 2026, along with several pretrial deadlines.

The next date for the parties to file an advisory on the status of the criminal proceedings involving Mr. Mueller is July 1, 2026.

DATE: April 2, 2026.

Respectfully submitted,

**DAVIS & SANTOS, PLLC**

By: */s/ H. Jay Hulings*
Jason M. Davis
State Bar No. 00793592
Email: *jdavis@dslawpc.com*
Caroline Newman Small
State Bar No. 24056037
Email: *csmall@dslawpc.com*
H. Jay Hulings
State Bar No. 24104573
Email: *jhulings@dslawpc.com*
719 S. Flores Street
San Antonio, Texas 78204
Tel: (210) 853-5882
Fax: (210) 200-8395

***Counsel for Defendant Robert J. Mueller***

2

*/s/ Charlie L. Divine (by permission)*
Kristen M. Warden, Trial Counsel
Charlie L. Divine, Trial Counsel
David Nasse, Supervisory Trial Counsel
U.S. Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
(202) 551-4661 (Warden)
(202) 551-6673 (Divine)
(202) 551-4426 (Nasse)
wardenk@sec.gov
divinec@sec.gov
nassed@sec.gov

***Counsel for Plaintiff Securities and Exchange Commission***

## **CERTIFICATE OF SERVICE**

I certify that on April 2, 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and all counsel of record will receive an electronic copy via the Court's CM/ECF system.

*/s/ H. Jay Hulings*     
H. Jay Hulings
